## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                                                  Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC SCHOOLS,

    Defendant.

### <u>ORDER FOR COPIES OF AUTHORITIES</u>

THIS MATTER is before the Court on Plaintiff's Objection to Order Denying

Motion to Strike [Doc. 94] and Request for Prompt Ruling on Fully Briefed Motion to

Compel [Doc. 88] ("Objection").  *Doc. 97.*  In her Objection, Plaintiff cites several cases

in support of her argument that the Court has been unable to locate using standard

legal research tools.  Among the cited cases are the following:

- *United States v. Jones*, 260 F. App'x 13 (10th Cir. 2007)

- *Schultz v. Safeway, Inc.*, No. 13-cv-906 JAP/KBM, 2015 WL 13567117 (D.N.M. Mar. 10, 2015)

- *Martinez v. Salazar*, No. 16-cv-0217 MCA/KK, 2017 WL 4274799 (D.N.M. Mar. 20, 2017)

- *Duran v. Bravo*, No. 10-cv-1265 JB/CG, 2012 WL 13081278 (D.N.M. Apr. 18, 2012)

1

IT IS THEREFORE ORDERED that Plaintiff shall provide the Court with PDF copies of each of the above-cited cases no later than **May 12, 2025**.  Plaintiff shall email the PDF documents to wormuthproposedtext@nmd.uscourts.gov.

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

2