IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                               1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

    Defendants.

## ORDER SETTING PRE-SETTLEMENT CONFERENCES

In preparation for the settlement conference set for Thursday, July 10, 2025, the Court will conduct separate telephonic pre-settlement conferences with counsel for plaintiff(s) and counsel for defendant(s):

    Counsel for Plaintiff(s):  **Monday, July 07, 2025**, at 3:30 p.m.

    Counsel for Defendant(s):  **Monday, July 07, 2025**, at 2:30 p.m.

The Court will call counsel at the scheduled times.

                                                    _____
                                                    JENNIFER M. ROZZONI
                                                    United States Magistrate Judge