IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                                             1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Wednesday, July 16, 2025**, at **8:15 a.m. Mountain Time.** Counsel shall call my toll-free conference line at 1-855-244-8681 and dial access code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. There may be a period of minutes before you are prompted for an Attendee ID number.

*Signature: Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
United States Magistrate Judge