IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                    Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC SCHOOLS,

    Defendant.

## ORDER VACATING AND RESETTING TRIAL SCHEDULING CONFERENCE

THIS MATTER is before the Court on Plaintiff's counsel's Notice of Non-Availability. *Doc. 138*. In the Notice, Plaintiff's counsel indicates that she is unavailable on September 11, 2025. *Id*.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for September 11, 2025, to discuss resetting the pretrial conference and jury trial is hereby VACATED and RESET for **October 23, 2025, at 1:30 p.m.** The parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812**, to be connected to the proceedings. Client attendance is not required.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**