# BACK TO SCHOOL

## School Social Work Newsletter



## Checking Caseload in Synergy

At the beginning of the each school year, (and every month thereafter), please do the following:

1. Check your Synergy Caseload in "Admin Teacher Portfolio" Tab.
2. Check Synergy for all students receiving SW services at your school.
3. Check for students who have SW Services but are not listed on your portfolio with the "Spedsw,Needed" Tab.

This is important because workload, to be accurate, must reflect all students (plus all the minutes) that you are providing in order to count the minutes AND to ensure that students with SW services are served, per their IEPs.

I've attached written instructions PLUS a video link below to walk you through if needed.

Synergy Caseload Verification Steps

## .1 FTE Mental Health Grant

Once again, APS was awarded a grant to support students struggling with the impact of the pandemic. This includes special education students and general education students~the only caveat is that none can have social work services as part of their IEP. The deadline for application submission is **September 2, 2022**. Even if you were accepted into the program last year, you will need to reapply this year. The contact is Susan McKee. Please open the attachment if interested and ALL your questions are answered in the attachments. Read carefully.

## Special Education Data

When emailing sped.data@aps.edu to update your caseload, please follow these conventions provided by Special Education Data:

ADD
123456789  Student Name
987654321  Student Name

REMOVE
123456789  Student Name
987654321  Student Name

If you know the TO and FROM social worker, this is a HUGE help, especially for long lists.

For example~
from Jessie Macfarland, SW to John Doe, SW
123456789  Student Name
987654321  Student Name

 A-Z List of Schools with SW Assignments 22-23

## MaxCapture Audits & Documentation

The expectation is that documentation is entered weekly and is considered late after two weeks. If you have 35 students on your caseload, there should be a minimum of 70 contacts per month. **Remember the old adage, if it is not documented, it did not happen.**

At this time with parents requesting compensatory education or recovery services for their children, if documentation is incomplete, there will be no data to support that SW services were provided, which could mean that SW time is owed.

If you need support in completing documentation, feel free to reach out to Jessie for some suggestions and tips.

## MaxCapture Calendar Training

Initial training on these new features is being made available through a recorded online training at the below link, but first you must register which you do at the same link. (Recorded training is 68 minutes in length). Take this training at your leisure and as many times as you like.

https://attendee.gototraining.com/r/6525615113852180738

After registering you will receive a confirmation email containing information about joining the training. Please see the attached handout of a User Guide for these new features which can also be found on the Home Page of MAXCapture under "RESOURCES" called "Scheduling & Provider Time Tracking User Guide".

Below are THREE available date and time slots for the scheduled LIVE sessions. They will be 90 minutes in length. Feel free to log in to the assigned GoogleMeet link and attend as many as you would like.

Wednesday 8/31/22 1:30 pm
https://attendee.gototraining.com/r/6361282122103782913

Wednesday 9/7/22 1:30 pm
https://attendee.gototraining.com/r/6834419567721864705

Wednesday 9/14/22 1:30 pm
https://attendee.gototraining.com/r/8238621260717396481

## Request for Records & Subpoena Information

It is important for APS Staff to know what to do if a request for records or a subpoena is emailed to them or to someone in their school or department.  Please review the attached document.

## Mentor Program

Applications for Social Workers interested in applying to be a mentor in the Mentor Program are being accepted.  Please log into the intranet and search in Human Resources under the Mentorship program for links to apply.  The interview and selection process is managed by Michelle Lemons and Bernadette Lucero Turner.

https://www.aps.edu/human-resources/mentor-program-for-teachers

## Summit Training

APS has a discount for CEUs through Summit Training. If interested, please see the attachment.  If you are interested, remember, to submit as a credential for APS' purposes, the course must be a minimum of 6.0 CEUs and listed on the credential form.

## Social Emotional Learning Team Support

The Social Emotional Learning Team has a website with useful information.
APS Social Emotional Learning

CASEL SEL Links
SEL: What Are the Core Competence Areas and Where are they Promoted?

