| Provider Name | Unique Student Count |
|---|---|
| ACEVES, BRANDI | 50 |
| ACOSTA, JEREMIAH | 31 |
| ALEXANDER, IRMA | 30 |
| ALONZO, ARLENE | 36 |
| ANAYA, CATHERINE | 27 |
| ANTAL-NICKS, JODY | 21 |
| APODACA, FRANCESCA | 32 |
| AVENDANO, MARIA | 33 |
| AVILA, STEPHANIE | 86 |
| BACA, LORRAINE VIRGINIA | 30 |
| BARBOZA, MARIBEL | 42 |
| BERNAL HERRIN, CYNTHIA | 87 |
| BERNDT, LAURA | 53 |
| BLEA, BRIANNA | 37 |
| BOULIER, FELICIA | 45 |
| BOWEN, RACHEL | 30 |
| BRANDON, BARBARA | 20 |
| BRUNSMA SANDOVAL, YOLANDA | 50 |
| CHAMBERLIN, ANNE | 31 |
| CONLEY, ELIZABETH | 55 |
| CONTRERAS, AMANDA | 34 |
| DORATO, LILY | 92 |
| DOUGHERTY, MARISA | 22 |
| DURAN-STRONG, RACHEL | 26 |
| ELEBARIO, RACHAEL | 15 |
| ESQUIVEL, KRISTEN | 38 |
| FERRY, JENNIFER | 41 |
| FOREMAN, BRETT | 15 |
| FUKA, MELISSA | 30 |
| GALARZA, CECILIA | 44 |
| GALLEGOS, DENISE | 31 |
| GALLEGOS, MELANI | 42 |
| GALLEGOS, SHIRLEY | 34 |
| GARCIA, ANGEL | 28 |
| GARCIA, CANDACE | 25 |
| GARCIA, YVONNE | 20 |
| GARRISON, IAN | 40 |
| GONZALES, PATRICIA | 75 |
| HAMILTON, CARRIE | 24 |
| HANISEE, DANA | 61 |
| HARRIS-LIPE, TATIA | 38 |
| HATTAR, JENNIFER | 25 |
| HENRY, FRANCESCA | 32 |
| HERNANDEZ, ROSA | 33 |
| HERNANDEZ RUVALCABA, ADRIANA | 33 |
| JESPERSENCHAVEZ, JESSICA | 36 |

| Name | Value |
|---|---|
| JOHNSON, SARAH | 33 |
| KAZDA, HEATHER | 36 |
| KISH, ADAM | 29 |
| KNOX, HEATHER | 43 |
| KROLL, BEN | 38 |
| KUEHN, ANTOINETTE | 13 |
| LLAMAS, LEE ANN | 22 |
| MACFARLAND, JESSIE | 29 |
| MACIAS, DIANA | 82 |
| MALDONADO, TRISHA | 44 |
| MARTINEZ, CARMEN | 32 |
| MARTINEZ, CARRIE | 24 |
| MARTINEZ, JEANETTE | 45 |
| MARTINEZ CANDELARIA, RENEE | 42 |
| MARTINEZ-CUMBER, MELISSA | 44 |
| MCLELLAN, CHERYL | 26 |
| MCREYNOLDS, CORA | 25 |
| MEYER-GRAVES, CYNTHIA | 33 |
| MILLER, EMMA | 40 |
| MOLINA, RACHEL | 23 |
| MONETTE, LEWIS | 29 |
| MOORE, DAONNE | 78 |
| NAGY, NICOLE | 37 |
| NAJERA, ANTOINETTE | 34 |
| NAVARRETE, JACQUELINE | 39 |
| ORTIZ-CONCHA, MAX | 38 |
| ORWIX, BRIANA | 43 |
| OSWALD-ARCHULETA, EMILIE | 19 |
| OTERO, JANELLE | 31 |
| PADILLA, CELINA | 35 |
| PICHA, MARY JO | 29 |
| POLACO JAMES, CAROLYN | 35 |
| PORCH, SHANNON | 21 |
| PURCELLA, BARBARA | 44 |
| RAIMONDI, MELISSA | 77 |
| RODGERS, VALERIE | 35 |
| ROMERO, ANTOINETTE | 39 |
| ROMERO DE CHAVEZ, VERONICA | 36 |
| SALINAS, LAURA | 38 |
| SANCHEZ, ALICIA | 49 |
| SCHWEITZER KROLL, CATHERINE | 60 |
| SCOTT, PATRICK | 46 |
| SERNA, SOPHIE | 39 |
| SMITH, MARK | 30 |
| STOLTENBERG, SHELLY | 37 |
| STONE, ROBIN | 16 |
| TAPIA-QUINTANA, CAROLYN | 28 |

| Name | Value |
|---|---|
| TERRY, MICAH | 30 |
| TEUTEBERG, DONNA | 24 |
| TORRES, ANGELIQUE | 25 |
| WELCH, PATRICK | 59 |
| WICKER, EMILY | 58 |
| WILDER, CAMILLE | 24 |
| WITTER, TRISHA | 30 |
| WOLFGANG, GLORIJANA | 30 |
| YANEZ, MARIA | 24 |