# Using Synergy: Special Education Therapists

Adapted from "Synergy Special Education Teachers/Therapists" 2018

**How do I log in?**
· Use the following browsers to access Synergy: Internet Explorer, Chrome, Firefox. Do not use Safari.
· In your browser bar, type in synergy.aps.edu
· Pop-up blocker must be turned off for synergy.aps.edu
· Login Name – the same as you use for email
· Password – the same as you use for email
· If you are having trouble logging in, please contact Tommie, Matilda, Denette, or Bonnie.



**What can I see in Synergy?**
- Different role groups have different access
    o <u>Special Ed therapists</u> can view and update IEP-related documents and access to evaluations for sp ed students across the district.
    o THERAPISTS need to check to be sure there is a finalized IEP in Synergy for each of their students and then send those names and IDs to sped.data@aps.edu **if** their Portfolio view is **inaccurate**. Therapists need to **only send changes**, not entire lists (only students to add or remove).
- Before you attempt to view anything in Synergy SE, you need to be sure your focus (top right of your screen) is set properly (correct location, correct school year, and whether you want to see active students only or both active and inactive)
    o Active means the student is currently enrolled at an APS site
    o Inactive means the student is not currently enrolled at an APS site
- THERAPISTS – Be sure to set your focus to Albuquerque Public Schools if you serve students at more than one school and want to see all your students.

- Color codes for documents
    o RED = not started (or an amendment was just finalized)
    o YELLOW = draft (Please note that after the first IEP, the IEP icon will always contain a copy of what was just finalized.)

- - - BLUE = Amendment in process

- Please see screenshot below to see how to access your portfolio:



- Snap shot of Portfolio List View:



**How do I see the documents for a particular student?**
- If the student is on your caseload, click on the student's name in the Portfolio view
- If the student **is not on** your **caseload**, click on Student (purple student with blue star) in the left sidebar and search for a student. (Get into search mode by clicking the magnifying glass. <mark>You know you are in search mode if the boxes are a pale yellow.</mark>) → See screenshot below
  - - The ID number is the best way to locate a student. If you type in just a last name, Synergy will provide the student with the closest match. Please verify that it is the student you want before you start working on their documents.



2

Exhibit C_SW Guide To Using Synergy
Page 2 of 7



- Click on the tab with the information you need
  - Demographic
  - Parent
  - Team (names of case manager and assigned therapists), Ad-Hoc (access to a few specialized documents)
  - Historical Docs (access to any documents finalized in Synergy or uploaded into Synergy)
  - Process Docs (basic special education data, such as eligibility and due dates plus documents for the student in the current process)
  - Timeline (IEP, Reevaluation, 60 day consent to testing for initials)
  - Student Contact Log

**What if a student is missing from my caseload?**
- The student may be a transfer student from outside the district. We are obligated to serve the student under the previous IEP until a new IEP is held.
- When they first arrive, they will be placed in the Transfer process. After that document is finalized, the student moves to Annual Review. An IEP needs to be finalized within 30 days of the transfer student's enrollment.

**How do I check for students that are receiving SW services at each school site?** (Not all student may appear on Portfolio List)
- Change school focus on the far right and click save (page will refresh)
- Hover over the three line icon, Navigation, SE Reports, click on Student Services (see screenshots below):



Exhibit C_SW Guide To Using Synergy
Page 3 of 7



- In the service type box enter either "related service SW" and hit Enter



- List of students at each particular school site with therapy hours:



**How do I check if students are receiving SW but unassigned at my school?**
- Keep focus set to your school
- Select "hamburger" or the 3 horizontal bars at top left corner.
- Select SE Reports
- Select Admin Portfolio
- In the drop down menu, enter Social Worker as the role and click filter.
- A list will populate with all students at that school with SW Services, including those without a SW attached.



**How do I get to previous MET/IEP/PWN?**
- Click on student name on your Portfolio List



- Click on Historical Documents



- Click on the folder icon corresponding to the date you are looking for

5

Exhibit C_SW Guide To Using Synergy
Page 5 of 7



- Click on "View" corresponding to the document you would like to open



- Click on colored shape (far left) to corresponding document you need to open and input information



- Click on corresponding tab

**How do I add progress reports?**
- Click on student name
- Click on Process Docs
- Click on Progress Reports

6

Exhibit C_SW Guide To Using Synergy
Page 6 of 7



- Click on Add



- Once you have saved "Progress" comes up for that specific date. Click on "Progress".
- Scroll down to find your goal and enter progress toward goals

**Miscellaneous Tips**
- MaxCapture – All questions should be directed to Joann Sanchez (sanchez_joa@aps.edu)
- Synergy will lock you out if you haven't hit the Save button within 25 minutes. It doesn't care if you are typing. When you reenter your password you have 10 more minutes to hit the Save button before you lose everything you just typed. Save often.
- When you successfully finalize an IEP, it goes directly to Historical Documents. The IEP icon for that student stays yellow. This is not a mistake but is the way Synergy is set up. The yellow icon contains an exact copy of the IEP you just finalized, with the exception of dates. Synergy is letting you know that this IEP copy is ready for the next annual review. If you ever want to verify that the IEP was finalized and moved to Historical Documents, just go to Historical Documents and see if it is there.