IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                                                       1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S TWO MOTIONS TO COMPEL DISCOVERY**

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Discovery Responses, Request for Sanctions, and Request for Expedited Ruling (Doc. 88), filed March 11, 2025, and Plaintiff's Second Motion to Compel Discovery Responses (Doc. 124), filed July 7, 2025. Both motions are fully briefed. Docs. 121, 127, 135, 141. The Court held a hearing on both motions on September 3, 2025. As discussed at the hearing, the Court rules as follows.

The Court compels defendant Albuquerque Public Schools ("APS") to fully respond to the following discovery instruments propounded by Plaintiff:

- Interrogatories 1, 2, 3, 7, 9, 10, 11, 15, 16

- Requests for Production 1, 5, 8

- Requests for Admission 5, 25, 26, 27, 28, 29, 30, 31

The Court compels APS to fully respond to the following discovery instruments propounded by Plaintiff as modified below:

- Interrogatory 6—APS may limit its response to crimes of moral turpitude.

- Interrogatory 8—APS may limit its response to only clinical social workers within the

time frame of January 1, 2022, to present.

- Interrogatory 12—APS must sufficiently elaborate on the "other criteria taken into account" as noted in its most July 2, 2025, supplemental response. Otherwise, the Court is satisfied with APS's response to Interrogatory 12.

- Request for Production 2—APS may limit its response to just Plaintiff.

- Request for Production 3—APS may limit its response January 1, 2022, to present.

- Request for Production 4—APS may limit its response January 1, 2022, to May 31, 2023.

- Request for Production 6—APS may limit its response August 1, 2022, to May 31, 2023.

- Request for Production 7—APS may limit its response August 1, 2022, to May 31, 2023.

- Request for Production 9—APS may limit its response August 1, 2022, to May 31, 2023.

- Request for Production 13—APS may limit its response August 1, 2019, to May 31, 2023.

- Request for Production 14—APS may limit its response August 1, 2019, to May 31, 2023.

- Request for Production 15— APS may limit its response August 1, 2021, to May 31, 2023.

- Request for Production 16— APS may limit its response August 1, 2021, to May 31, 2023.

- Request for Production 17— APS may limit its response August 1, 2021, to May 31, 2023.

- Request for Production 18— APS may limit its response August 1, 2021, to May 31, 2023.

When APS supplements its Interrogatory responses, it must respond in the format the Plaintiff propounded the question to make it clear that APS has responded to each sub-part. APS must also compile its previous responses into its supplemental response to create a single, unified response in which the reader can determine the original response and how and when the answers were supplemented.

For each Request for Production, if APS is unable to provide the documentation that Plaintiff is seeking, APS must provide a detailed, verified explanation as to the efforts it took to attempt to find responsive documentation. APS must also state with particularity when certain documents do not exist. Where Plaintiff is seeking Synergy or Maxcapture reports, if APS is unable to provide those reports, APS must provide a detailed, verified response explaining why it is technologically impossible for APS to provide the reports.

Regarding Requests for Admission, Plaintiff has withdrawn her motions as to Requests for Admission 6, 8, 10, 12, and 13. Plaintiff may not propound any additional Requests for Admission absent an order from this Court. APS need not respond to Plaintiff's Requests for Admission 32, 33, 34, and 35.

The Court hereby resets the case management deadlines are follows:

| | |
|---|---|
| Termination date for discovery: | November 14, 2025 |
| Motions relating to discovery to be filed by: | December 3, 2025 |
| Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) filed by: | December 17, 2025 |

Finally, the Court declines to award any relief not explicitly granted above, including any request for attorney's fees. APS's supplemental discovery responses are due **October 3, 2025**.

JENNIFER M. ROZZONI
United States Magistrate Judge