IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                                                                1:23-cv-00899-GBW-JMR

**ALBUQUERQUE PUBLIC SCHOOLS**
**and NEW MEXICO DEPARTMENT**
**OF PUBLIC EDUCATION,**

    Defendants.

## PLAINTIFF'S NOTICE OF PRESERVED OBJECTIONS AND REQUEST FOR APPROPRIATE RELIEF

COMES NOW Plaintiff, Tatia Lipe ("Plaintiff"), by and through undersigned counsel, and respectfully submits this Notice to preserve for the record all objections and arguments previously prepared in opposition to Defendant Albuquerque Public Schools' ("APS") Motion for Extension of Time to comply with this Court's September 5, 2025 Order compelling discovery.

**BACKGROUND**

On October 2, 2025, the Court granted APS's Motion for Extension before Plaintiff had an opportunity to file a response. Plaintiff had prepared a comprehensive opposition addressing APS's pattern of delay, the lack of good cause for further extension, and the ongoing prejudice to Plaintiff. Out of respect for the Court's ruling, Plaintiff does not

seek to re-argue the motion, but files this Notice to ensure her objections and arguments are preserved for the record in accordance with Fed. R. Civ. P. 46 and applicable local rules.

**PRESERVATION OF OBJECTIONS**

Plaintiff respectfully requests that the Court deem all objections and arguments set forth in the attached unfiled opposition (Exhibit A) as preserved for the record. Plaintiff was not afforded an opportunity to be heard prior to the Court's ruling, and files this Notice to avoid any risk of waiver of her objections or arguments.

**REQUEST FOR RELIEF**

Should the Court determine that further relief is appropriate, Plaintiff respectfully requests such relief as the Court deems just and proper, including but not limited to consideration of the arguments in Exhibit A in any future proceedings related to discovery compliance, sanctions, or scheduling.

In addition, Plaintiff specifically requests that, notwithstanding the extension granted, the Court direct APS to immediately produce all responsive documents and verified responses currently in its possession, custody, or control, as required by Fed. R. Civ. P. 26(e) and Fed. R. Civ. P. 34(b), rather than withholding such materials until the extended deadline. Plaintiff does not waive any right to seek further relief or sanctions should APS fail to comply with its ongoing discovery obligations.

**CONCLUSION**

Plaintiff thanks the Court for its attention to this matter and for its ongoing management of the case. Plaintiff respectfully preserves her objections and arguments as set forth above and in Exhibit A.

                                        Respectfully Submitted,

                                        /s/ *Boglarka Foghi, Esq.*
                                        Boglarka Foghi, Attorney for Plaintiff
                                        FOGHI LAW FIRM, LLC
                                        5065 Corrales Road
                                        Corrales, NM. 87048
                                        (505) 220-5691
                                        foghilaw@yahoo.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on this 2nd day of October 2025 which causes service to the following:

Karen Kilgore, Esq.
Cuddy & McCarthy, LLP 1701 Old Pecos Trail
P.O. Box 4160 Santa Fe, NM 87502
kkilgore@cuddymccarthy.com

/s/ Boglarka Foghi, Esq.
Boglarka Foghi, Attorney at Law

3