UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**TATIA LIPE,**

  Plaintiff,

v.                                           **No. 1:23-cv-00899-GBW-JMR**

**ALBUQUERQUE PUBLIC SCHOOLS
and NEW MEXICO DEPARTMENT
OF PUBLIC EDUCATION,**

  Defendants.

### **EXHIBIT 1**

**DEFENDANT ALBUQUERQUE PUBLIC SCHOOL'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES,REQUEST FOR PRODUCTION AND REQUESTS FOR ADMISSIONS.**


**IS BEING SUBMITTED SIMULANEOUSLY TO THE COURT AND COUNSEL VIA EMAIL AND PROPOSED TEXT**
