



## **VERIFICATION**

STATE OF NEW MEXICO            )
                               ) ss.
COUNTY OF BERNALILLO           )

I, Bonnie Anderson, in my capacity as Director of Budget/Data/Synergy at Albuquerque Public Schools, being first duly sworn upon my oath, depose and state that **DEFENDANT** Albuquerque Public School's Interrogatory No. 11 of Defendant's Fourth Supplemental Discovery Answer to Plaintiff's Discovery Requests are true and correct to the best of my knowledge and belief.

By: _____
    Bonnie Anderson

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this __3__ day of October, 2025.

_____
Signature of Notary Public

Jo Ann JL Wright
Printed Name of Notary Public

My Commission Expires:

2/5/2027

[Notary Seal: JO ANN JL WRIGHT, NOTARY PUBLIC, COMM # 1097302, EXPIRES 2-5-2027, STATE OF NEW MEXICO]