

# Albuquerque Public Schools
## Portfolio List

Year: 2021-2022
Report: CLS-LST-01

**Staff Name:** ███████████

| Student Name | Grade | Gender | School | Next IEP Date | Next Eval Date | 504 Review Date | 504 Re-evaluation Date |
|---|---|---|---|---|---|---|---|
| ███████ | 04 | Male | Chaparral Elementary School | 12/14/2022 | 02/18/2024 | | |
| ███████ | 03 | Male | Cochiti Elementary School | 10/21/2022 | 10/21/2024 | | |
| ███████ | 03 | Male | Alvarado Elementary School | 01/31/2023 | 01/24/2024 | | |
| ███████ Jr | 02 | Male | Chaparral Elementary School | 11/28/2022 | 11/28/2024 | | |
| ███████ | 05 | Female | Cochiti Elementary School | 03/27/2023 | 03/27/2025 | | |
| ███████ | 02 | Male | Alvarado Elementary School | 01/24/2023 | 01/25/2024 | | |
| ███████ | P2 | Female | Cochiti Elementary School | 05/05/2023 | 05/05/2025 | | |
| ███████ | 04 | Female | Chaparral Elementary School | 02/09/2023 | 04/20/2023 | | |
| ███████ | 04 | Female | Chaparral Elementary School | 04/20/2023 | 05/19/2024 | | |
| ███████ | 03 | Male | Alvarado Elementary School | 05/09/2023 | 10/05/2023 | | |
| ███████ | 04 | Male | Chaparral Elementary School | 11/15/2022 | 11/15/2024 | | |
| ███████ | 02 | Male | Chaparral Elementary School | 04/06/2023 | 04/06/2025 | | |
| ███████ | 03 | Male | Chaparral Elementary School | 03/13/2023 | 04/28/2024 | | |
| ███████ | 05 | Male | Chaparral Elementary School | 04/18/2023 | 09/07/2023 | | |
| ███████ | 03 | Male | Chaparral Elementary School | 11/29/2022 | 11/29/2024 | | |
| ███████ | 02 | Male | Chaparral Elementary School | 01/20/2023 | 02/09/2023 | | |
| ███████ | P1 | Male | Chaparral Elementary School | 04/04/2023 | 04/05/2024 | | |
| ███████ | 07 | Male | Tres Volcanes Community Collaborative School | 10/03/2022 | 10/04/2023 | | |
| ███████ | 02 | Female | Chaparral Elementary School | 10/18/2022 | | | |
| ███████ | 05 | Male | Cochiti Elementary School | 11/07/2022 | | | |

**Total:** 20  **Students**

Printed by ███████   3:48 PM   Ex 2, Synergy Report   Albuquerque Public Schools   Page 1 of 1
Lipe v. APS, No. 1:23-cv-00899-GBW-JMR
Page 1 of 1

---

**Tatia Lipe** 11:15 AM

ALL REPORT OPTIONS WITHIN SYNERGY CAN BE FILTERED TO DISPLAY PRECISELY THE INFORMATION A USER NEEDS. PROTECTED HEALTH INFORMATION (PHI) CAN BE AUTOMATICALLY EXCLUDED, ELIMINATING THE NEED FOR LATER REDACTION.

USERS CAN SPECIFY PARAMETERS SUCH AS SCHOOL YEAR AND SCHOOL DISTRICT TO GENERATE TAILORED REPORTS. THE REPORTING CAPABILITIES WITHIN SYNERGY ARE VIRTUALLY UNLIMITED. IN THE EXAMPLE SHOWN, THE SOCIAL WORKER PROVIDES SERVICES ACROSS MULTIPLE SCHOOLS.

ACCORDINGLY, THE REQUESTED INFORMATION CAN BE GENERATED WITHIN MINUTES AND DOES NOT REQUIRE PRODUCING THOUSANDS OF PAGES. FOR INSTANCE, IF THERE ARE 109 SOCIAL WORKERS IN THE DISTRICT, THE RESULTING REPORT WOULD TOTAL ROUGHLY 109 PAGES—APPROXIMATELY DOUBLE THAT IF GENERATING BOTH BEGINNING- AND END-OF-YEAR REPORTS—FAR LESS THAN THE EXTENSIVE "DOCUMENT DUMP" PRODUCED BY APS.