# School Based Service Capture
## Service Details
**For Service Dates Between 01/04/2022 and 02/15/2022**



### District : 01 - ALBUQUERQUE PUBLIC SCHOOLS

| | |
|---|---|
| **Provider:** | e208286 - HARRIS-LIPE, TATIA |
| **Discipline:** | NM Licensed Clinical Social Worker (LCSW/LISW) |

| | Service Date | From Time | To Time | Status |
|---|---|---|---|---|
| **Student :** | MARTINEZ, JAHEIM - 970003577 * | | **DOB :** | 02/24/2003 |
| | 01/14/2022 | 8:45AM | 9:15AM | Pending Approval |

| | |
|---|---|
| **Service Type** | BH-SW - Social Worker |
| **Service Code** | N997 - Student Unavailable |
| **Therapy Method** | |
| **Diagnosis** | Z659 - Problem related to unspecified psychosocial circumstances |
| **Place Of Svc** | School (0575 - Volcano Vista High School) |
| **Progress** | |
| **Provider Notes** | A: Scheduled meeting with Student for an individual session in SSW office. |
| | O: Unable to meet with student due to unexpected school closure in response to cyberattack. |
| | P: SSW will attempt to reschedule. |
| **Signed By/Date** | e208286 (01/18/22  6:08:00 PM ET) |
| **Approved By** | |
| **Approved Date** | |
| **Discipline** | |

| | Service Date | From Time | To Time | Status |
|---|---|---|---|---|
| | 01/19/2022 | 7:30AM | 8:00AM | Pending Approval |

| | |
|---|---|
| **Service Type** | BH-SW - Social Worker |
| **Service Code** | N999 - Other |
| **Therapy Method** | |
| **Diagnosis** | Z659 - Problem related to unspecified psychosocial circumstances |
| **Place Of Svc** | School (0575 - Volcano Vista High School) |
| **Progress** | |
| **Provider Notes** | A: It was brought to my attention that student has withdrawn from school. |
| | O: Verified information in synergy. |
| | P: No further follow-up is required. |
| **Signed By/Date** | e208286 (01/19/22 11:17:26 AM ET) |
| **Approved By** | |
| **Approved Date** | |
| **Discipline** | |

# School Based Service Capture
## Service Details
**For Service Dates Between 08/04/2021 and 12/17/2021**



**District : 01 - ALBUQUERQUE PUBLIC SCHOOLS**

| | |
|---|---|
| **Provider:** | e208286 - HARRIS-LIPE, TATIA |
| **Discipline:** | NM Licensed Clinical Social Worker (LCSW/LISW) |

| | Service Date | From Time | To Time | Status |
|---|---|---|---|---|
| **Student :** | PARADA, JAYLYNNE - 970088606 * | | DOB : | 12/03/2006 |

| Service Date | From Time | To Time | Status |
|---|---|---|---|
| 08/12/2021 | 10:40 AM | 10:55 AM | Transmitted |

| | |
|---|---|
| **Service Type** | BH-SW - Social Worker |
| **Service Code** | N032 - Parent/Guardian/Caregiver Contact |
| **Therapy Method** | |
| **Diagnosis** | Z659 - Problem related to unspecified psychosocial circumstances |
| **Progress** | |
| **Provider Notes** | A: SSW made contact with caregiver. |
| | O: SSW made initial contact with parent/caregiver. Provided contact information and the various ways in which SSW can be contacted. |
| | P: SSW will schedule intital meeting with student and support student IEP goals. |
| **Signed By/Date** | e208286 (08/12/21  3:22:33 PM ET) |
| **Approved By** | GARCIA, ANGELA |
| **Approved Date** | 9/13/2021  4:02:58PM ET |
| **Discipline** | |

| Service Date | From Time | To Time | Status |
|---|---|---|---|
| 08/12/2021 | 11:00AM | 11:15AM | Transmitted |

| | |
|---|---|
| **Service Type** | BH-SW - Social Worker |
| **Service Code** | N032 - Parent/Guardian/Caregiver Contact |
| **Therapy Method** | |
| **Diagnosis** | Z659 - Problem related to unspecified psychosocial circumstances |
| **Place Of Svc** | School (0575 - Volcano Vista High School) |
| **Progress** | |
| **Provider Notes** | A: SSW received phone call from Jaylynne's mother to discuss issues/concerns. |
| | O: Mother reported that Jaylynne had a rough day, the first day of school and then did not want to return this morning due to her anxiety. |
| | P: SSW will meet with student to make initial introductions and assist with transition. |
| **Signed By/Date** | e208286 (08/12/21  4:03:13 PM ET) |
| **Approved By** | GARCIA, ANGELA |
| **Approved Date** | 9/13/2021  4:02:58PM ET |
| **Discipline** | |

| Service Date | From Time | To Time | Status |
|---|---|---|---|
| 08/12/2021 | 1:15PM | 1:45PM | Transmitted |

| | |
|---|---|
| **Service Type** | BH-SW - Social Worker |
| **Service Code** | N090 - *Individual/30 min. (16-37 minutes) |
| **Therapy Method** | |
| **Diagnosis** | Z659 - Problem related to unspecified psychosocial circumstances |
| **Place Of Svc** | School (0575 - Volcano Vista High School) |
| **Progress** | |

## VERIFICATION

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF BERNALILLO   )

I, Mallory Geissler, in my capacity as Senior Director, Federal and State Programs at Albuquerque Public Schools, being first duly sworn upon my oath, depose and state that **DEFENDANT** Albuquerque Public School's reply to Production No. 6 of Defendant's Fourth Supplemental Discovery Answer to Plaintiff's Discovery Requests are true and correct to the best of my knowledge and belief.

By: _____
Mallory Geissler

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this  6th  day of October, 2025.

_____
Signature of Notary Public

Gail Schmitt
_____
Printed Name of Notary Public

My Commission Expires:
3/29/26

STATE OF NEW MEXICO
NOTARY PUBLIC
GAIL SCHMITT
Commission # 1091838
My Comm. Exp. March 29, 2026