**School Based Service Capture**

**Provider Services Snapshot**



**Provider: e208286 - HARRIS-LIPE, TATIA**

| Service Date | Service Type | Service | Diagnosis | Status | From Time | To Time | Minutes |
|---|---|---|---|---|---|---|---|
| 02/28/2020 | Social Worker | *Individual/60 min. (53 + minutes) | Z659 | Pending Approval | 12:15PM | 1:30PM | 75 |
| 03/04/2020 | Social Worker | *Individual/30 min. (16-37 minutes) | Z659 | Pending Approval | 12:30PM | 1:00PM | 30 |
| 03/11/2020 | Social Worker | *Individual/45 min. (38-52 minutes) | Z659 | Pending Approval | 9:30AM | 10:15AM | 45 |
|  |  |  |  |  |  | **Total:** | **465** |

**Student:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| Service Date | Service Type | Service | Diagnosis | Status | From Time | To Time | Minutes |
|---|---|---|---|---|---|---|---|
| 01/15/2020 | Social Worker | Student Absent | Z659 | Transmitted | 12:40PM | 1:30PM | 50 |
| 03/05/2020 | Social Worker | Collaboration | Z659 | Pending Approval | 1:45PM | 2:35PM | 50 |
|  |  |  |  |  |  | **Total:** | **100** |
|  |  |  |  |  | **HARRIS-LIPE, TATIA Total:** |  | **7,575** |

---

**Tatia Lipe** 1:33 PM

AGAIN, THIS IS JUST ONE OF MANY REPORTS THAT CAN BE GENERATED IN MAXCAPTURE. SERVICE MINUTES FOR THE PROVIDERS COVERING PLAINTIFF WERE REQUESTED.

AS SHOWN HERE, THIS INFORMATION CAN BE QUICKLY GENERATED BY APPLYING VARIOUS FILTERS.

DATE AND ALL METADATA INCLUDED WITHOUT THE NEED TO GENERATE HUNDREDS AND THOUSANDS OF PAGES.

Reply or use @ to invite others