# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TATIA LIPE,**

      Plaintiff,

vs.                                  Cause No. 1:23-cv-00899 GBW/JMR

**ALBUQUERQUE PUBLIC SCHOOLS
and NEW MEXICO DEPARTMENT
OF PUBLIC EDUCATION,**

      Defendants.

## CERTIFICATE OF SERVICE

Plaintiff, Tatia Lipe, through her Counsel of Record, Boglarka Foghi, Esq. (FOGHI LAW FIRM, LLC), hereby certifies that *Plaintiff's Emergency Motion to Disqualify Modrall, Sperling, Roehl, Harris, & Sisk, P.A and to Strike Entry of Appearance of Jennifer G. Anderson and Memorandum in Support* was delivered via electronic mail to Jennifer G. Anderson, (MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.); and Karen Kilgore (Cuddy & McCarthy, LLP), Counsel of Record for the Defendants, Albuquerque Public Schools, on the 6th day of February 2026 to  jennifer.anderson@modrall.com and kkilgore@cmc.law.

                                  Respectfully submitted,

                                  *Boglarka Foghi, Esq.*

                                  Boglarka Foghi
                                  Attorney for Plaintiff
                                  FOGHI LAW FIRM, LLC.
                                  5065 Corrales Rd., P.O. Box 944
                                  Corrales, NM 87048
                                  (505) 220-6591
                                  *foghilaw@yahoo.com*