**Outlook**

**Documents**

**From** Margaret M. Hickey <mhickey@modrall.com>
**Date** Tue 12/20/2022 2:44 PM
**To** ███████████ < ███████████████ >
**Cc** ████████ < ██████████████ >

Hi Tatia,

Thank you for coming in this morning. As we discussed, please track down and send us copies of the following documents:

1.
2.
3.                                                                                        ;
4.
5.

If we come across any other items, we will let you know. Thank you.

Sincerely,
Margaret

 **MODRALL SPERLING**

Margaret M. Hickey
Associate Attorney
Modrall Sperling I www.modrall.com
P.O. Box 2168 I Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 I Albuquerque, NM 87102
D: 505.848.1866I O: 505.848.1800 IC: 505.318.8746

This e-mail may be a confidential attorney–client communication. If you received it in error, please delete it without forwarding it to others and notify the sender of the error.

Exhibit A – Hickey Email Requesting Client Documents (Dec. 20, 2022)

 **Outlook**

___

## Checking in . . . .

**From** ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮>
**Date** Fri 12/30/2022 9:24 AM
**To** Tatia Lipe <▮▮▮▮▮▮▮▮▮▮>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

Tatia—Margaret and I are working to get ready for the ▮▮▮▮▮ conference on 1.9.23.   But we need your help. Please send us (copy us both):

· ▮▮▮▮▮▮▮▮▮▮▮
· The materials requested by Margaret in her earlier email.

If you don't have everything, please send us what you have.  Thanks. ▮▮▮.

Exhibit A – Hickey Email Requesting Client Documents (Dec. 20, 2022)