**Outlook**

## A profile of you and your work

**From** ▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date** Tue 12/20/2022 3:16 PM
**To** Tatia Lipe <▮▮▮▮▮▮▮▮▮▮>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

📎 1 attachment (13 KB)
Description of Tatia's work activities. Harris-Lipe.docx;

Dear Tatia,

I think it will be important for ▮▮▮▮▮▮▮▮▮▮ to fully understand your qualifications as well as the scope and complexity of your work. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To get us started on a description of who you are and what you do, I came up with a very rough draft, which is attached. I will call you shortly to discuss. Thank you. ▮▮▮▮.