Outlook

## Checking in . . . .

**From** ████████ <████████████████>
**Date** Fri 12/30/2022 9:24 AM
**To** Tatia Lipe <████████████>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

Tatia—Margaret and I are working to get ready for the ████████ conference on 1.9.23.   But we need your help.  Please send us (copy us both):

· ████████████████

· The materials requested by Margaret in her earlier email.

If you don't have everything, please send us what you have.  Thanks.  ████ .

Exhibit C – Hickey Coordination of IRS Appeals Conference (Jan. 2023)

**To:** Tatia Lipe < ██████████████ >
**Subject:** RE: ██████

████████████████████████████████████████████

---

**From:** Tatia Lipe < █████████████ >
**Sent:** Monday, January 9, 2023 8:44 AM
**To:** ████████ < ███████████ >
**Subject:** Re: ███████

████████ ██████████████████████████████. U████████
████████████████████████████████████████

Get Outlook for iOS

---

**From:** ████████ < █████████████ >
**Sent:** Friday, January 6, 2023 2:47:34 PM
**To:** Tatia Lipe < ███████████ >
**Subject:** FW: ██████

Here is the call in number for the Appeals Call on Monday at 10 am.

---

**From:** Margaret M. Hickey <mhickey@modrall.com>
**Sent:** Friday, January 6, 2023 12:42 PM
**To:** ████████ < █████████ >
**Subject:** RE: ███████

Join Modrall Sperling Meeting:
https://modrall.pragmatic.umx.vc/conf/call/███████

One tap mobile:
+1 505-207-7298,,████████#

Dial-in using your phone:
United States - Albuquerque: +1 505-207-7298
United States - Toll-Free: +1 888-810-0438

Access code: ████████

Find a local dial-in number:
https://modrall.pragmatic.umx.vc/participant_call_in_numbers

Connection Test:
https://modrall.pragmatic.umx.vc/system/test


Sincerely,
Margaret



Margaret M. Hickey
Associate Attorney
Modrall Sperling I www.modrall.com
P.O. Box 2168 I Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 I Albuquerque, NM 87102
D: ████████ I O: ████████ IC: ████████

---

**From:** ████████ < █████████████ >
**Sent:** Friday, January 6, 2023 12:24 PM

Exhibit C – Hickey Coordination of IRS Appeals Conference (Jan. 2023)

**To:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** RE: ████

Wonderful!  Please give me the number and I will do the contacting.

---

**From:** Margaret M. Hickey <mhickey@modrall.com>
**Sent:** Friday, January 6, 2023 12:03 PM
**To:** ████████ <████████████████>
**Subject:** RE: ███

I am able to set up a call in meeting, but it only has the capability of everyone calling into the line; I cannot dial out. Would that work?


Sincerely,
Margaret



Margaret M. Hickey
Associate Attorney
Modrall Sperling I www.modrall.com
P.O. Box 2168 I Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 I Albuquerque, NM 87102
D: ████████ I O: ████████ IC: ████████

---

**From:** ████████ <████████████████>
**Sent:** Friday, January 6, 2023 11:19 AM
**To:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** RE: ████

Also, I just realized I don't have the conference call ability on my phone for 4 people (you me Tatia and ██████████, ████████████  Do you have conference call ability to accommodate all four of us?  If so, I will get you the phone numbers and ask you to make the call, looping me in first, then Tatia, then ████████████  Many thanks.

**From:** Margaret M. Hickey <mhickey@modrall.com>
**Sent:** Friday, January 6, 2023 11:14 AM
**To:** ████████ <████████████████>
**Subject:** RE: ████

Thank you for getting that clarification.


Sincerely,
Margaret



Margaret M. Hickey
Associate Attorney
Modrall Sperling I www.modrall.com
P.O. Box 2168 I Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 I Albuquerque, NM 87102
D: ████████ I O: ████████ IC: ████████

---

**From:** ████████ <████████████████>
**Sent:** Friday, January 6, 2023 11:10 AM
**To:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** ████████

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Exhibit C – Hickey Coordination of IRS Appeals Conference (Jan. 2023)

Just spoke with Tatia. who is in bed with a migraine. ██████████████████████████

██ ████████████████

This e-mail may be a confidential attorney-client communication. If you received it in error, please delete it without forwarding it to others and notify the sender of the error.

Exhibit C – Hickey Coordination of IRS Appeals Conference (Jan. 2023)