**Outlook**

▊▊▊▊▊▊▊

**From** ▊▊▊▊▊▊▊
**To** ▊▊▊▊ <▊▊▊▊▊▊▊>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

Get Outlook for iOS

**From:** ▊▊▊▊ <▊▊▊▊▊▊▊>
**Sent:** Monday, January 9, 2023 11:32:17 AM
**To:** Tatia Lipe <▊▊▊▊▊▊>
**Cc:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** ▊▊▊▊▊

Tatia,

I understand your feelings completely.

**From:** Tatia Lipe <▊▊▊▊▊▊>
**Sent:** Monday, January 9, 2023 9:19 AM
**To:** ▊▊▊ <▊▊▊▊▊▊>
**Subject:** ▊▊▊▊

Thank you! To be honest I just want the whole thing to be over with. ▊▊▊▊▊▊▊

Get Outlook for iOS

**From:** ▊▊▊ <▊▊▊▊▊▊▊>
**Sent:** Monday, January 9, 2023 9:07:21 AM
**To:** Tatia Lipe <▊▊▊▊▊>
**Subject:** RE: ▊▊▊▊

No problem. Feel better!

**From:** Tatia Lipe <▊▊▊▊▊▊>
**Sent:** Monday, January 9, 2023 9:06 AM
**To:** ▊▊▊ <▊▊▊▊▊▊>
**Subject:** ▊▊▊▊▊

That would be great if I'm not needing to call in. Thank you.

Get Outlook for iOS

**From:** ▊▊▊ <▊▊▊▊▊▊▊>
**Sent:** Monday, January 9, 2023 8:51:09 AM

Exhibit D – Attorney–Client Medical Condition Communications (Jan. 2023)

**To:** Tatia Lipe <████████████████>
**Subject:** RE: ████

Tatia--I am so sorry to hear this.  Would you prefer not to call in today?  We can handle the call without you if you would like.  Best-g.

---

**From:** Tatia Lipe <████████████████>
**Sent:** Monday, January 9, 2023 8:44 AM
**To:** ████████ <████████████████>
**Subject:** Re: ████████

Thank you! ████████████████████████████████████████████.  Unfortunately, I am still suffering with debilitating migraines.  I went into the urgent care on Saturday and they gave me a shot and medication for nausea.  I'm going back to the doctor today because the migraines continue.

Get Outlook for iOS



Sincerely,
Margaret

**MODRALL** SPERLING

Margaret M. Hickey
Associate Attorney
Modrall Sperling I www.modrall.com
P.O. Box 2168 I Albuquerque, NM 87103-2168
500 4th St. NW, Ste. 1000 I Albuquerque, NM 87102
D: ████████ I O: ████████ IC: ████████

---

**From:** ████████ <████████████████>
**Sent:** Friday, January 6, 2023 12:24 PM

Just spoke with Tatia. who is in bed with a migraine. ████████████████████████

██ ████████████████

This e-mail may be a confidential attorney-client communication. If you received it in error, please delete it without forwarding it to others and notify the sender of the error.

 **Outlook**

---

**Re: Good morning!**

---

**From** Tatia Lipe <█████████████████>
**Date** Tue 1/10/2023 4:39 PM
**To** ████████ <██████████████████>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

██████████████████████████████████████████████████████
████████████████████.

---

**From:** ████████ <███████████████████>
**Sent:** Tuesday, January 10, 2023 9:59 AM
**To:** Tatia Lipe <████████████████>
**Cc:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** Good morning!

Tatia—hope you are feeling better today.

In my view, the call yesterday with ████████████ went well. We were able to present your qualifications and the ████████████████████████████████████████ The next call is February 8, 2023.

This morning, I did some more research on ████████████████████████████████████████████████████████████████████████████████████████████████████████████.

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I realize you are feeling very unwell and are probably unable to answer these questions right now. But I did want to get back to you promptly. When you feel up to it, please let me know how you would like us to proceed.

████████

---