**Outlook**

---

## Re: Case Status Update

---

**From** Tatia Lipe < ▮▮▮▮▮▮▮▮ >
**Date** Tue 10/17/2023 6:56 PM
**To** ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮▮ >

---

▮▮▮▮▮▮▮▮▮▮ I have zero quality of life. I▮▮▮▮▮▮▮▮▮▮▮▮▮ .

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Get Outlook for iOS

---

**From:** ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮ >
**Sent:** Tuesday, October 17, 2023 3:02:42 PM
**To:** Tatia Lipe < ▮▮▮▮▮▮▮▮ >
**Subject:** RE: Case Status Update

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

---

**From:** Tatia Lipe < ▮▮▮▮▮▮▮▮ >
**Sent:** Tuesday, October 17, 2023 2:50 PM
**To:** ▮▮▮▮▮ < ▮▮▮▮▮▮▮▮ >
**Subject:** Re: Case Status Update

> **[EXTERNAL EMAIL]** 'CAUTION: This email is from an external source and may contain links to untrusted websites. Verify any links before you click on them. If the email is suspicious contact I.T.

▮▮▮▮▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮ >
**Sent:** Tuesday, October 17, 2023 1:50 PM
**To:** Tatia Lipe < ▮▮▮▮▮▮▮▮ >
**Subject:** Case Status Update

Dear Tatia,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

 Outlook

---

**Re: Good morning!**

---

**From** Tatia Lipe <​███████████​>
**Date** Tue 1/10/2023 4:39 PM
**To** ██████ <​████████████████​>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

███████████████████████████████████████████
███████████████ .

---

**From:** ████████ <​████████████████​>
**Sent:** Tuesday, January 10, 2023 9:59 AM
**To:** Tatia Lipe <​████████████████​>
**Cc:** Margaret M. Hickey <mhickey@modrall.com>
**Subject:** Good morning!

Tatia—hope you are feeling better today.

In my view, the call yesterday with ████████████ went well.  We were able to present your qualifications and the ███████████████████████████████████████ The next call is February 8, 2023.

This morning, I did some more research on ███████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████ .

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

I realize you are feeling very unwell and are probably unable to answer these questions right now.  But I did want to get back to you promptly.  When you feel up to it, please let me know how you would like us to proceed.

████████