**Outlook**

---

## A profile of you and your work

**From** ███████ ‹███████████████████›

**Date** Tue 12/20/2022 3:16 PM

**To** Tatia Lipe ‹███████████████›

**Cc** Margaret M. Hickey <mhickey@modrall.com>

📎 1 attachment (13 KB)

Description of Tatia's work activities. Harris-Lipe.docx;

Dear Tatia,

I think it will be important for ████████████ to fully understand your qualifications as well as the scope and complexity of your work. If she understands your work, she is more likely t ██████████████████████████ you do, I came up with a very rough draft, which is attached. I will call you shortly to discuss. Thank you. ██████.

---



**Outlook**

---

**From** ███████ <██████████████>
**Date** Sat 1/14/2023 10:26 AM
**To** Tatia Lipe <████████████████>
**Cc** Margaret M. Hickey <mhickey@modrall.com>

📎 1 attachment (294 KB)
███████████████████

Tatia-- Attached for your review and comment is the DRAFT ████

?

Thanks in advance for helping us understand all this.

Exhibit F – Hickey Drafting and Client Review Communications (Jan. 2023)