## Lipe vs APS

From:   Boglarka Foghi (foghilaw@yahoo.com)

To:     jga@modrall.com; kkilgore@cmc.law

Bcc:    tatialipe@gmail.com

Date:   Thursday, February 5, 2026 at 11:41 AM MST

Hi Jennifer,

I'm reaching out to flag a conflict issue and to meet and confer under LR 7.1(a) before we bring it to the Court.

Modrall's entry in this case (Doc. 180) raises a former-client conflict because Margaret Hickey previously participated in Tatia Lipe's prior representation and, in that attorney-client context, obtained confidential information about Tatia's finances and health circumstances. That information is material to issues in this case (damages/mitigation/credibility). Tatia does not consent to Modrall representing APS here and does not waive any conflict.

Please confirm whether Modrall will withdraw and whether your appearance will be withdrawn. If Modrall does not withdraw, we will move for disqualification.

Sincerely,

Boglarka Foghi, JD, MBA
Foghi Law Firm, LLC
www.Familyandcriminallawfirm.com
www.Scottsdaleduiatty.com
CEO/Founder of Envie Skin
envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar

Exhibit G – Plaintiff's Conflict Notice and Meet-and-Confer Email (Feb. 5, 2026)