## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

v.                                    Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC
SCHOOLS,

     Defendant.

### ORDER RESETTING PRETRIAL CONFERENCE

THIS MATTER comes before the Court *sua sponte* and after consultation with counsel.  The Pretrial Conference scheduled for June 18, 2026, at 10:30 a.m., *see doc. 256*, is HEREBY VACATED.

A Pretrial Conference will instead be held on **June 16, 2026, at 10:30 a.m. in the Organ Courtroom at the United States Courthouse, 100 North Church Street, Las Cruces, New Mexico.**

The Court understands that one of Defendant's trial counsel, Patricia Williams, will not be available on this new date.  Accordingly, Ms. Williams will be excused from attending.  If Ms. Williams is available to appear remotely or for a portion of the conference, the Court will endeavor to accommodate her.  Any questions regarding said accommodations should be sent to wormuthproposedtext@nmd.uscourts.gov with opposing counsel on carbon copy.

The deadlines for pretrial filings set in Order (*doc. 256*) remain unchanged.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

2