IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

v.                                  No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

     Defendant.

## PLAINTIFF'S RENEWED APPLICATION FOR ATTORNEY'S FEES AND EXPENSES PURSUANT TO DOC. 291

Plaintiff Tatia Lipe, by and through counsel, submits this renewed application for attorney's fees pursuant to the Court's Order Granting Motion for Leave to Accept Affidavit of Attorney's Fees Out of Time Nunc Pro Tunc, Doc. 291. The Court granted Plaintiff leave to re-file her fee application and ordered Plaintiff to do so within seven days of the entry of Doc. 291.

This renewed application does not enlarge the amount previously requested. Plaintiff continues to seek the same conservative fee amount previously submitted: 67.6 hours at counsel's $350 hourly rate, for attorney's fees of $23,660.00, plus New Mexico gross receipts tax at 7.6% in the amount of $1,798.16, for a total of $25,458.16.

The Court has already determined that APS must pay Plaintiff's reasonable attorney's fees for filing the Third Motion to Compel and attending the court-ordered discovery meeting. Doc. 291 explains that the fee award was made under Fed. R. Civ. P. 37(a)(5)(A). Plaintiff therefore submits the attached affidavit and detailed Exhibit A to cure the documentation deficiency identified by the Court.

## I. BASIS FOR THE APPLICATION

The Court ordered APS to pay Plaintiff's attorney's fees for filing the Third Motion to Compel and attending the court-ordered discovery meeting. The Court has now permitted Plaintiff to re-file the application, while requiring meticulous, contemporaneous time records identifying the hours sought and how the hours were allotted to specific tasks.

## II. LODESTAR

The lodestar is 67.6 hours multiplied by counsel's hourly rate of $350.00, for a subtotal of $23,660.00. Plaintiff also seeks New Mexico gross receipts tax at 7.6%, for $1,798.16, making the total requested amount $25,458.16.

## III. CONSERVATIVE REQUEST

Plaintiff does not seek additional fees for later discovery enforcement work, despite additional work caused by APS's continuing discovery disputes. This renewed application is limited to the time previously requested and tied to the Court's December 2025 fee award.

## IV. REQUESTED RELIEF

Plaintiff respectfully requests that the Court award attorney's fees and applicable gross receipts tax in the total amount of $25,458.16, or such other amount as the Court deems reasonable.

Respectfully submitted,

/s/ Boglarka Foghi. Esq.
Boglarka Foghi
Attorney for Plaintiff
FOGHI LAW FIRM, LLC
4313 Corrales Rd., P.O. Box 944
Corrales, NM 87048
(505) 220-5691
foghilaw@yahoo.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Boglarka Foghi*
Boglarka Foghi