IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

    Plaintiff,

v.                                                                                   No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

    Defendants.

## AFFIDAVIT OF ATTORNEY BOGLARKA A. FOGHI IN SUPPORT OF PLAINTIFF'S RENEWED APPLICATION FOR ATTORNEY'S FEES

I, Boglarka A. Foghi, being first duly sworn, state as follows:

1. I am an attorney licensed to practice law in the State of New Mexico and admitted to practice before the United States District Court for the District of New Mexico.

2. I am counsel of record for Plaintiff Tatia Lipe in the above-captioned matter.

3. I have personal knowledge of the facts stated in this affidavit and, if called as a witness, could and would testify competently to them.

4. I submit this affidavit in support of Plaintiff's Renewed Application for Attorney's Fees and Expenses Pursuant to Doc. 291 and the Court's discovery-fee award under Fed. R. Civ. P. 37(a)(5)(A).

5. I understand that Doc. 291 permitted Plaintiff to re-file the fee application and directed Plaintiff to provide meticulous, contemporaneous time records identifying all hours for which compensation is requested and how those hours were allotted to specific tasks.

6. I have been practicing law since 2001. My hourly billing rate in this matter is $350.00 per hour.

7. My hourly rate is consistent with my experience and is consistent with, or below, rates customarily charged in the Albuquerque and Santa Fe legal market for comparable federal litigation services.

8. The fees described in Exhibit A were reasonably and necessarily incurred in connection with Plaintiff's Third Motion to Compel Discovery, the related reply, hearing preparation, the December 10, 2025 hearing, and attendance at the court-ordered discovery meeting for which the Court awarded fees.

9. The attached Exhibit A is a detailed time-entry ledger compiled from my time information and fee records and prepared to cure the documentation deficiency identified in Doc. 291. The entries identify the date, professional, description of services, hours, rate, and amount for each item of work for which compensation is sought. Exhibit A also includes a category reconciliation showing how the requested time was allotted by work category.

10. I reviewed Exhibit A for accuracy. To the best of my knowledge, the entries accurately identify the work performed and the time reasonably and necessarily incurred for the fee categories included in Plaintiff's renewed application.

11. The total time sought is 67.6 hours. At $350.00 per hour, the attorney's fee subtotal is $23,660.00. New Mexico gross receipts tax at 7.6% is $1,798.16. The total requested amount is $25,458.16.

12. Plaintiff's renewed request is conservative. I expended additional time in connection with APS's continuing discovery noncompliance and related discovery disputes, but this renewed application does not enlarge the previously requested amount.

13. The time sought was not duplicative, was proportional to the discovery issues presented, and was necessary to address APS's failure to provide complete discovery and comply with Court-ordered supplementation obligations.

2

14. I respectfully request that the Court award Plaintiff attorney's fees and applicable gross receipts tax in the total amount of $25,458.16, or such other amount as the Court deems reasonable.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on _____05/23_____, 2026, in Corrales, New Mexico.

_____
Boglarka A. Foghi

SUBSCRIBED AND SWORN to before me this 23 day of _____May_____, 2026, by Boglarka A. Foghi.

_____
Notary Public

My commission expires: September 6, 2029

> TATIA HARRIS-LIPE
> Notary Public
> State of New Mexico
> Comm. # 2007324
> My Comm. Exp. Sep 6, 2029

Respectfully submitted,

/s/ Boglarka A. Foghi, Esq.
Boglarka A. Foghi
FOGHI LAW FIRM, LLC
4313 Corrales Rd., P.O. Box 944
Corrales, NM 87048
(505) 220-5691
foghilaw@yahoo.com
Attorney for Plaintiff

