IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

v.                             No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

     Defendants.

**PLAINTIFF'S NOTICE OF FILING AFFIDAVIT OF GERRY RICHARDSON REGARDING DISCOVERY PRODUCTIONS, MEDICAL-RECORD PRODUCTIONS, AUDIO-LINK PRODUCTIONS, CERTIFICATES OF SERVICE, AND PRODUCTION HISTORY**

Plaintiff Tatia Lipe files this Notice to place before the Court the Affidavit of Gerry Richardson, together with the affidavit exhibits concerning Plaintiff's discovery productions, production transmissions, audio-link productions, signed releases, certificates of service, production emails, and production log.

Plaintiff files this Notice so the Court has one consolidated production-history record rather than duplicative attachments across multiple responses to APS's motions in limine. The attached affidavit and exhibits address Plaintiff's discovery productions, transmittal of documents, use of electronic file-sharing links, production of audio through linked documents, certificates of service, production logs, medical-record disclosures, and records showing that APS received, possessed, disclosed, produced, or had the ability to obtain the materials it now seeks to characterize as undisclosed or unavailable.

The attached materials include evidence that Plaintiff provided provider information and signed releases; APS thereafter obtained, Bates-stamped, disclosed, and produced Plaintiff's medical records in its own First Supplemental Rule 26(a)(1) Initial Disclosures; APS identified those medical records by Bates range; APS transmitted corresponding materials through electronic file

sharing; and Plaintiff's discovery responses and production materials were transmitted to APS through counsel's office.

This Notice is relevant to APS's motions in limine that seek exclusion based on alleged nonproduction, lack of disclosure, surprise, or prejudice, including but not limited to APS's motions concerning allegedly undisclosed evidence, records allegedly not provided in discovery, medical/disability evidence, damages evidence, audio-link productions, and related claims of prejudice.

Plaintiff does not submit this Notice as a substitute for the Federal Rules of Evidence or as a request for blanket admissibility. Plaintiff submits it to rebut APS's broad nonproduction and trial-by-ambush accusations and to show that APS's arguments are not tied to an item-specific disclosure violation, item-specific prejudice, or any timely request to cure a claimed access issue. If APS contends that a specific document, audio link, Google Drive link, certificate of service, release, production email, or Bates-labeled record was not received or was inaccessible, APS should be required to identify the specific item, the specific transmission or production at issue, the specific prejudice claimed, and the specific cure it timely requested. APS should not be permitted to rely on categorical accusations that ignore Plaintiff's actual production history. Attached to this Notice is the Affidavit of Gerry Richardson. The affidavit attaches Exhibits 1 through 8, including the Original Production Log as Exhibit 1.

**Exhibits to Affidavit of Gerry Richardson**

- Exhibit 1: Original Production Log.

- Exhibit 2: APS Doc. 52 Certificate of Service and APS First Supplemental Rule 26(a)(1) Initial Disclosures.

- Exhibit 3: August 15, 2024 email transmitting Plaintiff's provider information and signed releases.

- Exhibit 4: October 23 / November 15, 2024 APS transmittal email providing APS's First Supplemental Rule 26(a)(1) Initial Disclosures, Doc. 52 Certificate of Service, and electronic file-sharing access to the documents referenced in APS's disclosures.

- Exhibit 5: November 20, 2024 email from Gerry Richardson transmitting Plaintiff's discovery responses and electronic production, including Google Drive/file-sharing access and audio-link production.

- Exhibit 6: August 2024 conferral email chain regarding medical records, provider information, releases, and damages.

- Exhibit 7: August 21, 2024 email transmitting provisional damages estimate.

- Exhibit 8: August 14, 2024 provider list and VA disability materials.

Respectfully submitted,

FOGHI LAW FIRM, LLC

*/s/ Boglarka A. Foghi*
Boglarka A. Foghi
Attorney for Plaintiff Tatia Lipe
4313 Corrales Road
P.O. Box 944
Corrales, NM 87048
Telephone: (505) 220-5691
Email: foghilaw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means.

*/s/ Boglarka A. Foghi*
Boglarka A. Foghi