# EXHIBIT 1

TO AFFIDAVIT OF GERRY RICHARDSON

**Original Production Log**

Initial Production Log

| Bates Range | Description | Page Count | Response To | File Name |
|---|---|---|---|---|
| PTL0001–PLT0048 | Confidential Journal (Redacted) documenting events | 48 | RFP Nos. 1, 2, 3; Interrogatory Nos. 25, 26 | Confidential_Journal_Redacted.pdf |
| PTL0049–PLT0050 | Email communication regarding Bannerman's involvement | 2 | RFP Nos. 4, 5; Interrogatory No. 10 | Bannerman_Email.pdf |
| PTL0051–PLT0053 | Email chain about caseload for PTG | 3 | RFP Nos. 6, 7; Interrogatory No. 12 | PTG_Email_Chain.pdf |
| PTL0054 | Notes on Maxcapture incidents, Aug 2022 to March 2023 | 1 | RFP No. 8; Interrogatory Nos. 13, 14 | Maxcapture_Notes.pdf |
| PTL0055 | Text conversation with Linda, Dec 2021 to Jan 2022 | 1 | RFP Nos. 9, 10; Interrogatory No. 15 | Linda_Text_Conversation.pdf |
| PTL0056–PLT0057 | Email from Dr. Oliphant regarding parents not choosing options | 2 | RFP Nos. 11, 12; Interrogatory No. 16 | Oliphant_Email.pdf |
| PTL0058–PLT0060 | Email requesting meeting and noting no response, Feb 7, 2022 | 3 | RFP No. 13; Interrogatory No. 17 | Meeting_Request_Email.pdf |
| PTL0061–PLT0062 | Parent notification about out-of-office status | 2 | RFP No. 14; Interrogatory No. 18 | Parent_Notification_Email.pdf |
| PTL0063–PLT0065 | Interview letter sent on March 9 | 3 | RFP No. 15; Interrogatory No. 19 | Interview_Letter_March_9.pdf |
| PTL0066–PLT0067 | CES tips for mentoring principal interns | 2 | RFP No. 16; Interrogatory No. 20 | CES_Tips_Mentoring_Principal_Interns.pdf |
| PTL0068–PLT0136 | Threat assessment manual updated March 2017 | 69 | RFP No. 17; Interrogatory No. 21 | Threat_Assessment_Manual.pdf |
| PTL0137 | Text conversation with Urquidez | 1 | RFP No. 18; Interrogatory No. 22 | Urquidez_Texts.pdf |
| PTL0138 | Document with embedded digital links provided to Defendant | 1 | RFP Nos. 1, 2, 4 | 1. Email Stephanie Fascitelli Professional Reference (Link) |
| PTL0139 | Mar 1, 2023 email from Jennfer Mackey, Jessica Rivera, Zifferblatt | 1 | | PTL0139_FMLA interference.pdf |
| | | | | |
| Bates Range | Description | Page Count | Response To | File Name |
| PTL0140 - PLT0222 | Plaintiff Maxcapture Notes SY 2022-2023 (Redacted): School-based service logs, IEP preparation notes, and entries. | 83 | Response to RFP No. 3: Documents related to IEP preparation. | PLT0140-PLT0222_Maxcapture_Notes_SY_2022-2023.pdf |
| PTL0223 - PLT0253 | Progress Towards Goals: Detailed entries reflecting student progress towards IEP goals and objectives. | 31 | Response to RFP No. 4: Documents detailing progress on IEP goals. | PLT0223-PLT0253_Progress_Towards_Goals.pdf |
| PTL0254 - PLT0368 | 2-SY Others: Notes from various providers supporting Plaintiff's claims for SY 2022-2023 (pg 73-81 are duplicates and 72-97). 100 pages of other providers | 115 | Response to RFP No. 5: Additional school-based service records. | PLT0254-PLT0368_2-SY_OtherProviders_Maxcapture.pdf |
| PTL0369 - PLT0369 | 3-14-22 Student Consult: Email discussing student consultation and related social work coordination- no response. | 1 | Response to RFP No. 6: Communications regarding student services. | PLT0369-PLT0369_Student_Consult.pdf |
| PTL0370 - PLT0373 | 04-09-20 Letter to Parents: Letter outlining social work services and support during remote learning. | 4 | Response to RFP No. 7: Parent communications regarding services. | PLT0370-PLT0373_Letter_to_Parents.pdf |

