IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS, and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION

Defendants.

**JOINT REQUEST FOR STATUS CONFERENCE**

Defendant Albuquerque Public Schools and Plaintiff Tatia Lipe ("The Parties") hereby request the Court set this case for a brief status conference to address issues that necessitate guidance from the Court prior to trial, in order to facilitate preparation and scheduling. Amongst other issues, the parties request the Court provide guidance as to extension of trial setting, first raised with this Court via email on May 27, 2026.

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

*Electronically Filed*

By *_/s/ Carol M. Cochran_*
Carol M. Cochran
Natasha A. Martinez-Wesenberg
Patricia G. Williams
*Attorneys for Albuquerque Public School*
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
ccochran@wwwlaw.us
nwesenberg@wwwlaw.us
pwilliams@wwwlaw.us

AND

FOGHI LAW FIRM, LLC

By *Approval via email 6/1/2026*___________

Boglarka Foghi
*Attorney for Plaintiff*
5065 Corrales Rd., P.O. Box 944
Corrales, NM 87048
(505) 220-6591
foghilaw@yahoo.com

We hereby certify that on this 1st day of June, 2026, the foregoing was filed electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WIGGINS, WILLIAMS & WESENBERG, P.C.

By____*/s/ Carol M. Cochran*______________

Carol M. Cochran