**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC
SCHOOLS,

Defendant.

**ORDER REGARDING TRIAL SETTING**

THIS MATTER comes before the Court upon a status conference with counsel. *Doc. 330*. At the status conference, counsel contended that the trial would require longer than had been previously anticipated by counsel and scheduled by the Court. To maintain the current trial setting, the Court has adjusted its calendar to accommodate counsel. The trial will be held in Albuquerque as previously ordered, but will be scheduled for July 20-29 excluding the weekend. If, after the pre-trial conference, the Court determines that an additional day is appropriate, jury selection will be held on July 17.

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**