# EXHIBIT A

## Request 23-182 - APS Custodian Response to EOS Records Request

Plaintiff's Response in Opposition to Defendants' Motion in Limine
to Exclude All Hearsay Testimony and Documents [Doc. 299]

Skip to main content

Albuquerque Public Schools

NextRequest

**Request Visibility:** Unpublished

# Request 23-182 Closed

12 of 12

## Dates

**Received**

March 27, 2023 via web

## Requester

Tatia Harris-Lipe

[redacted]

[redacted] Albuquerque , NM, 87114

[redacted]

## Invoices

No invoices due

## Staff assigned

**Departments**

Office of Equal Opportunity Services (OEOS)

## Request

I am an employee of APS. I filed an EOS complaint and I am requesting the investigators (Mr. Barreras) written report, findings and/or all documentation that was provided to APS relating to my EOS complaint.

## Timeline | Documents

**Request closed** Anyone with access to this request

We received your request dated March 27, 2023.

In response to your request, Ms. Jennifer O'Connell, Coordinator Equal Opportunity Services & Title IX provided the attached responsive records.

In compliance with the New Mexico Inspection of Public Records Act (NMIPRA) NMSA 1978, §14-2-8 Procedure for Requesting Records, (B.) "*Nothing in the Inspection of Public Records Act shall be construed to require a public body to create a public record.*"

**Point of contact**

Kathy Davis

Pursuant to the Attorney General's Compliance Guide, *"The right to inspect applies to any nonexempt public record that exists at the time of the request. A records custodian or public body is not required to compile information from the public body's records or otherwise create a new public record in response to a request."*

We respectfully note the public records that exist at the time of this request have been provided. We consider this request completed. All records have been released, and your request has been fulfilled.

Respectfully,

COR 2

April 4, 2023, 2:37pm by Staff

## Document(s) released to requester

Requester + Staff

22233021.pdf

April 4, 2023, 2:35pm by Staff

## Department assignment

Anyone with access to this request

Added: Office of Equal Opportunity Services (OEOS).

March 28, 2023, 3:49pm by Staff

## Message to requester

Requester + Staff

We are in receipt of your request for records.

In as much as your correspondence regards requests for records, it will be reviewed for

response in compliance with the New Mexico Inspection of Public Records Act (NMIPRA).

The appropriate APS departments will be contacted to search and determine if the records exist and are allowed by law to be inspected.

We will respond within 15 days or sooner, when the office is open, with the status of your request or to deliver the records. Please note Albuquerque Public Schools and Offices will be closed

- April 7, 2023 for the Vernal Holiday

Please note that some employees take leave before and after these dates. This may delay the processing of records requests.

More information is available at this link:

https://www.aps.edu/news/news-from-2022-2023/upcoming-holidays-and-breaks

March 27, 2023, 1:46pm

**Request opened** Anyone with access to this request

Request received via web

March 27, 2023, 1:46pm by the requester

**Helpful Information**
**Help**
**Privacy**
**Terms**
**Albuquerque Public Schools**

CIVICPLUS NextRequest

# EXHIBIT B

## Request 24-475 - APS Custodian Response to Social Work Instructional Council Records Request

Plaintiff's Response in Opposition to Defendants' Motion in Limine
to Exclude All Hearsay Testimony and Documents [Doc. 299]

Skip to main content

Albuquerque Public Schools

NextRequest

**Request Visibility:** Unpublished

# Request 24-475 Closed

5 of 12

## Dates

**Received**

August 17, 2024 via web

## Requester

Tatia Harris-Lipe

tatial[redacted]

[redacted] Albuquerque , NM, [redacted]

[redacted]

## Invoices

No invoices due

## Staff assigned

**Departments**

*No departments available*

## Request

Pursuant to the New Mexico Inspection of Public Records Act (IPRA), I am writing to request access to and copies of the following public records:

- All Minutes of the Social Work Instructional Council (SW IC) meetings, for the past five years.

- All minutes of the Social Work monthly meetings for the past 5 years.

