IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

Defendants.

**DEFENDANT'S CONTESTED EXHIBIT LIST**

Defendant Albuquerque Public Schools submits the following Contested Exhibit List for the July 20, 2026, trial:

| Exhibit | Description: | Stipulated | Offered | Admitted | Rejected | Withdrawn |
|---|---|---|---|---|---|---|
| 169 | Timeline | | | | | |
| 170 | ADA Accommodation and Plan | | | | | |
| 171 | Leave Request | | | | | |
| 172 | Modification Request | | | | | |
| 173 | Leave Approval Form | | | | | |
| 174 | FMLA Tracking Log | | | | | |
| 175 | FMLA Plan for 8/15/2022 – 8/13/2023 | | | | | |
| 176 | Personal Leave of Absence – 3/27/2023 – 3/26/2024 (requested 1/30/2023)- original | | | | | |
| 177 | Personal Leave of Absence – 3/27/2023 – 5/25/2023 (requested 1/30/2023) – revised | | | | | |
| 178 | APS Contract of Employment – 2021 / 2022 School Year | | | | | |
| 179 | APS Contract of Employment – 2022 / 2023 School Year | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 180 | Social Worker Job Description | | | | | |
| 181 | Job Function Description | | | | | |
| 182 | Lipe Resignation Letter (4/8/2024) | | | | | |
| 183 | ATF Negotiated Agreement – Sick Leave, Leave, Summary of all Leave Policies (2022 – 2023) | | | | | |
| 184 | ATF Negotiated Agreement – Grievance Procedures (2022 – 2023) | | | | | |
| 185 | ATF Negotiated Agreement – Automatic Reemployment Provision (2022 – 2023) | | | | | |
| 186 | Plaintiff Interrogatory, RFP, and RFA Questions and Responses | | | | | |
| 187 | Defendant Interrogatory, RFP, and RFA Questions and Responses | | | | | |
| 188 | Lipe – ADA Requests for Accommodations | | | | | |
| 189 | APS Flowchart – Suicide Prevention | | | | | |
| 190 | APS Suicide Prevention Protocol | | | | | |
| 191 | APS Flowchart – Staff Suicidal Ideation | | | | | |
| 192 | Student Suicide – Provisions Regarding Prevention, Intervention, Postvention | | | | | |
| 193 | Social Worker Caseloads (2022 – 2023) | | | | | |
| 194 | APS Conflict of Interest Disclosure | | | | | |
| | Exhibits admitted into evidence by Plaintiffs and not objected to by Defendant and/or admitted over objections | | | | | |
| | Any trial exhibits offered by Defendant to which Plaintiffs do not object and/or which are admitted over objection, and/or additional portions of exhibits that are required to satisfy a rule of | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | completeness | | | | | |
| | Foundational exhibits as necessary | | | | | |
| | Rebuttal or impeachment exhibits the need for which cannot be anticipated before trial | | | | | |
| | Exhibits consisting of prior statements of parties or witnesses who will testify at trial, including deposition transcripts/videos and answers to discovery, when used for permissible purposes such as impeachment or to refreshing recollection, or when stipulated by the parties. | | | | | |

Depending on the rulings on Defendant's Motions for Partial Summary Judgment and Motions in Limine, Defendant may identify additional exhibits for trial and require additional deposition designations.

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

By: */s/Natasha A. Martinez-Wesenberg*
Natasha A. Martinez-Wesenberg
Carol M. Cochran
Patricia G. Williams
*Attorneys for Albuquerque Public Schools*
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
nwesenberg@wwwlaw.us
ccochran@wwwlaw.us
pwilliams@wwwlaw.us

We hereby certify that on this 4th day of June, 2026, the foregoing was filed electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WIGGINS, WILLIAMS & WESENBERG, P.C.

By *    /s/ Natasha A. Martinez-Wesenberg*
Natasha A. Martinez-Wesenberg