IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

Defendant.

**DEFENDANT'S PROPOSED STATEMENT OF THE CASE**

This case concerns Plaintiff Tatia Lipe, who worked for Albuquerque Public Schools ("APS") as a school social worker at Volcano Vista High School, from 2015-2024. Ms. Lipe asserts claims under the Americans with Disabilities Act, the New Mexico Whistleblower Protection Act, and breach of contract.

Ms. Lipe claims APS denied her disability-related accommodation request.

Ms. Lipe claims that she filed a formal complaint with the New Mexico Public Education Department, and APS subsequently subjected her to escalating scrutiny, shifting expectations, and professional isolation.

Ms. Lipe further claims APS replaced her caseload with another school social worker, claiming that Ms. Lipe failed to meet standards and expectations due to her work from home status.

APS denies liability and states that it did not subject her to escalating scrutiny, shifting expectations, and/or professional isolation.

APS asserts it provided reasonable accommodations to address her ADA accommodation request.

APS contends that corrective action was put into place regarding the New Mexico Public Education Department's findings, and Ms. Lipe was not subjected to any adverse employment action or retaliation.

APS further states that Ms. Lipe was on L-3, non-active status during her extended personal leave and did not have an employment contract when she voluntarily resigned her position.

The jury will decide the disputed facts and whether Ms. Lipe is entitled to damages under the above-mentioned claims.

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

*Electronically Filed*

By: */s/Natasha A. Martinez-Wesenberg*
Natasha A. Martinez-Wesenberg
Carol M. Cochran
Patricia G. Williams
*Attorneys for APS*
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
nwesenberg@wwwlaw.us
ccochran@wwwlaw.us
pwilliams@wwwlaw.us

We hereby certify that on this 4th day of June, 2026, the foregoing was filed electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WIGGINS, WILLIAMS & WESENBERG, P.C.

By */s/ Natasha A. Martinez-Wesenberg*
Natasha A. Martinez-Wesenberg