# PLAINTIFF'S EXHIBIT LIST

Lipe v. Albuquerque Public Schools, No. 1:23-cv-00899-GBW-JMR

This list is organized with production-log/Bates materials first. Docket and deposition references are included only as cross-references where applicable. Additional docket/discovery/deposition materials not separately Bates-listed appear in Section III.

## I. Production-Log / Bates-Based Exhibits

| PX No. | Bates / Source Reference | Document Description | Discovery Reference | Docket / Deposition Cross-Reference |
|---|---|---|---|---|
| PX-001 | PTL0001-PTL0048 | Confidential Journal (Redacted) documenting events | RFP Nos. 1, 2, 3; Interrogatory Nos. 25, 26 | |
| PX-002 | PTL0049-PTL0050 | Email communication regarding Bannerman's involvement | RFP Nos. 4, 5; Interrogatory No. 10 | |
| PX-003 | PTL0051-PTL0053 | Email chain about caseload for PTG | RFP Nos. 6, 7; Interrogatory No. 12 | |
| PX-004 | PTL0054 | Notes on MaxCapture incidents, Aug. 2022 to March 2023 | RFP No. 8; Interrogatory Nos. 13, 14 | |
| PX-005 | PTL0055 | Text conversation with Linda, Dec. 2021 to Jan. 2022 | RFP Nos. 9, 10; Interrogatory No. 15 | |
| PX-006 | PTL0056-PTL0057 | Email from Dr. Oliphant regarding parents not choosing options | RFP Nos. 11, 12; Interrogatory No. 16 | |
| PX-007 | PTL0058-PTL0060 | Email requesting meeting and noting no response, Feb. 7, 2022 | RFP No. 13; Interrogatory No. 17 | |
| PX-008 | PTL0061-PTL0062 | Parent notification about out-of-office status | RFP No. 14; Interrogatory No. 18 | |
| PX-009 | PTL0063-PTL0065 | Interview letter sent on March 9 | RFP No. 15; Interrogatory No. 19 | |
| PX-010 | PTL0066-PTL0067 | CES tips for mentoring principal interns | RFP No. 16; Interrogatory No. 20 | |
| PX-011 | PTL0068-PTL0136 | Threat assessment manual updated March 2017 | RFP No. 17; Interrogatory No. 21 | |
| PX-012 | PTL0137 | Text conversation with Urquidez | RFP No. 18; Interrogatory No. 22 | |
| PX-013 | PTL0138 | Document with embedded digital links provided to Defendant | RFP Nos. 1, 2, 4; embedded-link production | |
| PX-014 | PTL0139 | Mar. 1, 2023 email from Jennifer Mackey, Jessica Rivera, and Zifferblatt regarding FMLA/leave interference | Supplemental production re FMLA/leave/HR communications; request number not specified in log | |
| PX-015 | PTL0140-PTL0222 | Plaintiff MaxCapture Notes SY 2022-2023 (Redacted): school-based service logs, IEP preparation notes, and entries | Response to RFP No. 3: Documents related to IEP preparation | |
| PX-016 | PTL0223-PTL0253 | Progress Towards Goals: detailed entries reflecting student progress toward IEP goals and objectives | Response to RFP No. 4: Documents detailing progress on IEP goals | |

| PX No. | Bates / Source Reference | Document Description | Discovery Reference | Docket / Deposition Cross-Reference |
|---|---|---|---|---|
| PX-017 | PTL0254-PTL0368 | 2-SY Others: notes/service logs from other providers supporting SY 2022-2023 service-documentation issues | Response to RFP No. 5: Additional school-based service records | |
| PX-018 | PTL0369 | 3-14-22 Student Consult: email discussing student consultation and related social-work coordination; no response | Response to RFP No. 6: Communications regarding student services | |
| PX-019 | PTL0370-PTL0373 | 04-09-20 Letter to Parents: letter outlining social-work services and support during remote learning | Response to RFP No. 7: Parent communications regarding services | |
| PX-020 | PTL0374-PTL0376 | 8-11-22 SW CR Change: caseload-adjustment records for SY 2022-2023 | Response to RFP No. 8: Caseload changes for social work | |
| PX-021 | PTL0377-PTL0378 | 8-16-22 Ant Oline: email discussing online service options for a student | Response to RFP No. 9: Online services and scheduling records | |
