IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

vs. Case No. 1:23-cv-00899 GBW/JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

Defendants.

**PLAINTIFF'S PROPOSED STATEMENT OF THE CASE**

This case concerns Plaintiff Tatia Lipe, who worked as a school social worker for Albuquerque Public Schools ("APS") at Volcano Vista High School.

Ms. Lipe contends that she advocated for students with disabilities and repeatedly sought administrative support to address student-service and special-education concerns. Ms. Lipe contends that when those concerns were not adequately addressed, she filed a formal complaint with the New Mexico Public Education Department to seek assistance for students. Ms. Lipe contends the agency investigated the complaint, substantiated violations, and required corrective action.

Ms. Lipe contends that after the PED complaint, APS subjected her to escalating scrutiny and shifting expectations in her work role. She contends APS denied or resisted what she requested to perform her duties, denied her disability-related accommodation request, and left protected medical leave as the only practical option.

Ms. Lipe contends that after her FMLA leave was approved, APS interfered with her protected leave by pressuring or requiring her to participate in work-related matters while she was on leave and by using threats, accusations, and leave-related circumstances against her.

Ms. Lipe contends APS then displaced her from her Volcano Vista caseload, placed another social worker into the student-service role, failed to give Ms. Lipe clear directions about what she was expected to do when she reported to work, and left her reporting to work without students assigned to her caseload.

Ms. Lipe also contends APS accused or implied that she failed to serve students, complete PTGs, document services, or perform her school-social-work duties, even though APS knew or should have known those accusations were false, misleading, incomplete, or contradicted by APS's own records.

Ms. Lipe asserts claims under the Americans with Disabilities Act and also asserts state-law claims including whistleblower retaliation, and breach of contract. APS denies liability. The jury will decide the disputed facts and whether Ms. Lipe is entitled to damages.

Respectfully submitted,

FOGHI LAW FIRM, LLC

By: /s/ Boglarka Foghi, Esq.
Boglarka Foghi
P.O. Box 944
Corrales, NM 87048
Telephone: (505) 220-5691
Email: foghilaw@yahoo.com
*Attorney for Plaintiff Tatia Lipe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of June, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing, including counsel for Defendant Albuquerque Public Schools.

M. Karen Kilgore
Cuddy McCarthy
1701 Old Pecos Trail
Santa Fe, NM 87505
Tel: (505) 988-4476
kkilgore@cmc.law
Attorneys for Albuquerque Public Schools

Natasha A. Martinez-Wesenberg
Patti Williams
Carol Cochran
Wiggins, Williams & Wesenberg PC
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104
Tel: (505) 764-8400
nwesenberg@wwwlaw.us
pwilliams@wwwlaw.us
ccochran@wwwlaw.us
Attorneys for Albuquerque Public Schools

*/s/ Boglarka Foghi, Esq.*
Boglarka Foghi