**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED JURY INSTRUCTIONS OUT OF TIME**

Plaintiff Tatia Lipe respectfully moves for leave to file Plaintiff's Proposed Jury Instructions out of time. In support of this motion, Plaintiff states:

1. On April 3, 2026, the Court entered its Order Resetting Pretrial Conference and Associated Deadlines. Doc. 256.

2. Doc. 256 required the parties to meet and confer regarding proposed jury instructions no later than May 28, 2026. It further required that all proposed jury-instruction filings be submitted by June 4, 2026, with a Word version without citations emailed to the Court that same day. Doc. 256.

3. Plaintiff has completed her Proposed Jury Instructions and seeks leave to file them one day out of time. Plaintiff's Proposed Jury Instructions are attached as Exhibit 1 and are incorporated by reference. Plaintiff also requests that the Court accept the separately filed Proposed Jury Instructions as filed with leave of Court.

4. The short delay was not the result of bad faith, gamesmanship, or disregard of the Court's Order. The delay resulted from counsel's international travel, the volume of simultaneous

pretrial filings, and the need to complete a final authority and formatting audit so that Plaintiff's instructions complied with the Court's requirements, including one instruction per page and citations to supporting authority at the bottom of each page.

5. Plaintiff has acted diligently. Plaintiff's Proposed Jury Instructions are complete and ready for filing, and Plaintiff is prepared to email the Word version without citations to the Court as required by Doc. 256.

6. Defendant will not be prejudiced by the short delay. Defendant filed its own proposed instructions, has long known Plaintiff's surviving claims and legal theories, and retains the June 11, 2026 deadline to file written objections to Plaintiff's requested instructions under Doc. 256.

7. The requested relief will not affect the trial setting, expand the claims for trial, or impair Defendant's ability to object.

8. Plaintiff conferred with Defendant regarding this motion. Defendant takes no position on the relief requested.

9. Good cause and excusable neglect support the requested relief. Plaintiff therefore requests leave to file Plaintiff's Proposed Jury Instructions out of time and, to the extent necessary, nunc pro tunc to the June 4, 2026 deadline.

10. Plaintiff attaches her Proposed Jury Instructions as Exhibit 1 and incorporates them by reference. Plaintiff is also filing the Proposed Jury Instructions separately so that the docket clearly reflects the filing required by Doc. 256. Plaintiff requests that the Court accept the attached and separately filed Proposed Jury Instructions as filed with leave of Court and, to the extent necessary, nunc pro tunc to the June 4, 2026 deadline.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant leave to file Plaintiff's Proposed Jury Instructions out of time and accept Plaintiff's Proposed Jury Instructions as timely filed or otherwise filed with leave of Court.

Respectfully submitted,

*/s/ Boglarka Foghi, Esq.*
Boglarka Foghi
Counsel for Plaintiff Tatia Lipe

## CERTIFICATE OF SERVICE

I certify that on June 5, 2026, I filed the foregoing document using the CM/ECF system, which will cause notice to be served on all counsel of record.

*/s/ Boglarka Foghi*
Boglarka Foghi