**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

Defendant.

**PLAINTIFF'S MOTION FOR SHORT EXTENSION OF TIME TO FILE AMENDED EXHIBIT LIST AND RELATED EXHIBIT MATERIALS**

Plaintiff Tatia Lipe by and through undersigned counsel respectfully moves for a short extension of time to file Plaintiff's amended exhibit list and related exhibit materials. In support of this motion, Plaintiff states:

1. On April 3, 2026, the Court entered its Order Resetting Pretrial Conference and Associated Deadlines. Doc. 256.

2. Doc. 256 required the parties to jointly file one list of stipulated exhibits and separately file lists of contested exhibits no later than June 4, 2026. The Order also required the parties to submit two physical copies of marked exhibits to chambers by the next day. Doc. 256.

3. Doc. 256 further required each party to send a list of proposed exhibits to opposing counsel no later than May 28, 2026, to allow sufficient time for the opposing party to decide whether to contest admission. Doc. 256.

4. Plaintiff complied with that requirement. On May 28, 2026, Plaintiff provided Defendant with Plaintiff’s proposed exhibit list by Dropbox link.

5. Defendant did not advise Plaintiff until June 4, 2026, that Defendant would not

stipulate to any of Plaintiff's proposed exhibits. See Exhibit 1(attached).

6. Defendant's late blanket position substantially increased the work required to finalize Plaintiff's exhibit submission because Plaintiff must now prepare the exhibit list and related materials with the understanding that Defendant is objecting across the board rather than narrowing disputes through stipulation, despite having received Plaintiff's proposed exhibit list on May 28, 2026.

7. Plaintiff seeks only a short, reasonable extension to finalize an accurate, non-duplicative, and properly organized exhibit filing in light of Defendant's late blanket refusal to stipulate to any of Plaintiff's proposed exhibits.

8. Good cause exists under Fed. R. Civ. P. 16(b)(4). Plaintiff has acted diligently, the requested relief is limited, and the short extension is necessary to ensure accurate compliance with the Court's pretrial requirements.

9. Defendant will not be unfairly prejudiced by a short extension. Defendant has long known the core documents, witnesses, and issues in this case. The requested relief will not affect the trial setting, expand the claims, or introduce surprise issues.

10. Plaintiff conferred with Defendant regarding this motion. Defendant takes no position on the relief requested.

**WHEREFORE,** Plaintiff respectfully requests a short extension of time to file Plaintiff's exhibit list and related exhibit materials, and any further relief the Court deems just.

Respectfully submitted,

/s/ Boglarka Foghi

Boglarka Foghi
Counsel for Plaintiff Tatia Lipe

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2026, I filed the foregoing document using the CM/ECF system, which will cause notice to be served on all counsel of record.

/s/ Boglarka Foghi
Boglarka Foghi

# Re: Proposed Pretrial order - Lipe vs APS

1 message

**Natasha Wesenberg** <nwesenberg@wwwlaw.us> Thu, Jun 4, 2026 at 5:48 PM
To: Boglarka Foghi <foghilaw@yahoo.com>
Cc: Audrey Griego <agriego@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>

I don’t think we have any stipulations at this time. We will continue to evaluate and advise if that changes with the incoming orders.
Sent from my iPhone

> On Jun 4, 2026, at 5:42 PM, Boglarka Foghi <foghilaw@yahoo.com> wrote:
>
> I meant to ask you as far as the exhibits are concerned – are we stipulating to any of the exhibits? I haven't received a response back to that from you as of yet. Please advise as soon as possible.
>
> Thank you,
>
> Boglarka Foghi, JD, MBA
> Foghi Law Firm, LLC
> www.Familyandcriminallawfirm.com
> www.Scottsdaleduiatty.com
> CEO/Founder of Envie Skin
> envieskin.com
>
> Tel: 505-220-5691
> Fax: 505-213-0122
> Licensed : Arizona, New Mexico and Pennsylvania Bar
>
>> On Jun 5, 2026, at 8:37 AM, Natasha Wesenberg <nwesenberg@wwwlaw.us> wrote:
>>
>> Attached are the proposed revisions to the PTO that you sent over. Nothing major, just need to move Plaintiff’s objections/exceptions to the correct areas.
>>
>> *Natasha Martinez-Wesenberg*