# EXHIBIT 2

**April 10, 2026 Production Email for APS Supp. Bates Nos. 000011-000021 and 014408-014884**

# Fw: Lipe v. APS - APS Supp Bates #000011-000021 and 014408-014884

1 message

**Boglarka Foghi** <foghilaw@yahoo.com> Fri, Apr 10, 2026 at 5:59 PM
Reply-To: Boglarka Foghi <foghilaw@yahoo.com>
To: Tatia Lipe <tatialipe@gmail.com>

----- Forwarded Message -----
**From:** Audrey Griego <agriego@wwwlaw.us>
**To:** Boglarka Foghi <foghilaw@yahoo.com>
**Cc:** Patti Williams <pwilliams@wwwlaw.us>; Natasha Wesenberg <nwesenberg@wwwlaw.us>; Carol Cochran <ccochran@wwwlaw.us>; Kimberly Kraft <kkraft@wwwlaw.us>; Karen Kilgore <kkilgore@cmc.law>
**Sent:** Friday, April 10, 2026 at 04:53:26 PM MST
**Subject:** Lipe v. APS - APS Supp Bates #000011-000021 and 014408-014884

Dear Ms. Foghi,

Please see below the drop box link for *APS Supp Bates #000011-000021 and 014408-014884* now that the protective order has been signed by Judge Rozzoni.

https://www.dropbox.com/scl/fo/p3zcna5as33ce6ppq07av/AI7KNKEZ2poZVKhoKnG_v8I?rlkey=kopvrzlkadopits5zxhabxghy&st=pb0vkigw&dl=0

Also, see attached the *Certificate of Service* that was filed with the Court moments ago and *Defendant Albuquerque Public Schools' Supplemental Answers Responses, and Objections to Plaintiff's Interrogatories, Requests for Production, and Requests for Admissions.*

Please contact our office if you have any questions or trouble accessing the drop box link.

**Wiggins, Williams & Wesenberg**
A Professional Corporation
Audrey Griego
Paralegal to Patti G. Williams, Esq.

1803 Rio Grande NW (87104)
P.O. Box 1308
Albuquerque, NM 87103-1308
Phone: (505) 764-8400
Fax: (505) 764-8585
Email: agriego@www.law.us
CONFIDENTIALITY NOTICE: This e-mail and any files

**2 attachments**

**COS (APS' Supp Resps for 4-10-2026.pdf**
109K

**APS' Supp Responses 04-10-2026.pdf**
410K