**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC
SCHOOLS,

Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

THIS MATTER comes before the Court on Plaintiff's Motion for Short Extension of Time to File Amended Exhibit List and Related Exhibit Materials. *Doc. 362*. In it, Plaintiff seeks a short extension to "finalize an accurate, non-duplicative, and properly organized exhibit filing in light of Defendant's late blanket refusal to stipulate to any of Plaintiff's proposed exhibits." *Id*. at 2. Defendant takes no position on the relief requested. *Id*.

The Court, being fully advised, finds that Plaintiff's motion is well-taken and will GRANT IT. Accordingly, Plaintiff shall file her exhibit list and related exhibit materials no later than **June 11, 2026.**

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**