IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

Defendants.

**APS'S OBJECTIONS TO PLAINTIFF'S CORRECTED AND AMENDED FINAL WITNESS LIST**

Defendant Albuquerque Public Schools ("APS") hereby objects to Plaintiff's Notice of Corrected and Amended Final Witness List [ECF No. 359] ("Plaintiff's Amended Witness List"). APS objects to the inclusion of Gerry Richardson (No. 25) in "Plaintiff's May-Call / If Necessary Witnesses" section of the amended list. Mr. Richardson is described in "General Subject Matter" as:

> Former longtime paralegal to Boglarka Foghi; Plaintiff's discovery productions, production logs, Bates-labeled materials, Google Drive/email transmissions, embedded audiolink documents, signed releases/provider information, certificates of service, and rebuttal to APS's nonproduction, undisclosed-evidence, audio-link, and trial-by-ambush accusations.

Mr. Richardson's name first surfaced in this lawsuit less than two weeks ago when he made an affidavit [ECF No. 324] related to APS's opposed motion in limine and memorandum of law to exclude admission of and all references to evidence that was not previously produced [ECF No. 305]. Mr. Richardson has no personal knowledge of any information relevant to the claims made in the lawsuit or APS's defenses about which he could testify to the jury. His affidavit states in Paragraph 35:

> Nothing in this Affidavit is intended to provide legal argument. I am stating facts concerning my work as a paralegal, the production methods used, the types of materials transmitted, and the fact that Plaintiff's records, exhibits, audio links, and releases were provided or made available to opposing counsel through the discovery process.

ECF No. 324 at ¶35. Facts concerning Mr. Richardson's work as a paralegal, the production methods used, the types of materials transmitted, and the fact that Plaintiff's records, exhibits, audio links, and releases were provided or made available to opposing counsel through the discovery process will not be issues properly before the jury and his testimony should be excluded

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

*Electronically Filed*

By: */s/ Patricia G. Williams*
Patricia G. Williams
Carol M. Cochran
Natasha A. Martinez-Wesenberg
*Attorneys for APS*
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us
ccochran@wwwlaw.us
nwesenberg@wwwlaw.us

We hereby certify that on this 11th day of June, 2026, the foregoing was filed electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WIGGINS, WILLIAMS & WESENBERG, P.C.

By */s/ Patricia G. Williams*
Patricia G. Williams