SEL Team Assignments
🗙 SEL Team Assignments 2022-2023  (updated 5/23/22).xlsx
Request for SEL Support link to form:

## Monthly SW Meetings & PTG Dates

We will meet as a role group, the first Tuesday of each month from 8:00 – 10:00 am.

| | |
|---|---|
| September 6, 2022 | January 4, 2023; ⅔ day Professional Development |
| October 4, 2022 | February 7, 2023 |
| November 1, 2022 | March 7, 2023 |
| December 6, 2022 | April & May TBD |

<u>Progress towards Goals</u> (PTGs)
- Elementary School
    - 11/1/22; 2/17/23; 5/25/23
- Middle School
    - 10/14/22; 12/20/22; 3/8/23; 5/25/25
- High School
    - 12/20/22; 5/25/23



# Social Work Newsletter
## July 2023

## WELCOME BACK!

Welcome back Superheroes of Compassion!

I hope you had an amazing summer break, recharging your hearts, and minds for the incredible journey ahead. As school social workers, you possess the power to transform lives and create a lasting impact on our students and their families.

Your kindness, empathy, and unwavering support are like beacons of hope for those facing challenges. Together, we can build a nurturing environment where every student feels seen, heard, and valued.

This year, let's embrace each challenge as an opportunity to sow seeds of inspiration and empowerment. Let's dare to dream big and unleash the potential within each and every student we encounter.

You are the heart and soul of our school communities and we believe in your ability to uplift and change lives.



## PROFESSIONAL DEVELOPMENT 

Please report to your school site on August 1, 2023 for mandatory SW _remote_ PD. Log on information is included in the attached agenda and on your Google Calendar. PD will begin at 8:00 am and end at 1:00 pm with a 1/2 hour duty free lunch from 11:30 -- 12:00. If you are logging in with another SW at your school site, each of you will need to be logged in so that we have an accurate count of attendees.

## REMINDERS

- We now have only 24 pay periods, beginning on August 25, 2023. Plan accordingly.
- Please give your Principals a copy of your schedule.
- Safe Schools Training must be completed by October, 2024
- Check the Supplemental Aids & Services link! Middle School SWers~reach out to the High School SWers to let them know a student is coming their way.

## TO-DO FOR BACK TO SCHOOL

- Pick up keys, introduce yourself to school staff, organize your office, schedule your students, review IEPs, BIPs, PWNs. If you need school access, be sure to request it from your administrator and provide the last 5 digits on the back of your school id.

- Please check your caseload in Synergy and email **sped.data@aps.edu** with any changes. Remember to include the social worker who is receiving the student, i.e.,

  Student ID Student Name from Jessie Macfarland to Macfarland Jessie

  (okay, don't seriously put all the students on my caseload, but you get the idea.) 

- In order to ensure compliance with Medicaid in the Schools, monthly calendars will be required by Medicaid beginning in August. If you opt to use the MaxCapture Calendar, nothing more needs to be done once your calendar is created and upated on an as needed basis. If you opt to use other forms of calendars, such as paper calendars, these are due **every** month. An email from Joann Sanchez will be forthcoming.

- Add all the Progress towards Goals dates in your calendar. Each level reports PTGs on a quarterly basis now. Add the SW Meetings and PDs in your schedule too. so you don't miss out on important training and collaboration a time.

  Please subscribe to the APS SW Calendar by clicking on this link:

  https://calendar.google.com/calendar/u/0?cid=Y19jbGFzc3Jvb203ODliMzgwYUBncm91cC5jYWxlbmRhci5nb29nbGUuY29t



# TOPS SCHOOLS



TOPS schools run 194 days/8 hours per day. Due to the tough academic environment at these schools, staff earn 3% per hour extra. Related Service providers who spend any time at TOPS schools are entitled to extra pay:

- 3% extra if working during the contract 6.5 hours per day
- 103% if working beyond the 6.5 hour day
- 103% if working extra days

## How to claim pay

- Any time you work at a TOPS school, you have to submit a timesheet showing the date, location, number of hours worked, and "work performed" (service to students, mandatory staff meeting, or mandatory PD)
- If the date is within the 188 day calendar, we will assume the hours you spent were during the 6.5 hour day and will calculate 3% extra pay, unless you explain differently right on the timesheet.
- If the date is outside the 188 calendar, we calculate 103% extra pay.