3

# EXHIBIT A

## DETAILED ATTORNEY TIME RECORDS / LEDGER

**Exhibit A - Time Records**

| Date | Professional | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2025 | Boglarka Foghi | Review APS supplemental discovery responses; identify deficiencies and noncompliance for Third Motion to Compel. | 2.0 | $350.00 | $700.00 |
| 11/04/2025 | Boglarka Foghi | Continue review of APS supplemental discovery responses; compare responses to prior requests and Court-ordered supplementation obligations. | 3.0 | $350.00 | $1,050.00 |
| 11/05/2025 | Boglarka Foghi | Analyze missing/incomplete discovery categories and organize deficiencies for motion drafting. | 2.5 | $350.00 | $875.00 |
| 11/06/2025 | Boglarka Foghi | Cross-check APS supplementation against discovery requests and prior orders; identify noncompliance points for motion. | 2.0 | $350.00 | $700.00 |
| 11/07/2025 | Boglarka Foghi | Finalize deficiency analysis of APS supplemental discovery responses for inclusion in Third Motion to Compel. | 2.5 | $350.00 | $875.00 |
| 11/06/2025 | Boglarka Foghi | Research Rule 37 discovery obligations, sanctions standards, and enforcement authority for noncompliance with discovery orders. | 1.5 | $350.00 | $525.00 |
| 11/07/2025 | Boglarka Foghi | Research authority concerning compelled supplementation, reasonable expenses, and discovery sanctions. | 1.5 | $350.00 | $525.00 |
| 11/09/2025 | Boglarka Foghi | Finalize legal research for Third Motion to Compel, including standards governing fee-shifting and sanctions for noncompliance. | 2.0 | $350.00 | $700.00 |
| 11/07/2025 | Boglarka Foghi | Draft factual background and procedural history for Third Motion to Compel. | 3.0 | $350.00 | $1,050.00 |
| 11/08/2025 | Boglarka Foghi | Draft argument sections addressing APS discovery deficiencies and requested Rule 37 relief. | 4.0 | $350.00 | $1,400.00 |
| 11/09/2025 | Boglarka Foghi | Revise and expand Third Motion to Compel; integrate deficiency categories, record citations, and requested relief. | 4.0 | $350.00 | $1,400.00 |
| 11/10/2025 | Boglarka Foghi | Finalize Third Motion to Compel and supporting memorandum for filing. | 3.0 | $350.00 | $1,050.00 |
| 11/08/2025 | Boglarka Foghi | Prepare structured deficiency exhibit cross-referencing discovery requests, APS responses, and remaining deficiencies. | 2.0 | $350.00 | $700.00 |
| 11/09/2025 | Boglarka Foghi | Finalize structured deficiency exhibit and cross-reference materials for Third Motion to Compel. | 2.0 | $350.00 | $700.00 |
| 11/04/2025 | Boglarka Foghi | Conference with client regarding APS discovery deficiencies and missing/incomplete responses. | 0.8 | $350.00 | $280.00 |
| 11/06/2025 | Boglarka Foghi | Conference with client regarding discovery deficiencies, factual context, and documents needed for motion. | 1.0 | $350.00 | $350.00 |
| 11/09/2025 | Boglarka Foghi | Conference with client regarding final motion issues, discovery categories, and factual accuracy. | 1.2 | $350.00 | $420.00 |
| 11/10/2025 | Boglarka Foghi | Conference with client regarding finalization and filing of Third Motion to Compel. | 1.0 | $350.00 | $350.00 |
| 12/01/2025 | Boglarka Foghi | Review APS opposition to Third Motion to Compel; identify issues requiring reply. | 2.0 | $350.00 | $700.00 |
| 12/02/2025 | Boglarka Foghi | Analyze APS opposition against motion record and discovery deficiencies; prepare reply outline. | 2.0 | $350.00 | $700.00 |
| 12/03/2025 | Boglarka Foghi | Draft Reply in Support of Third Motion to Compel. | 2.5 | $350.00 | $875.00 |
| 12/04/2025 | Boglarka Foghi | Revise Reply in Support and integrate exhibit references and record support. | 2.0 | $350.00 | $700.00 |
| 12/05/2025 | Boglarka Foghi | Finalize Reply in Support of Third Motion to Compel and related support materials. | 1.5 | $350.00 | $525.00 |
| 12/08/2025 | Boglarka Foghi | Prepare for December 10, 2025 hearing on Third Motion to Compel; review motion, opposition, reply, and exhibits. | 1.0 | $350.00 | $350.00 |
| 12/09/2025 | Boglarka Foghi | Prepare hearing outline and oral argument points for December 10, 2025 hearing on Third Motion to Compel. | 2.0 | $350.00 | $700.00 |
| 12/10/2025 | Boglarka Foghi | Attend hearing on Third Motion to Compel. | 2.6 | $350.00 | $910.00 |
| 01/30/2026 | Boglarka Foghi | Prepare for court-ordered discovery conference; review outstanding discovery issues and Court-ordered supplementation obligations. | 2.0 | $350.00 | $700.00 |
| 02/02/2026 | Boglarka Foghi | Prepare negotiation outline and organize disputed issues for court-ordered discovery conference. | 2.0 | $350.00 | $700.00 |
| 02/03/2026 | Boglarka Foghi | Finalize court-ordered discovery conference preparation materials and issue list. | 1.0 | $350.00 | $350.00 |

Exhibit A

1

| Date | Professional | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/2026 | Boglarka Foghi | Attend court-ordered discovery conference/in-person discovery meeting concerning APS discovery deficiencies and efforts to cure noncompliance. | 8.0 | $350.00 | $2,800.00 |

## Lodestar Summary

| Professional | Hours | Rate | Subtotal |
|---|---|---|---|
| Boglarka Foghi | 67.6 | $350.00 | $23,660.00 |
| New Mexico Gross Receipts Tax | 7.6% | | $1,798.16 |
| TOTAL REQUESTED | | | $25,458.16 |

## Category Reconciliation

| Category | Hours | Amount |
|---|---|---|
| Review/analysis of supplemental responses | 12.0 | $4,200.00 |
| Legal research | 5.0 | $1,750.00 |
| Drafting Third Motion to Compel | 14.0 | $4,900.00 |
| Deficiency exhibit preparation | 4.0 | $1,400.00 |
| Client conference / motion preparation | 4.0 | $1,400.00 |
| Review opposition / draft reply | 10.0 | $3,500.00 |
| Hearing preparation | 3.0 | $1,050.00 |
| Hearing attendance | 2.6 | $910.00 |
| Court-ordered discovery conference preparation | 5.0 | $1,750.00 |
| Court-ordered discovery conference attendance | 8.0 | $2,800.00 |
| TOTAL | 67.6 | $23,660.00 |

Exhibit A

2