1

Initial Production Log

| | | | | |
|---|---|---|---|---|
| PTL0374 - PLT0376 | 8-11-22 SW CR Change: Caseload adjustment records for SY 2022-2023. | 3 | Response to RFP No. 8: Caseload changes for social work. | PLT0374-PLT0376_SW_CR_Change.pdf |
| PTL0377 - PLT0378 | 8-16-22 Ant Oline: Email discussing online service options for a student. | 2 | Response to RFP No. 9: Online services and scheduling records. | PLT0377-PLT0378_Ant_Oline.pdf |
| PTL0379 - PLT0382 | 11-3-22 Stephanie Email: Discussion of caseload, staffing, and special education data questions. | 4 | Response to RFP No. 10: Staff communications regarding caseloads. | PLT0379-PLT0382_Stephanie_Email.pdf |
| PTL0383 - PLT0384 | 11-29-22 Added Student: Notification of a new student requiring social work services. | 2 | Response to RFP No. 11: Student enrollment and service records. | PLT0383-PLT0384_Added_Student.pdf |
| PTL0385 - PLT0387 | 2020 MASS EMAIL: Common practice to communicate with parents. Mass email to parents regarding social work services during COVID-19 | 3 | Response to RFP No. 12: Parent communications during COVID-19. | PLT0385-PLT0387_Mass_Email.pdf |
| PTL0388 - PTL0487 | Pay Contracts for Administrators outlining salary information and compensation, basis for lost earnings | 100 | Interrogatory No.16 | PTL0388-PTL0487_Admin Pay Salary Contract.pdf |
| PTL0488 - PTL0488 | Historical Documentation of APS Employment with documented evidence to support timeline | 1 | | PTL0488 - PTL0488_Historical_Timeline.pdf |
| PTL0489 - PTL0536 | Plaintiff's comprehensive journal detailing years of retaliation, administrative misconduct, and systemic issues within APS, including ADA interference, FMLA violations, and professional barriers. Embedded notes and evidence link to specific incidents. | 48 | | PTL0489 - PTL0536_Journal_Tatia Lipe.pdf |
| PTL0537 - PTL0546 | APS Staff Training materials regarding suicide prevention protocols and guidelines. | 10 | | PTL0537 - PTL0546_APS_Suicide_Prevention_Training.pdf |
| PTL0547 - PTL0566 | Handbook for site supervisors detailing roles, responsibilities, and internship guidelines. | 20 | | PTL0547-PTL0566_Site_Supervisor_Handbook.pdf |
| PTL0567 - PTL0670 | Collection of Level 2 grievance documents from 2018, detailing proceedings, correspondence, and associated decisions. | 104 | | PTL0567-PTL0670_Level_2_Grievances_2018.pdf |
| PTL0671 - PTL0694 | Annual conflict of interest forms signed as part of the contract paperwork, detailing compliance with organizational policies. | 24 | | PTL0671-PTL0694_Conflict_of_Interest_Forms.pdf |
| PTL0695 - PTL0695 | Information Guide from the Office of Equal Opportunity Services on the Investigation Appeal Process | 1 | | PTL0695_Investigation_Appeal_Process_Guide.pdf |
| PTL0696 - PTL0764 | Collection of 69 pages of text messages between Tatia Lipe and Antoinette, illustrating their working friendship and relationship. These messages provide context to refute claims made during Antoinette's interview | 69 | | PTL0696-PTL0764_Text_Messages_With_Antoinette.pdf |
| PTL0765 - PTL0767 | Two pages of text messages documenting harassment by Urquidez and one memo providing additional context and details about the harassment. | 3 | | PTL0765-PTL0767_Urquidez_Harassment_Texts.pdf |
| PTL0768 - PTL0768 | Emails detailing inequitable treatment between team members, highlighting inconsistencies in responsibilities and support. | 1 | | PTL0768-PTL0768_Difference in |
| PTL0769 - PTL0769 | Email correspondence addressing discrepancies in social work caseloads and specific student assignments. | 1 | | PTL0769-PTL0769_SW Caseload |
| PTL0770 - PTL0770 | Audit email discussing the tracking of student services minutes and compliance with IEP requirements. | 1 | | PTL0770-PTL0770_minutes can change.pdf |
| PTL0771 - PTL0772 | Email thread discussing the role of social workers in IEP meetings and specific circumstances for attendance. | 2 | | PTL0771-PTL0772_SW IEP not required.pdf |