## Timeline Documents

**Request closed** Anyone with access to this request

All records have been released, and your request has been fulfilled

August 23, 2024, 9:55am by Staff

**Document(s) released to requester** Requester + Staff

SW IC notes 09142023 (1).pdf
IC Meeting notes 5-9-24.pdf
SW IC notes 12_21_23 (1).pdf
IC 4_11_24.pdf
IC Notes 10-1-20.docx.pdf

**Point of contact**
Custodian of Records

APS Social Work IC January 19, 2023.pdf
10-20-22 IC Notes.docx.pdf
11-17-22 SW IC Notes.docx.pdf
SW IC Notes from March 14, 2024.pdf
8-5-2021 ic notes.docx.pdf

August 23, 2024, 9:55am by Staff

## Message to requester

Requester + Staff

Good morning,

We received your request dated August 17, 2024.

In response please see the attached responsive records; specifically:

***"- All Minutes of the Social Work Instructional Council (SW IC) meetings, for the past five years.***

***• All minutes of the Social Work monthly meetings for the past 5 years."***

We respectfully note in compliance with the New Mexico Inspection of Public Records Act (NMIPRA) NMSA 1978, §14-2-8 Procedure for Requesting Records, (B.) "Nothing in the Inspection of Public Records Act shall be construed to require a public body to create a public record."

The department responded:

***"Here are the SW IC minutes. Not every meeting had a note taker or not every note taker completed the notes."***

The department has informed me that this is their complete set of records for your request. This is not a regularly maintained record because notes are only taken in the event that someone volunteers.

We consider this request completed. All records have been released, and your request has been fulfilled.

Respectfully,

CT

Custodian of Records

August 23, 2024, 9:55am by Staff

## Message to requester

Requester + Staff

We are in receipt of your request for records.

We are in the process of reviewing the request to determine which APS departments might have responsive records.

We will send your request to the appropriate departments and ask them to provide the responsive records.

Please continue to check for emails from this account as we will be communicating to you any questions we may receive from those departments concerning the request.

We will respond again within 15 days (or sooner), to deliver the records or update the status of your request.

Respectfully,

Custodian of Records Department

August 17, 2024, 1:06am

## Request opened

Anyone with access to this request

Request received via web

August 17, 2024, 1:06am by the requester

Helpful Information
Help
Privacy
Terms
Albuquerque Public Schools

CIVICPLUS
NextRequest

# EXHIBIT C

## Request 24-550 Excerpt - APS Custodian / Information Technology Email-Search Production

Plaintiff's Response in Opposition to Defendants' Motion in Limine
to Exclude All Hearsay Testimony and Documents [Doc. 299]

Skip to main content

Albuquerque Public Schools

NextRequest

**Request Visibility:** Unpublished

# Request 24-550

Closed

2 of 12

## Dates

**Received**

September 24, 2024 via web

## Requester

Tatia Harris-Lipe

tat[redacted]

[redacted], Albuquerque , NM, [redacted]

[redacted]

## Invoices

No invoices due

## Staff assigned

**Departments**

*No departments available*

## Request

**Subject:** IPRA Request for Emails of Lisa Oliphant (12/13/2021 - 01/10/2022)

Pursuant to the New Mexico Inspection of Public Records Act (IPRA), I am submitting a request for the following records:

- All emails sent ***to and from*** **Lisa Oliphant** for the period from **December 13, 2021, through January 10, 2022**, including any **attachments**.

Please ensure that the emails and attachments are provided in **complete and chronological order for each day**, ensuring that no records are skipped or out of sequence. It is important that the records reflect the full communication for each day, with all attachments included.

Thank you for your attention to this request. Please let me know if any additional information is needed to process it, and I look forward to receiving the requested records.

Show less

Timeline Documents

**Point of contact**

Custodian of Records

## Request closed

Anyone with access to this request

We received your request, Next Request #24-550.

We note you have also submitted:

IPRA (1) 24 4 20 Tatia Lipe

IPRA (2) 24 4 23 Tatia Lipe

Next Request #24-440

Next Request #24-550

You have submitted many related requests regarding multiple topics, multiple records types and formats, and from multiple sources. The records are not easily or quickly gathered, and they must also be reviewed and copied or scanned before they can be released.

The request was sent to the Albuquerque Public Schools Information Technology Department which we believe is the department that would have the responsive records to answer your request.

In response to your request, the Albuquerque Public Schools Information Technology Department provided the final batch of attached records. The records have been redacted in part in compliance with the exception of NMIPRA NMSA 1978, §14-2-1.1. Personal identifier information.

We believe this request to be completed.