| PX-022 | PTL0379-PTL0382 | 11-3-22 Stephanie Email: discussion of caseload, staffing, and special-education data questions | Response to RFP No. 10: Staff communications regarding caseloads | |
| PX-023 | PTL0383-PTL0384 | 11-29-22 Added Student: notification of a new student requiring social-work services | Response to RFP No. 11: Student enrollment and service records | |
| PX-024 | PTL0385-PTL0387 | 2020 MASS EMAIL: mass email to parents regarding social-work services during COVID-19 | Response to RFP No. 12: Parent communications during COVID-19 | |
| PX-025 | PTL0388-PTL0487 | Pay contracts for administrators outlining salary and compensation information relevant to lost earnings | Interrogatory No. 16 | |
| PX-026 | PTL0488 | Historical documentation of APS employment supporting timeline | Supplemental production re employment timeline/chronology; request number not specified in log | |
| PX-027 | PTL0489-PTL0536 | Plaintiff journal documenting retaliation, administrative misconduct, ADA/FMLA issues, professional barriers, and linked evidence | Supplemental production re retaliation/ADA/FMLA chronology and damages; request number not specified in log | |
| PX-028 | PTL0537-PTL0546 | APS staff training materials regarding suicide-prevention protocols and guidelines | Supplemental production re suicide-prevention/threat-assessment training and student-safety protocols; request number not specified in log | |
| PX-029 | PTL0547-PTL0566 | Handbook for site supervisors detailing roles, responsibilities, and internship guidelines | Supplemental production re professional development, site supervision, mentoring, and ALD/admin pathway; request number not specified in log | |
| PX-030 | PTL0567-PTL0670 | Level 2 grievance documents from 2018, including proceedings, correspondence, and decisions | Supplemental production re prior grievance history and APS employment/union context; request number not specified in log | |

| PX No. | Bates / Source Reference | Document Description | Discovery Reference | Docket / Deposition Cross-Reference |
|---|---|---|---|---|
| PX-031 | PTL0671-PTL0694 | Annual conflict-of-interest forms signed as part of contract paperwork | Supplemental production re employment paperwork/contract-related forms; request number not specified in log | |
| PX-032 | PTL0695 | Office of Equal Opportunity Services guide on investigation appeal process | Supplemental production re EOS/investigation appeal process; request number not specified in log | |
| PX-033 | PTL0696-PTL0764 | Text messages between Tatia Lipe and Antoinette Romero, including relationship/context evidence and impeachment context | Supplemental production re Antoinette Romero communications/impeachment and relationship context; request number not specified in log | Depo Ex.: Antoinette Romero Ex. 9 |
| PX-034 | PTL0765-PTL0767 | Text messages and memo regarding Urquidez harassment context | Supplemental production re Urquidez communications/harassment context; request number not specified in log | |
| PX-035 | PTL0768 | Email regarding inequitable treatment between team members and inconsistencies in responsibilities/support | Supplemental production re inequitable treatment/team responsibilities; request number not specified in log | |
| PX-036 | PTL0769 | Email correspondence regarding discrepancies in social-work caseloads and student assignments | Supplemental production re social-worker caseload/student-assignment issues; request number not specified in log | |
| PX-037 | PTL0770 | Audit email regarding tracking student-service minutes and IEP compliance | Supplemental production re student-service minutes/audit and IEP compliance issues; request number not specified in log | |