## TOPS Schools

Alamosa ES
Atrisco ES
Bel-Air ES
Bellehaven ES
Carlos Rey ES
East San Jose ES
Emerson ES
Hawthorne ES
Inez ES
Kirtland ES
Lavaland ES
Lew Wallace ES
Longfellow ES
Los Padillas ES
Los Ranchos ES
Lowell ES
Mary Ann Binford ES
Matheson Park ES
Pajarito ES
Reginald Chavez ES
Whittier ES

NOVEMBER 2023

# School Social Worker Newsletter

## Asynchronous Learning Time

What does this mean for School Social Workers?
All SSWers are expected to work on an Asynchronous Day. As soon as it is safe to travel to your school site, please do so. Any questions about when to go to the school? Ask your Site Administrator.

How do we provide School Social Work services during an Asynchronous Day? Some suggestions would be to create a SW Google Classroom and send the students a link to join you for a session. Or, create a worksheet for your students such as a journal entry that they can complete and submit online or via email. Another option is to create "Office Hours" for parents and students to sign up for and join you.

Any other ideas? Add them to the SW Google Classroom.

## Congratulations

Celina Padilla, Stephanie Avila, and Ian Garrison are freshly minted LCSWs!
You did the thing!!



## PDP Plans

The first part of your PDP should be completed by the end of October.

## SW Licenses

Please send a copy of your SW License to Joann Sanchez, Jessie Macfarland and Jaime Montoya when you renew. HR is no longer checking for licensure compliance. It is your responsibility to ensure that your license does not lapse. Remember, all SW licenses renew on July 1st, staggered years.

## Important Dates

**PD Days**
Tuesday, November 7, 2023
Friday, March 22, 2024
Friday, May 24, 2024
Please check your email or SW Classroom for details about November's upcoming PD!

# Review of Data Meetings

When an IEP Team is considering a change in placement to better support a student, Special Education guidance has changed. Best practice is to have a Data Review Meeting to discuss supports and strategies. Please invite an ESDS to this meeting.

The point of the meeting? To discuss what can be done to *best* support the student in their current placement. What has been done to maintain their Least Restrictive Environment (LRE)?

Do not invite District Program representatives to this meeting~this is an "in-house" meeting only. After all data has been reviewed and adjustments made, i.e., FBA/BIP? if the IEP Team chooses to hold an IEP to discuss placement options, then invite a district program representative.

# Supplemental Aids & Services

Each time an IEP is held for a student with Supplemental Aids & Services (SAS) the Tracking Form must be updated.

To update form: https://forms.gle/viXCkJTuo3zCYaJz8

To check for students with SAS: https://docs.google.com/spreadsheets/d/1Tptm7LlEF0mp-p9VbQek-ZV41DI3inNKdpfb1fRzNis/edit?resourcekey#gid=1005686927

# MaxCapture Audits

On the 10th and 25th of each month, MaxCapture audits will take place. Each Related Service Provider will have a two week grace period to complete your documentation.

This means that on the 10th of the month, Lisa and Jaime will be looking at documentation up until the 25th of the previous month. Remember, if you did not document, it did not happen!

# February 2024

### APS SSW NEWSLETTER

From the Desk of Dr. Lisa Oliphant,
Executive Director of Special Education

### ♥Upcoming Dates♥

- February 16th Site Based PD K-8
- February 19th President's Day; No School K-12
- March 15th Progress Towards Goals Due for all levels
- March 22 SW PD Autism Training at South Valley Multipurpose Senior Center from 8:30 – 3:30
- March 25th SW Training on MLSS System in Synergy from 8:30 – 10:30 at Berna Facio.  Please bring your computer and if you would like a handout, the MLSS manual can be found on the intranet.

### ♥Legal Mumbo-Jumbo♥

Speaking of legal mumbo-jumbo, please use professional discernment in all communication with staff, parents, students, IEPs, and documentation.  Remember that we work in a "host setting" where all records are educational records. If you are included in emails or text messages with other educational professionals and the content of the message(s) is potentially problematic, i.e., using subjective language about a student or their parents, you do not have to participate in the chain.

### ♥Transfer Process & Administrative Updates♥

The Transfer form will be distributed on **March 8th** and is due **March 22**.  Transfers will begin on **April 10, 2024**.  Please be on the lookout for the form. It will be sent via email.