Initial Production Log

| | | | | |
|---|---|---|---|---|
| PTL0773 - PTL0776 | Document showing detailed social worker caseload assignments across schools, including full-time equivalents (FTEs) and service distribution. | 4 | | PTL0773-PTL0776_SW IPWA Caseloads |
| PTL0777 - PTL0811 | staff sign-in and sign-out log documenting employee attendance, work hours, and departures for the specified period. This document provides insight into staff accountability and time management. | 35 | | PTL0777-PTL0811_Staff_Sign_In_Out_Log.pdf |
| PTL0812 - PTL0812 | Email dated October 28, 2022, expressing concerns about slanderous comments allegedly made by supervisors regarding work performance. The email addresses specific claims and emphasizes the impact on professional reputation and health | 1 | | PTL0812-PTL0812_10-28-22_Concerns_of_Slander.pdf |
| PTL0813 - PTL0821 | Notification of appeal hearing for Case #22233021, dated March 30, 2023. Includes the appeal notice, an information guide, and the final investigation report from the Office of Equal Opportunity Services. | 9 | | PTL0813-PTL0821_Appeal_Notice_Investigation_Report.pdf |
| PTL0822 - PTL0904 | Home refinance documents, including closing disclosures, loan details, and payment summaries, illustrating financial adjustments and costs directly related to damages claimed. | 83 | | PTL0822-PTL0904_Home_Refinance_Documents.pdf |
| PTL0905 - PTL0906 | Email correspondence between Tatia Lipe and Tara Summers dated December 12, 2024, discussing the requirements for serving as a mentor for educators in the ALD program, including attached program overview slides. | 2 | | PTL0905-PTL0906_Mentor_for_Admin_License_Email.pdf |
| PTL0907 - PTL0915 | Overview of the Administrator Leadership Development (ALD) Program, detailing the structure, requirements, mentorship components, and program benefits for aspiring school administrators in New Mexico. | 9 | | PTL0907-PTL0915_ALD_Program_Overview.pdf |
| PTL0916 - PTL0918 | November 2023 School Social Worker Newsletter, featuring updates on asynchronous learning, professional development dates, licensure compliance, and guidance on IEP data meetings, supplemental aids, and MaxCapture audits. | 3 | | PTL0916-PTL0918_November_2023_SW_Newsletter.pdf |
| PTL0919 - PTL0923 | Email chain illustrating alienation from involvement in meetings related to students under Tatia Lipe's care. Includes documentation of exclusion from decisions, retaliation concerns, and discussions regarding student placement and administrative actions. | 5 | | PTL0919-PTL0923_Alienation_and_Retaliation_Emails.pdf |
| PTL0924 - PTL0926 | Emails and correspondence detailing interference with FMLA leave and harassment from APS HR, including forced work-related responses during leave, allegations of retaliation, and procedural violations regarding personal leave requests. | 3 | | PTL0924-PTL0926_Interference_with_Leave_and_HR_Harassment.pdf |
| PTL0927 - PTL0929 | Emails detailing interference with personal leave requests and harassment from APS HR, including procedural concerns about leave initiation and requirements to meet with Employee Relations staff. The correspondence highlights retaliatory practices impacting the ability to take unpaid leave. | 3 | | PTL0927-PTL0929_Interference_with_Leave.pdf |
| PTL0930 - PTL0930 | Email from Meg Crist, dated September 27, 2022, providing instructions about tracking FMLA hours and general guidance for medical documentation requirements. | 1 | | PTL0930_Meg_Crist_FMLA_Guidance_Email.png |
| PTL0931 - PTL0964 | Various email communications and related documents regarding student transfers, caseloads, and IEPs. | 34 | | PLT0931 - PLT0964: ADDITIONAL SUPPLEMENTAL PRODUCTION_3 |

# EXHIBIT 2

TO AFFIDAVIT OF GERRY RICHARDSON

**APS Doc. 52 Certificate of Service and APS First Supplemental Rule 26(a)(1) Initial Disclosures**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**TATIA LIPE,**

      Plaintiff,

v.                                                                                    Case No. 23-899 DHU/GBW

**ALBUQUERQUE PUBLIC SCHOOLS**
**and NEW MEXICO DEPARTMENT**
**OF PUBLIC EDUCATION,**

      Defendants.