Respectfully,

Custodian of Records Department

July 29, 2025, 9:03am by Staff

## Document(s) released to requester

Requester + Staff

NR 24-550 Release 07 29 2025 OT _ PT Professional Development meeting(1) 4 of 6.pdf
NR 24-550 Release 07 29 2025 Re_ OT _ PT Professional Development meeting(1) 5 of 6.pdf
NR 24-550 Release 07 29 2025 [External Sender] Wells Fargo online statement 1 of 6 _Redacted.pdf
NR 24-550 Release 07 29 2025 Invitation_ OT_PT Professional Development Day ...(1) 2 of 6.pdf
NR 24-550 Release 07 29 2025 Re_ OT _ PT Professional Development meeting(5) 6 of 6.pdf
NR 24-550 Release 07 29 2025 Invitation_ OT_PT Professional Development Day ...(2) 3 of 6.pdf

July 29, 2025, 9:02am by Staff

## Message to requester

Requester + Staff

We received your request, Next Request #24-550.

We note you have also submitted:

IPRA (1) 24 4 20 Tatia Lipe

IPRA (2) 24 4 23 Tatia Lipe

Next Request #24-440

Next Request #24-550

You have submitted many related requests regarding multiple topics, multiple records types and formats, and from multiple sources. The records are not easily or quickly gathered, and they must also be reviewed

and copied or scanned before they can be released.

The request was sent to the Albuquerque Public Schools Information Technology Department which we believe is the department that would have the responsive records to answer your request.

In response to your request, the Albuquerque Public Schools Information Technology Department provided the final batch of attached records. The records have been redacted in part in compliance with the exception of NMIPRA NMSA 1978, §14-2-1.1. Personal identifier information.

We believe this request to be completed.

Respectfully,

Custodian of Records Department

July 29, 2025, 9:02am by Staff

### Message to requester

Requester + Staff

We received your request, Next Request #24-550.

We note you have also submitted:

IPRA (1) 24 4 20 Tatia Lipe

IPRA (2) 24 4 23 Tatia Lipe

Next Request #24-440

Next Request #24-550

You have submitted many related requests regarding multiple topics, multiple records types and formats, and from multiple sources. The records are not easily or quickly

gathered, and they must also be reviewed and copied or scanned before they can be released.

The volume of records that need to be produced is considered to be excessively burdensome and broad. As a result, the department expects it will take months to go through the records that could be responsive to this request. The request will be reviewed as expeditiously as possible and a partial release of records will be provided as the review progresses.

Respectfully,

Custodian of Records Department

July 22, 2025, 10:35am by Staff

## Message to requester

Requester + Staff

We received your request, Next Request #24-550.

We note you have also submitted:

IPRA (1) 24 4 20 Tatia Lipe

IPRA (2) 24 4 23 Tatia Lipe

Next Request #24-440

Next Request #24-550

You have submitted many related requests regarding multiple topics, multiple records types and formats, and from multiple sources. The records are not easily or quickly gathered, and they must also be reviewed and copied or scanned before they can be released.

In response to your request, Albuquerque Public Schools Information Technology Department has released the attached batch of responsive records. The records have been redacted in part in compliance with the

exception of NMIPRA NMSA 1978, §14-2-1.1. Personal identifier information. In addition, the records were redacted in part in compliance with the Family Education Rights and Privacy Act of 1974 (FERPA) and not subject to disclosure without parental consent.

The volume of records that need to be produced is considered to be excessively burdensome and broad. As a result, the department expects it will take months to go through the records that could be responsive to this request. The request will be reviewed as expeditiously as possible and a partial release of records will be provided as the review progresses.

Respectfully,

Custodian of Records Department

July 16, 2025, 10:58am by Staff

## Document(s) released to requester

Requester + Staff

NR 24-550 Release 07 16 2025 No (1) 5 of 7 _Redacted.pdf
NR 24-550 Release 07 16 2025 Fwd_ DRAFT Email for January 2022 Required Trai.. 6 of 7 _Redacted.pdf
NR 24-550 Release 07 16 2025 No 4 of 7 _Redacted.pdf
NR 24-550 Release 07 16 2025 Re_ Clarification on District Required SpEd Tra... (1) 3 of 7 .pdf
NR 24-550 Release 07 16 2025 Re_ Clarification on District Required SpEd Tra.. 2 of 7 .pdf
NR 24-550 Release 07 16 2025 Attachment 2 of 4 .pdf
NR 24-550 Release 07 16 2025 Attachment 1 of 4 .pdf
NR 24-550 Release 07 16 2025 Attachment 3 of 4 .pdf