| PX-038 | PTL0771-PTL0772 | Email thread regarding social workers in IEP meetings and attendance circumstances | Supplemental production re social-worker role in IEP meetings and service-delivery practices; request number not specified in log | |
| PX-039 | PTL0773-PTL0776 | Social-worker caseload assignments across schools, including FTEs and service distribution | Supplemental production re social-worker caseload/FTE/service-distribution records; request number not specified in log | |
| PX-040 | PTL0777-PTL0811 | Staff sign-in/sign-out log documenting attendance, work hours, departures, and work-location information | Supplemental production re attendance/work-location/sign-in/sign-out records; request number not specified in log | Depo Ex.: Antoinette Romero Ex. 11 |

| PX No. | Bates / Source Reference | Document Description | Discovery Reference | Docket / Deposition Cross-Reference |
|---|---|---|---|---|
| PX-041 | PTL0812 | October 28, 2022 email raising concerns about false or misleading performance-related statements affecting work performance and professional reputation | Supplemental production re Oct. 28, 2022 performance-accusation/professional-harm concerns and notice of falsity; request number not specified in log | |
| PX-042 | PTL0813-PTL0821 | Notification of appeal hearing for Case #22233021 with appeal notice, information guide, and final EOS investigation report | Supplemental production re EOS appeal/investigation materials; request number not specified in log | |
| PX-043 | PTL0822-PTL0904 | Home refinance documents, closing disclosures, loan details, and payment summaries relevant to damages | Supplemental production re damages/out-of-pocket financial impact; request number not specified in log | |
| PX-044 | PTL0905-PTL0906 | Email correspondence with Tara Summers regarding ALD mentor requirements and attached program overview slides | Supplemental production re ALD/admin-license mentor requirements and professional advancement; request number not specified in log | |
| PX-045 | PTL0907-PTL0915 | Administrator Leadership Development (ALD) Program overview, including structure, requirements, mentorship, and benefits | Supplemental production re ALD/admin-license program and professional advancement; request number not specified in log | |
| PX-046 | PTL0916-PTL0918 | November 2023 School Social Worker Newsletter covering asynchronous learning, professional development, licensure, IEP data meetings, supplemental aids, and MaxCapture audits | Supplemental production re social-worker updates, asynchronous learning, licensure, IEP data, and MaxCapture audits; request number not specified in log | |
| PX-047 | PTL0919-PTL0923 | Email chain regarding alienation/exclusion from student meetings, retaliation concerns, student placement, and administrative decisions | Supplemental production re alienation/retaliation and exclusion from student meetings; request number not specified in log | |
| PX-048 | PTL0924-PTL0926 | Emails/correspondence regarding FMLA leave interference and HR harassment, including forced work-related responses during leave | Supplemental production re FMLA leave interference and HR communications; request number not specified in log | |
| PX-049 | PTL0927-PTL0929 | Emails regarding personal-leave interference, HR harassment, leave-initiation procedures, and Employee Relations meeting requirements | Supplemental production re personal-leave interference and HR communications; request number not specified in log | |
| PX-050 | PTL0930 | Meg Crist September 27, 2022 email regarding FMLA-hour tracking and medical-documentation guidance | Supplemental production re FMLA tracking/medical-documentation | |

| PX No. | Bates / Source Reference | Document Description | Discovery Reference | Docket / Deposition Cross-Reference |