The Special Education Administration is requesting that each Social Worker's "Home School" is the school with the largest caseload. Please let Jessie know if you need to change home school locations.  A school site without any students receiving SW services will be removed from a SWers list of schools.

## 💗Best Practices💗

💜If you will be absent from your school(s), email the site administrator and any teachers with students that you would regularly see on that day, to let them know. You do not want the school principal to call Dr. Oliphant to ask where you are!

💜Check (and read) your email at least once a day!!

💜An FBA and if warranted, a BIP should be in place *prior* to a referral for a SW Evaluation if a student is being referred due to externalizing behaviors.

## 💗TOPS Schools and the End of the Year💗

TOPS schools are in session until June 10th. If you work at a TOPS school, you can cover the additional days by doing the therapy sessions ahead of time throughout the Spring semester or work the extra days and submit an hourly time sheet. If you are on the longer contract, you will be working the full extra days.

This is the last year for the TOPS school schedule. TOPS schools will be on the same schedule as the rest of the school District next school year.

## 💗 Beeper Badges💗

APS is placing an emergency call system in all schools.  This is a huge project and will take many months to roll out.  If your PDP Supervisor is at a school, then you will receive a beeper badge from that school.  If your PDP supervisor is Jaime Montoya, you will receive your beeper badge later.  They are rolling this out to the schools first.

## 💗 Supplemental Services Links💗

Complete this form each time a student is added to Supplemental Aids & Services and re-submit at their annual IEP if SSW services are not removed once a year of "goal maintenance" has occurred.

[Supplemental Aids Form](#)

Check the form below monthly. Any changes, email Jessie for edits.

[Social Work Supplementary Aids & Services (Responses)](#)

## ♥Assignments, Supervision for Related Services♥

[Assignments, Supervision for Related Services and APE](#)

If you have not met with your PDP Supervisor, please reach out to them asap.  PDP forms are located in the SW Google Drive.

## ♥ Question About Workload Guide? ♥

This was addressed in the September Newsletter, which can be found in the SW Google Drive and the SW Google Classroom.

## ♥Documentation in MaxCapture♥

The District's expectation is that all documentation is completed within 2 weeks of the activity, be it a phone call to the student's parent, collaboration with a teacher, individual or group therapy, preparation for an IEP, materials development for Zones of Regulation, etc. If it is not written down, it did not happen.  If you need support in completing documentation, feel free to reach out to Jessie for some suggestions and tips.

# APRIL SW NEWSLETTER



From the Desk of Dr. Lisa Oliphant, Executive Special ED Director

## Upcoming Dates

- April 17 from 9:30 am – 2:00 pm; **Spring Transition Fair** (flyers attached)
- April 26–No School for K-8 students; all staff has work
- May 20 – 25 Graduation Week Begins
- May 24–No School for K-8 students; all staff has work
- May 27–Memorial Day–Schools Closed
- May 31–Last Day of School & Progress Towards Goals Due
- June 10–Last Day of School for TOPS Schools

## Welcome!

Two new Social Workers have joined our ranks this semester. James Urbany, LCSW, whom many of you might know through the Title 1/McKinney Vento program, is now a SE Social Worker at Harrison MS and West Mesa HS. Nora Sandoval, LCSW, is working at Montezuma SES2. Welcome James & Nora!

---

Useful Links:

- Supplemental Aids & Services Form
- 🟢 Social Work Supplementary Aids & Services (Responses)
- 🟢 Assignments, Supervision for Related Services and APE
- 📄 OT PT SW Evaluation Referral Process.pdf
- SSW Google Classroom
- SW Google Drive

---

## MaxCapture Update

With the end of the school year quickly approaching, please remember the "*format of your notes*" is very important, because we cannot get a hold of you during summer break if we have questions when reviewing and approving notes. We specifically look for an **ACTIVITY**, an **OUTCOME**, and a **PLAN** because this is what the State is looking for when auditing our records. It helps significantly when you separate them and don't run them altogether in your note.

Please note **Make-U**p time applies to past services which were not delivered and your note should always include the date missed. If you are providing extra time for future dates you're anticipating you may/will not be able to see the student, please make it clear in your notes (that the extra time is for an anticipated future absence).