## <u>CERTIFICATE OF SERVICE</u>

Defendant, Albuquerque Public Schools, through its attorneys Robles, Rael & Anaya, P.C. (Renni Zifferblatt), hereby certifies that the following was delivered via electronic mail to all counsel of record on this 23rd day of October, 2024:

1.      Defendant Albuquerque Public Schools' First Supplemental Rule 26(a)(1) Initial Disclosures; and

2.      A copy of this Certificate of Service.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**


By:   /s/ Renni Zifferblatt
       Renni Zifferblatt
       Attorney for APS Defendant
       20 First Plaza Ctr NW, Suite 500
       Albuquerque, New Mexico 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)
       renni@roblesrael.com

I hereby certify that the foregoing was electronically filed through the CM/ECF on this 23rd day of October, 2024, which will cause service to the following:

Boglarka Foghi
Foghi Law Firm, LLC
4351 Jaeger Dr. NE, Suite K
Rio Rancho, NM 87144
foghilaw@yahoo.com

*Attorney for Plaintiff*


/s/ Renni Zifferblatt
Renni Zifferblatt

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

      Plaintiff,

v.                                                                                    Case No. 23-899 DHU/GBW

ALBUQUERQUE PUBLIC SCHOOLS
and NEW MEXICO DEPARTMENT
OF PUBLIC EDUCATION,

      Defendants.

**DEFENDANT ALBUQUERQUE PUBLIC SCHOOLS' FIRST SUPPLEMENTAL
RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant, Albuquerque Public Schools, through its attorneys Robles, Rael & Anaya, P.C.

(Renni Zifferblatt), hereby submits its First Supplemental Rule 26(a)(1) Initial Disclosures

required by Fed.R.Civ.P. 26(a)(1)

**B.**      **Category of documents produced pursuant to Fed.R.Civ.P. 26(a)(1)(B).**

As allowed by Fed.R.Civ.P. 26(a)(1)(B), Defendant APS will provide the following

documents to Plaintiff:

| No. | Document Description | Bates Stamp Nos. |
|---|---|---|
|  Document Log for Documents Pertaining to Tatia Lipe | | |
| 1. | T. Lipe - Medical Records - Gonstead Physical Medicine | TL000493-TL000545 |
| 2. | T. Lipe - Medical Records - VA | TL000546-TL001575 |

| 3. | T. Lipe - Medical Records - Walgreens | TL001576-TL001622 |
|---|---|---|
| 4. | T. Lipe - Ntc of no Records - Gonstead Physical Medicine (ABQ office) | TL001623-TL001629 |

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:    /s/Renni Zifferblatt
Renni Zifferblatt
Attorney for APS Defendant
20 First Plaza Ctr NW, Suite 500
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
renni@roblesrael.com

2

# EXHIBIT 3

TO AFFIDAVIT OF GERRY RICHARDSON

**August 15, 2024 Email Transmitting Provider Information and Signed Releases**

 Gmail                                                                    **Tatia Lipe** <███████████████>

# Fwd: Physicians & Signed Releases

1 message

**Boglarka Foghi** <foghilaw@yahoo.com>                              Thu, Aug 15, 2024 at 2:42 PM
To: Tatia Lipe ████████████>

Boglarka Foghi, JD, MBA
Foghi Law Firm, LLC
www.Familyandcriminallawfirm.com
www.Scottsdaleduiatty.com
CEO/Founder of Envie Skin
envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar

Begin forwarded message:


**From:** "Robert J. Block" <rjbrjb1@gmail.com>
**Date:** August 15, 2024 at 1:40:59 PM PDT
**To:** Boglarka Foghi <foghilaw@yahoo.com>
**Subject: Physicians & Signed Releases**



Dear Ms. Zifferblatt:

Please see the list of providers and my client's signed release. I will be
providing a damage estimate shortly.






--

---

**2 attachments**


VA Disability.pdf
814K


Signed-Release Of Information.pdf
3923K

# EXHIBIT 4

TO AFFIDAVIT OF GERRY RICHARDSON

**October 23 / November 15, 2024 APS Transmittal and Electronic File-Sharing Access**

Case 1:23-cv-00899-GBW-JMR   Document 324-2   Filed 06/01/26   Page 14 of 18

 **Gmail**

**Tatia Lipe <​███████████████████>**

# Fwd: Tatia Lipe v. Albuquerque Public Schools, et al., CIV-23-00899 DHU/GBW

1 message

---------- Forwarded message ---------
From: **Boglarka Foghi** <foghilaw@yahoo.com>
Date: Wed, Oct 23, 2024 at 5:42 PM
Subject: Fwd: Tatia Lipe v. Albuquerque Public Schools, et al., CIV-23-00899 DHU/GBW
To: Robert J. Block <rjbrjb1@gmail.com>, Tatia Lipe <​████████​m>


Boglarka Foghi, JD, MBA
Foghi Law Firm, LLC
www.Familyandcriminallawfirm.com
www.Scottsdaleduiatty.com
CEO/Founder of Envie Skin
envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar

Begin forwarded message:

**From:** Nathan Rukovena <nathanr@roblesrael.com>
**Date:** October 23, 2024 at 4:28:21 PM MST
**To:** foghilaw@yahoo.com
**Cc:** Luis Robles <Luis@roblesrael.com>, Renni Zifferblatt <Renni@roblesrael.com>,
Bonnie Dewitt <Bonnie@roblesrael.com>, Anna Cole <anna@roblesrael.com>
**Subject: Tatia Lipe v. Albuquerque Public Schools, et al., CIV-23-00899 DHU/GBW**



Dear Counsel,


The purpose of this email is to provide you with certain documents in the above-referenced matter.