|---|---|---|---|---|
| | | | guidance; request number not specified in log | |
| PX-051 | PTL0931-PTL0964 | Additional supplemental production: email communications and documents regarding student transfers, caseloads, and IEPs | Supplemental Production 3; request number not specified in log | |
| PX-052 | PTL0965 | Bernadette Lucero-Turner and John Potter September 20, 2022 email regarding APS Chromebooks for teletherapy | RFP No. 11; Interrogatory No. 18 | |
| PX-053 | PTL0966 | Bruce Lindsey and Jessie Macfarland May 11, 2022 email providing updates on family/student contact and missed Google Meets | RFP No. 10; Interrogatory No. 21 | |
| PX-054 | PTL0967-PTL0969 | Email chain regarding SLP services for ECA students and use of telepractice, Sept. 16-20, 2022 | RFP No. 12; Interrogatory No. 23 | |
| PX-055 | PTL0970-PTL0971 | Email confirming OT services were conducted remotely using Google Meets | RFP No. 13; Interrogatory No. 25 | |
| PX-056 | PTL0972 | VVHS administrators, department heads, and personnel contact information for 2022-2023 | RFP No. 5; Interrogatory No. 14 | |
| PX-057 | PTL0973 | VVHS school counselors and nursing staff for 2022-2023 relating to initial crisis-intervention personnel | RFP No. 7; Interrogatory No. 20 | |
| PX-058 | PTL0974-PTL0976 | Monitor staffing/telehealth email chain involving district-level administrators Bernadette Lucero, Cynthia Gaillour, and Linda Elliott | RFP No. 12; Interrogatory No. 22 | |
| PX-059 | PTL0977-PTL0980 | APS Procedural Directive: Student Suicide Prevention, Intervention, and Postvention protocols, including order of responsibility | RFP No. 8; Interrogatory No. 17 | |
| PX-060 | PTL0981 | Antoinette Romero email stating social workers would be off-campus but available for crises remotely by Google Chat, text, and phone | RFP No. 14; Interrogatory No. 19 | |
| PX-061 | PTL0982-PTL0984 | EOS Finding Letter regarding Bernadette Lucero-Turner and investigation/privilege-waiver issues | RFP No. 16; Interrogatory No. 24 | |
| PX-062 | PTL0985-PTL0987 | EOS Finding Letter dated March 16, 2023, to Justin Griego regarding investigation findings and privilege/work-product waiver issues | RFP No. 16; Interrogatory No. 24 | |

## II. Produced Audio / Video / Digital-Link Exhibits

| PX No. | Production Reference | Media / Digital Item Description | Discovery / Production Reference | Source / Cross-Reference |
|---|---|---|---|---|
| PX-063 | PTL0138 / linked production | Document with embedded digital links provided to Defendant, including Google Drive link and complete sign-out logs link | RFP Nos. 1, 2, 4; embedded digital-link production | Produced as: PTL0138 digital-link production Type/Pages: 1 |
| PX-064 | PTL0777 media file / produced MP4 | Produced MP4 recording titled "Meeting_Dont change SW" / "Dont change SW" | Produced in Second Supplemental Discovery and Shared Production to APS; exact Bates treatment for media file to be confirmed | Produced as: 2_SUPPLEMENTAL DISCOVERY TO DEFENDANTS/PTL0777_ Meeting_Dont change SW.mp4; SHARED |

| PX No. | Production Reference | Media / Digital Item Description | Discovery / Production Reference | Source / Cross-Reference |
|---|---|---|---|---|
| | | | | PRODUCTION TO APS/Dont change SW.mp4<br>Type/Pages: media |
| PX-065 | Produced digital file | Administrator-license data spreadsheet | Produced in Second Supplemental Discovery; exact request number not specified in log | Produced as: 2_SUPPLEMENTAL DISCOVERY TO DEFENDANTS/Data - Admin Licenses_APS.xlsx<br>Type/Pages: digital |
| PX-066 | PTL0907-PTL0915 digital file | ALD Program Overview PowerPoint version | Produced in Second Supplemental Discovery; tied to ALD/admin-license materials | Produced as: 2_SUPPLEMENTAL DISCOVERY TO DEFENDANTS/PTL0907-PTL0915_ALD_Program_Overview 4.pptx<br>Type/Pages: digital |