## Documentation in MaxCapture

The District's expectation is that all documentation is completed within 2 weeks of the activity, be it a phone call to the student's parent, collaboration with a teacher, individual or group therapy, preparation for an IEP, materials development for Zones of Regulation, etc. If it is not written down, it did not happen. If you need support in completing documentation, feel free to reach out to Jessie for some suggestions and tips.

## Extended School Year

APS is still looking for a few Social Workers to support ESY this summer. The link to apply is below as is the link to ESY information:

[ESY Information](#)

[ESY Application](#)



# APS SW Newsletter

## August 2024

**From the desk of Dr. Lisa Oliphant, Executive Special Education Director**

---

Upcoming Dates

- August 21, 2024 SW Monthly Meeting~Google link in SW Calendar
- September 2, 2024~Labor Day; Schools Closed

---

Useful Links

- [Supplemental Aids & Service Form](#)
- [Supplemental Aids & Services Responses](#)
- Assignments, Supervision for Related Services and APE
- OT PT SW Evaluation Referral Process.pdf
- [SSW Google Classroom](#)
- [SW Google Drive](#)
- A-Z List of Schools 24-25

## Welcome Back!

Thank you for all that you do on behalf of the students at APS.  You are so appreciated.  I hope your summer break was refreshing and relaxing and you are rejuvenated and ready to go!

## Home School Site Selection

All Related Service providers should have their "home school" as the school with the largest caseload. If you need to have this adjusted, please contact Jessie and Jaime.

## Schedules

Please give a copy of your schedule to each of the Principals at the school(s) you support. Your schedule should reflect the days/times that you will be at that campus. No further details about student names or times of sessions needs to be provided. When you submit your schedule to your principal(s) please cc Jaime Montoya at montoya_jai@aps.edu.

## Medicaid Calendar

In order to ensure compliance with Time Studies and Medicaid in the Schools, monthly calendars are required by Medicaid. If you opt to use the MaxCapture Calendar, nothing more needs to be done once your calendar is created and updated on an as needed basis. If you opt to use a Google calendar, please email the link to: Medicaid SBS . If you are still using a paper calendar, submit copies monthly to Joann Sanchez at sanchez_joa@aps.edu

## August Best Practices

1. Have you introduced yourself to school staff? Administration, secretarial staff, teachers, EAs, other related service providers?
2. Have you introduced yourself to student parents/guardians? (Phone call/email)
3. Have you consulted with receiving Social Workers in order to transfer students who have progressed?
4. Are you familiar with fire drills, lockdowns and other emergency procedures?
5. Is your therapy room ready to start providing service?
6. Is your Synergy portfolio list updated and completed?
7. Is your MaxCapture provider roster completed, including ICD-10 codes?

## Q & A's to Same Day Prevention Protocol

Below is the link promised by Jen Hart with Questions and Answers to some of the more common questions about APS' Same Day Prevention Protocol.

📄 (Common) Q & A's to the Same Day Suicide Prev. Protocol (2).pdf

## Checking Caseload in Synergy

At the beginning of the each school year, (and every month thereafter), please do the following:

1. Check your Synergy Caseload in "Admin Teacher Portfolio" Tab.
2. Check Synergy for all students receiving SW services at your school.
3. Check all Albuquerque Public Schools for students who have SW Services but are not listed on your portfolio with "Spedsw,Needed" Tab.

This is important because workload, to be accurate, must reflect all students (plus all the minutes) that you are serving in order to count the minutes AND to ensure that students with SW services are served, per their IEPs.

# Request for Support

APS has developed a form for teachers to use when they are requesting additional support for either academics or behavior. School Social Workers are often asked to help out with students and this is another resource available for Special Education staff.

[Request for Support Form](#)

# Special Education Data

When emailing [sped.data@aps.edu](mailto:sped.data@aps.edu) to update your caseload, please follow these conventions provided by Special Education Data:

> ADD
> 123456789  Last Name, First Name
>
> REMOVE
> 123456789  Last Name, First Name

If you know the TO and FROM social worker, this is a **HUGE** help, especially for long lists.

For example:
123456789  Last Name, First Name from Macfarland, Jessie to John Doe