Attached, please find the following documents:

1. Defendant Albuquerque Public Schools' First Supplemental Rule 26(a)(1) Initial Disclosures; and

2. Certificate of Service [Doc. 52], filed on October 23, 2024.

Please use the following link to access the documents referenced in *Defendant Albuquerque Public Schools' First Supplemental Rule 26(a)(1) Initial Disclosures*:

https://roblesrael.sharefile.com/public/share/web-s730e3e7e05b143f182a3ddd103fb96c9

Thank you for your attention to this matter.  Please contact me should you have any questions or concerns.

Sincerely,

Nathan Rukovena

*Legal Assistant*

We've Moved!

PLEASE NOTE OUR NEW ADDRESS:

**ROBLES, RAEL & ANAYA, P.C.**

20 First Plaza Ctr. NW, Suite 500

Albuquerque, NM 87102

(505) 242-2228 Phone

(505) 242-1106 Fax

nathanr@roblesrael.com

**************************************

The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). This e-mail is intended only for the use of those to whom it is addressed and may contain information which is privileged, confidential and exempt from disclosures under the law. If you have received this e-mail in error, do not distribute or copy it. Return it immediately with attachments, if any, and notify me by telephone at (505) 242-2228. Thank you.

--

Warmly,

**Tatia Lipe, LCSW, ACCTS**
**Licensed Clinical Social Worker**
**Advanced Certified Clinical Trauma Specialist**



We never stand taller than when we stoop down to help someone who has fallen.
-- David L. Weatherford

**Confidentiality Notice:** This email, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution prohibited unless specifically provided for under the New Mexico Inspection of Public Records Act. If you are not the intended recipient, please contact the sender and destroy all copies of this message.

3 attachments



image001.jpg
18K

APS' Rule 26 Initial Disclosures (1st supp).pdf
106K

52 COS - APS' Initial Disclosures (1st supp) (10.23.24).pdf
144K

# EXHIBIT 5

TO AFFIDAVIT OF GERRY RICHARDSON

**November 20, 2024 Gerry Richardson Email Transmitting Plaintiff Discovery Responses and Audio-Link Production**

 Gmail                                                    Tatia Lipe ████████████ >

## Fw: Tatia v. APS - Corrected Submission of Plaintiff's Answers to Interrogatories, Requests for Production, and Requests for Admission

1 message

**Gerry richardson** < ████████████ >                          ████████████
To: Tatia Lipe <█████████████>

----- Forwarded Message -----
**From:** Gerry richardson <gerryfoghilaw@yahoo.com>
**To:** Renni Zifferblatt <renni@roblesrael.com>; Anna Cole <anna@roblesrael.com>; Nathan Rukovena <nathanr@roblesrael.com>
**Cc:** Boglarka Foghi   foghilaw@yahoo com
**Sent:** Wednesday, November 20, 2024 at 09:36:53 PM MST
**Subject:** Tatia v. APS - Corrected Submission of Plaintiff's Answers to Interrogatories, Requests for Production, and Requests for Admission

Dear Ms. Zifferblatt and Staff:

We are  submitting Plaintiff's responses to Defendants' First Set of Interrogatories, Requests for Production, and Requests for Admissions. This production includes all relevant documents and tangible items related to this case, organized as follows:

**Enclosures**

1. **Plaintiff's Verified Discovery Responses**

    - Interrogatories

    - Requests for Production

    - Requests for Admissions

    - Plaintiff's Verified Responses to Discovery Requests

    - Method of Production:

        The documents are being provided electronically through secure email/file sharing with  hyperlinks to audio

    - https ████████████████████

Please regard any identifiable information of individuals who were minors at the time these documents were created as highly Confidential.

Please advise if you have difficulty with any attachment.

Sincerely,

Gerry Richardson
FOGHI LAW FIRM, LLC
Legal Assistant
Direct Line:  (505) 328-4379

---

**3 attachments**

📄 **Plaintiff's Answers to Defendant APS's First Set of ROG's, RFP, and RFA.pdf**
376K

📄 **Verification Page.pdf**
215K

📄 **COS of Plaintiff's Answers to Defendant's Discovery Request.pdf**
168K