| PX-067 | Produced image files | Produced image files referenced in shared production, including IMG_2140, IMG_2143, IMG_0055, IMG_0057, Urquidez.jpg, and Urquidez2.jpg | Shared Production to APS; exact Bates mapping to be confirmed | Produced as: SHARED PRODUCTION TO APS image files<br>Type/Pages: images |
| PX-068 | Produced professional-reference materials | Professional reference forms and related emails produced to APS | Shared Production to APS; exact Bates mapping to be confirmed | Produced as: Professional Reference Form for Tatia Harris-Lipe.pdf; Fwd_ Professional Reference Form; Prof Ref Tatia Harris-Lipe.pdf<br>Type/Pages: mixed |
| PX-069 | Produced witness/damages/context statement | Rosita Moya-Herrera Statement | Shared Production to APS; exact Bates mapping to be confirmed | Produced as: SHARED PRODUCTION TO APS/Rosita Moya-Herrera Statement.pdf<br>Type/Pages: 1 |

## III. Additional Docket / Discovery / Deposition Cross-Reference Materials

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-070 | PLAINTIFF'S LIMITED SURREPLY TO APS'S REPLIES IN SUPPORT OF ITS MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON COUNTS II AND IV | 05/14/2026 | Docket: Doc. 288-1 |
| PX-071 | Resignation Packet | 05/14/2026 | Docket: Doc. 288-2 |
| PX-072 | Email Incomplete EOS/RCI | 05/11/2026 | Docket: Doc. 279-1 |
| PX-073 | PLAINTIFF'S SUR-REPLY LIMITED TO REPLY- STAGE MATTERS RAISED IN APS'S REPLY | 05/10/2026 | Docket: Doc. 278-1 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-074 | VA Physician Note Excuse From Work | 04/27/2026 | Docket: Doc. 273-1 |
| PX-075 | FMLA Accounting Comparison | 04/27/2026 | Docket: Doc. 273-2 |
| PX-076 | March 6 Leave-Start Email | 04/27/2026 | Docket: Doc. 273-3 |
| PX-077 | ADA Leave-Hold Email Chain | 04/27/2026 | Docket: Doc. 273-4 |
| PX-078 | March 2023 Approved Sick Leave | 04/27/2026 | Docket: Doc. 273-5 |
| PX-079 | Meg Crist Leave and Return Intentions | 04/26/2026 | Docket: Doc. 272-1 |
| PX-080 | Letter of Intent | 04/26/2026 | Docket: Doc. 272-2 |
| PX-081 | Email Transmittal of LOI | 04/26/2026 | Docket: Doc. 272-3 |
| PX-082 | Continued Retaliation | 04/26/2026 | Docket: Doc. 272-4 |
| PX-083 | ATF Negotiated Agreement Excerpts | 04/26/2026 | Docket: Doc. 272-5 |
| PX-084 | October 28, 2022 False-Performance / Professional-Harm Email | 04/26/2026 | Docket: Doc. 272-6 |
| PX-085 | RCI Relevant Pages | 04/26/2026 | Docket: Doc. 272-7 |
| PX-086 | March 9, 2023 Rivera / FMLA / Insubordination | 04/26/2026 | Docket: Doc. 272-8 |
| PX-087 | Deposition of Linda Elliot | 04/16/2026 | Docket: Doc. 262-1 |
| PX-088 | Deposition of Stephanie Avila | 04/16/2026 | Docket: Doc. 262-2 |
| PX-089 | Deposition of Angelique Torres | 04/16/2026 | Docket: Doc. 262-3 |
| PX-090 | PLAINTIFF'S PROPOSED LIMITED SURREPLY REGARDING IMPROPER NEW MATTER AND COLLATERAL ATTACKS IN APS'S REPLY | 03/26/2026 | Docket: Doc. 243-1 |
| PX-091 | Exhibit 1_EOS Complaint and Investigator Assignment | 03/25/2026 | Docket: Doc. 241-1 |
| PX-092 | Conferral Email Regarding Outstanding Depositions / Lipe v. APS | 03/18/2026 | Docket: Doc. 234-1 |
| PX-093 | APS Social Work Job Description | 03/16/2026 | Docket: Doc. 231-1 |
| PX-094 | FMLA Intermittent Leave Approval / Extended Leaves Department Letter | 03/16/2026 | Docket: Doc. 231-2 |
| PX-095 | MaxCapture School-Based Service Capture Report / Service Dates 08/26/2022-01/26/2023 | 03/16/2026 | Docket: Doc. 231-3 |
| PX-096 | APS Position Statement to New Mexico Human Rights Bureau / HRB No. 22-11-0927-E | 03/16/2026 | Docket: Doc. 231-4 |
| PX-097 | Plaintiff EOS Complaint / EOS 22233021 / Barreras Matter | 03/16/2026 | Docket: Doc. 231-5 |
| PX-098 | No Caseload Students Reassigned Record | 03/16/2026 | Docket: Doc. 231-6 |
| PX-099 | EOS 22233062 / Gonterman Investigation Materials | 03/16/2026 | Docket: Doc. 231-7 |
| PX-100 | APS 2022-2023 Contract and Reporting Dates / Traditional Work Schedules | 03/16/2026 | Docket: Doc. 231-8 |
| PX-101 | Statement of Special Education / Related Services - Social Work Minutes / Service Schedule | 03/16/2026 | Docket: Doc. 231-9 |
| PX-102 | March 9, 2023 Todd Torgensen Leave Investigation / Garrity Interview Letter | 03/16/2026 | Docket: Doc. 231-10 |
| PX-103 | Socorro Rodriguez Deposition Excerpts | 03/16/2026 | Docket: Doc. 231-11 |
| PX-104 | October 28, 2022 Concerns Email / APS Mail Communications | 03/16/2026 | Docket: Doc. 231-12 |
| PX-105 | Lisa Oliphant Deposition Excerpts | 03/16/2026 | Docket: Doc. 231-13 |
| PX-106 | Antoinette Romero Student JC Email and April 12, 2022 Remote-Work/Leave Email Chain | 03/16/2026 | Docket: Doc. 231-14 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-107 | ADA Employee Accommodation Request Form | 03/16/2026 | Docket: Doc. 231-15 |
| PX-108 | Parents Don't Choose Providers Email / Related Provider Assignment Communications | 03/16/2026 | Docket: Doc. 231-16 |
| PX-109 | Griego and Sedillo Welcome / Involvement Documents | 03/16/2026 | Docket: Doc. 231-17 |
| PX-110 | NMPED Complaint Resolution Report Cover Letter / C2122-14 | 03/16/2026 | Docket: Doc. 231-18 |
| PX-111 | MaxCapture School-Based Service Capture Report / Service Dates 01/01/2022-05/16/2022 | 03/16/2026 | Docket: Doc. 231-19 |
| PX-112 | Email Deposition of Jessie Macfarland | 03/08/2026 | Docket: Doc. 225-1 |
| PX-113 | Angelique Torres Hiring / Coverage Records | 03/06/2026 | Docket: Doc. 217-1 |
| PX-114 | Stephanie Avila Coverage and Coordination Emails | 03/06/2026 | Docket: Doc. 217-2 |
| PX-115 | October 25, 2022 Coverage Meeting Transcript | 03/06/2026 | Docket: Doc. 217-3 |
| PX-116 | Condensed Deposition of Annittra Atler | 03/06/2026 | Docket: Doc. 217-4 |
| PX-117 | Linda Elliott Emails, Texts, and Related Communications | 03/06/2026 | Docket: Doc. 217-5 |
| PX-118 | Plaintiff's Opposition to Recent Filings / Deposition-Protective-Order Correspondence | 03/02/2026 | Docket: Doc. 216-1 |
| PX-119 | APS Crisis/Suicide Protocol and Related Discovery Materials | 02/23/2026 | Docket: Doc. 204-1 |
| PX-120 | APS Supplemental Discovery Responses and Objections / Response to Court's Order Granting Motion Doc. 175 | 02/23/2026 | Docket: Doc. 204-2 |
| PX-121 | Physician Releases | 01/14/2026 | Docket: Doc. 179-1 |
| PX-122 | Extensions | 01/14/2026 | Docket: Doc. 179-2 |
| PX-123 | ADA Documents | 01/14/2026 | Docket: Doc. 179-3 |
| PX-124 | Gutierrez Deposition | 01/14/2026 | Docket: Doc. 179-4 |
| PX-125 | Rosita Deposition | 01/14/2026 | Docket: Doc. 179-5 |
| PX-126 | Request Supplemental | 01/14/2026 | Docket: Doc. 179-6 |
| PX-127 | Deposition Scheduling | 01/14/2026 | Docket: Doc. 179-7 |
| PX-128 | APS Fourth Supplemental Discovery Responses | | Court-attached hearing exhibit / APS discovery response<br>Docket: Doc. 174-1 |
| PX-129 | APS Fifth Supplemental Discovery Responses | | Court-attached hearing exhibit / APS discovery response<br>Docket: Doc. 174-2 |
| PX-130 | Districtwide Synergy Report / Page 1 of 67 | 12/05/2025 | Docket: Doc. 173-1 |
| PX-131 | Synergy Report by School and Year | 12/05/2025 | Docket: Doc. 173-2 |
| PX-132 | Other Providers Summary / Volcano Vista Portfolio Lists for Angelique Torres, Antoinette Romero, and Other Providers | 12/05/2025 | Docket: Doc. 173-3 |
| PX-133 | Multi-School Provider Portfolio List / Yvonne Garcia / 2021-2022 | 12/05/2025 | Docket: Doc. 173-4 |
| PX-134 | Email District Synergy / Department Chair Minutes / March 8, 2022 | 12/05/2025 | Docket: Doc. 173-5 |
| PX-135 | Table of Discovery Deficiencies, Factual Bases, and Cited Authorities in Support of Plaintiff's Third Motion to Compel | 12/05/2025 | Docket: Doc. 173-6 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-136 | Defendants 4th Supplemental Response | 11/10/2025 | Docket: Doc. 159-1 |
| PX-137 | Interrogatory 11 Docs | 11/10/2025 | Docket: Doc. 159-2 |
| PX-138 | Synergy Report | 11/10/2025 | Docket: Doc. 159-3 |
| PX-139 | Maxcapture Notes | 11/10/2025 | Docket: Doc. 159-4 |
| PX-140 | Maxcapture Report | 11/10/2025 | Docket: Doc. 159-5 |
| PX-141 | Plaintiff's Unfiled Response to APS Motion | 10/02/2025 | Docket: Doc. 152-1 |
| PX-142 | Newsletters, Training Materials | 08/04/2025 | Docket: Doc. 141-1 |
| PX-143 | APS Revised Production | 08/04/2025 | Docket: Doc. 141-2 |
| PX-144 | SW Guide to Using Synergy | 08/04/2025 | Docket: Doc. 141-3 |
| PX-145 | Awareness of Student Concerns | 07/11/2025 | Docket: Doc. 127-1 |
| PX-146 | Investigation Findings | 07/11/2025 | Docket: Doc. 127-2 |
| PX-147 | Memorandum | 07/07/2025 | Docket: Doc. 124-1 |
| PX-148 | APS Supplemental Responses | 07/07/2025 | Docket: Doc. 124-2 |
| PX-149 | Administrators' Flow Chart | 07/07/2025 | Docket: Doc. 124-3 |
| PX-150 | NMPED Fact Template | 07/07/2025 | Docket: Doc. 124-4 |
| PX-151 | Pg. 1, Service Log | 07/07/2025 | Docket: Doc. 124-5 |
| PX-152 | Whistleblower Definitions | 07/07/2025 | Docket: Doc. 124-6 |
| PX-153 | Plaintiff's Second Set of Interrogatories | 05/29/2025 | Docket: Doc. 111-1 |
| PX-154 | Discovery Deficiencies | 05/16/2025 | Docket: Doc. 107-1 |
| PX-155 | Informal Memorandum | 05/16/2025 | Docket: Doc. 107-2 |
| PX-156 | Clarifying Definitions | 05/16/2025 | Docket: Doc. 107-3 |
| PX-157 | Exhibit A pursuant to Rule 72(a) | 04/07/2025 | Docket: Doc. 98-1 |
| PX-158 | Plaintiff's Responses | 04/04/2025 | Docket: Doc. 97-1 |
| PX-159 | Defendant's Answers | 04/04/2025 | Docket: Doc. 97-2 |
| PX-160 | Defendant Answers RFAs | 04/04/2025 | Docket: Doc. 97-3 |
| PX-161 | Conferral Email | 04/04/2025 | Docket: Doc. 97-4 |
| PX-162 | February 25 Conferral | 04/04/2025 | Docket: Doc. 97-5 |
| PX-163 | Defendant Draft Proposal | 04/04/2025 | Docket: Doc. 97-6 |
| PX-164 | Plaintiff Revision to Proposal | 04/04/2025 | Docket: Doc. 97-7 |
| PX-165 | Brief in Support of Motion to Strike | 03/26/2025 | Docket: Doc. 93-1 |
| PX-166 | Correcting Omission in Exhibit D to Motion to Compel | 03/14/2025 | Docket: Doc. 90-1 |
| PX-167 | Defendant Response First Set of Interrogatories and RFP | 03/11/2025 | Docket: Doc. 88-1 |
| PX-168 | Defendant Response to Supplemental Discovery | 03/11/2025 | Docket: Doc. 88-2 |
| PX-169 | Defendant Response to RFA | 03/11/2025 | Docket: Doc. 88-3 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-170 | Defendant Response to Supplemental RFA | 03/11/2025 | Docket: Doc. 88-4 |
| PX-171 | Atler Interview | 03/11/2025 | Docket: Doc. 88-5 |
| PX-172 | DOJ Letter | 03/11/2025 | Docket: Doc. 88-6 |
| PX-173 | Gonterman Interview | 03/11/2025 | Docket: Doc. 88-7 |
| PX-174 | Email Receipt of Gonterman Report | 03/11/2025 | Docket: Doc. 88-8 |
| PX-175 | Email Receipt of Barreras Report | 03/11/2025 | Docket: Doc. 88-9 |
| PX-176 | Meet and Confer Emails | 03/11/2025 | Docket: Doc. 88-10 |
| PX-177 | Memorandum | 07/25/2024 | Docket: Doc. 38-1 |
| PX-178 | MaxCapture Scheduling and Provider Time Tracking User Guide | Sept. 5, 2025 | Marked in Atler deposition<br>Docket: MaxCapture/training materials<br>Depo Ex.: Annittra Atler Ex. 7 |
| PX-179 | January 11, 2023 PTG meeting recording; audio played during deposition | Sept. 5, 2025 | Transcript reflects audio was played and referred to as Exhibit 12; exhibit not listed in index<br>Docket: Audio file not uploaded<br>Depo Ex.: Annittra Atler Ex. 12 |
| PX-180 | Email Exchange Griego/Lipe, 9/10/21 | Sept. 5, 2025 | 250905_Exhibit 1_Justin Griego.pdf<br>Docket: Justin Griego exhibit packet<br>Depo Ex.: Justin Griego Ex. 1 |
| PX-181 | EOS Interview | Sept. 5, 2025 | 250905_Exhibit 2_Justin Griego.pdf<br>Docket: Justin Griego exhibit packet<br>Depo Ex.: Justin Griego Ex. 2 |
| PX-182 | Albuquerque Public Schools Investigation | Sept. 5, 2025 | 250905_Exhibit 3_Justin Griego.pdf<br>Docket: Justin Griego exhibit packet<br>Depo Ex.: Justin Griego Ex. 3 |
| PX-183 | Transcript | Sept. 5, 2025 | 250905_Exhibit 4_Justin Griego.pdf<br>Docket: Justin Griego exhibit packet<br>Depo Ex.: Justin Griego Ex. 4 |
| PX-184 | Response to Lipe Complaint | Sept. 5, 2025 | 250905_Exhibit 10_Justin Griego.pdf<br>Docket: Justin Griego exhibit packet<br>Depo Ex.: Justin Griego Ex. 10 |
| PX-185 | Report | Dec. 8, 2025 | 251208 [Exh. 6] Lisa Oliphant- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Lisa Oliphant Ex. 6 |
| PX-186 | Volcano Vista Services | Dec. 8, 2025 | 251208 [Exh. 7] Lisa Oliphant- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Lisa Oliphant Ex. 7 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-187 | Services List | Dec. 8, 2025 | 251208 [Exh. 8] Lisa Oliphant- Lipe v. A.P.S., et al..PDF<br>Docket: December 8 exhibits zip<br>Depo Ex.: Lisa Oliphant Ex. 8 |
| PX-188 | User Guide | Dec. 8, 2025 | 251208 [Exh. 1] Bonnie Anderson- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bonnie Anderson Ex. 1 |
| PX-189 | Portfolio List | Dec. 8, 2025 | 251208 [Exh. 2] Bonnie Anderson- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bonnie Anderson Ex. 2 |
| PX-190 | Services Fact Report | Dec. 8, 2025 | 251208 [Exh. 3] Bonnie Anderson- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bonnie Anderson Ex. 3 |
| PX-191 | Tutor List | Dec. 8, 2025 | 251208 [Exh. 4] Bonnie Anderson- Lipe v. A.P.S., et al..PDF<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bonnie Anderson Ex. 4 |
| PX-192 | Job Detail List | Dec. 8, 2025 | 251208 [Exh. 5] Bonnie Anderson- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bonnie Anderson Ex. 5 |
| PX-193 | September 21, 2022 ADA/accommodation meeting notes for Tatia Harris-Lipe | Dec. 8, 2025 | 251208 [Exh. 9] Bernadette Lucero-Turner- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bernadette Lucero-Turner Ex. 9 |
| PX-194 | November 18, 2020 Rules for Ancillary Service memorandum | Dec. 8, 2025 | 251208 [Exh. 10] Bernadette Lucero-Turner- Lipe v. A.P.S., et al..pdf<br>Docket: December 8 exhibits zip<br>Depo Ex.: Bernadette Lucero-Turner Ex. 10 |
| PX-195 | Text Messages | Sept. 5, 2025 | 250905_Exhibit 9_Antoinette Romero.pdf<br>Docket: Antoinette exhibit packet<br>Depo Ex.: Antoinette Romero Ex. 9 |
| PX-196 | Staff Sign-in/Sign-out Sheet | Sept. 5, 2025 | 250905_Exhibit 11_Antoinette Romero.pdf<br>Docket: Antoinette exhibit packet<br>Depo Ex.: Antoinette Romero Ex. 11 |
| PX-197 | Audio Recording (Retained) | Sept. 5, 2025 | Audio issue / deposition authentication<br>Docket: Produced recording / audio issue; file/source to be matched to produced media<br>Depo Ex.: Antoinette Romero Ex. 13 |

| PX No. | Description | Date / Range | Source / Cross-Reference |
|---|---|---|---|
| PX-198 | Audio Recording (Retained) | Sept. 5, 2025 | Audio issue / deposition authentication<br>Docket: Produced recording / audio issue; file/source to be matched to produced media<br>Depo Ex.: Antoinette Romero Ex. 14 |
| PX-199 | Document Packet | Sept. 5, 2025 | 250905_Exhibit 15_Antoinette Romero.pdf<br>Docket: Antoinette exhibit packet<br>Depo Ex.: Antoinette Romero Ex. 15 |