**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

Defendant.

**PLAINTIFF'S NOTICE OF SUBMISSION OF AMENDED CONTESTED EXHIBIT LIST**

Plaintiff Tatia Lipe, by and through counsel, respectfully gives notice that Plaintiff submits her Amended Contested Exhibit List, attached.

Plaintiff submits this amended list to identify Plaintiff's contested trial exhibits for the Court and the parties. The simplified docket exhibit list identifies each exhibit by exhibit number and title. Plaintiff separately maintains source, disclosure, Bates, docket-reference, and native-file information for use in pretrial proceedings and to address any disclosure or foundation disputes.

Respectfully submitted,

FOGHI LAW FIRM, LLC.

/s/ Boglarka Foghi, Esq.
Boglarka Foghi
P.O. Box 944
Corrales, NM 87048
(505) 220-6591
foghilaw@yahoo.com
Counsel for Plaintiff Tatia Lipe

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed the foregoing Plaintiff's Notice of Submission of Amended Contested Exhibit List with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Boglarka Foghi*
Boglarka Foghi
*Counsel for Plaintiff Tatia Lipe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

Lipe v. Albuquerque Public Schools, Civ. No. 1:23-cv-00899-GBW-JMR

# PLAINTIFF'S AMENDED CONTESTED EXHIBIT LIST

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 1 | NMPED Cover Letter for Complaint Resolution Report, Complaint No. C2122-14, April 14, 2022 |
| Plaintiff's Exhibit 2 | NMPED Complaint Resolution Report and Corrective Action Plan, Complaint No. C2122-14 |
| Plaintiff's Exhibit 3 | NMPED State Complaint Questionnaires, Complaint No. C2122-14 |
| Plaintiff's Exhibit 4 | Email Chain Requesting Meeting with Justin Griego Regarding Student Concerns, February 7, 2022 |
| Plaintiff's Exhibit 5 | September 10, 2021 Email Requesting Meeting Regarding Special-Education Student Concerns |
| Plaintiff's Exhibit 6 | Email Regarding Contact with OEO / EOS |
| Plaintiff's Exhibit 7 | Email Regarding Plaintiff Being Left Out of Meeting |
| Plaintiff's Exhibit 8 | Student Consult Email, March 14, 2022 |
| Plaintiff's Exhibit 9 | Section 504/ADA Employee Request for Accommodation, August 22, 2022 |
| Plaintiff's Exhibit 10 | September 21, 2022 ADA Meeting Notes / Minutes |
| Plaintiff's Exhibit 11 | Section 504/ADA Employee Temporary Accommodation Plan, September 21, 2022 |
| Plaintiff's Exhibit 12 | September 21, 2022 Email Chain Regarding ADA Temporary Accommodation Plan |
| Plaintiff's Exhibit 13 | March 17, 2021 APS / ATF School Reopening Memorandum of Understanding |
| Plaintiff's Exhibit 14 | August 10, 2021 APS / ATF Safe Start Memorandum of Understanding |
| Plaintiff's Exhibit 15 | APS School Social Worker Newsletters and Related Training Materials Regarding Remote / Asynchronous Service Practices |
| Plaintiff's Exhibit 16 | Meg Crist FMLA Guidance Email |
| Plaintiff's Exhibit 17 | APS Fourth Supplemental Discovery Responses Regarding ADA Meeting, Offsite Work, and Remote-Work Positions |
| Plaintiff's Exhibit 18 | APS Fifth Supplemental Discovery Responses Regarding ADA / FMLA Decision-Makers and Meeting Requests |
| Plaintiff's Exhibit 19 | APS FMLA Time Tracking Records for Tatia Harris-Lipe |

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 20 | March 6, 2023 Meg Crist / Leave Communication Regarding Required Meeting with Jessica Rivera |
| Plaintiff's Exhibit 21 | March 9, 2023 Email Chain Regarding Investigation Meeting, Leave, and Threatened Discipline |
| Plaintiff's Exhibit 22 | March 9, 2023 Investigation Interview Letter |
| Plaintiff's Exhibit 23 | January 11, 2023 PTG Meeting Email Chain |
| Plaintiff's Exhibit 24 | Email Chain Regarding Caseload for PTG Reporting / Leave Coverage |
| Plaintiff's Exhibit 25 | Email Chain Regarding Finals Week and Progress Toward Goals |
| Plaintiff's Exhibit 26 | Email Chain Regarding Parent Notification / Out-of-Office Coverage |
| Plaintiff's Exhibit 27 | February 2023 Caseload Email Chain Regarding Students Removed from Plaintiff's Caseload |
| Plaintiff's Exhibit 28 | November 3, 2022 Email Regarding Staffing Students, SpEd Data, PTGs, and IEP Meetings |
| Plaintiff's Exhibit 29 | Plaintiff's MaxCapture Notes, August 2022-March 2023, Redacted |
| Plaintiff's Exhibit 30 | Plaintiff's MaxCapture Notes, School Year 2022-2023 |
| Plaintiff's Exhibit 31 | Progress Toward Goals Records |
| Plaintiff's Exhibit 32 | Other Providers' MaxCapture Records, Redacted |
| Plaintiff's Exhibit 33 | APS School Social Worker Data Entries / Unique Student Count, 2022-2023 School Year |
| Plaintiff's Exhibit 34 | Jessie Macfarland Email Regarding MaxCapture Audit and Service Minutes |
| Plaintiff's Exhibit 35 | Jessie Macfarland Email Regarding School Social Worker Attendance at IEP Meetings |
| Plaintiff's Exhibit 36 | APS School Social Worker Caseload List, Redacted |
| Plaintiff's Exhibit 37 | Volcano Vista Staff Sign-In / Sign-Out Logs |
| Plaintiff's Exhibit 38 | School Social Worker Caseload Reminder Email |
| Plaintiff's Exhibit 39 | Additional Supplemental Production Regarding Social-Work Caseloads, Transfers, IEP Attendance, and Service Coverage |
| Plaintiff's Exhibit 40 | Service Detail Records - Rosita Moya-Herrera, 2021 |
| Plaintiff's Exhibit 41 | Service Detail Records - Antoinette Romero, 2022 |
| Plaintiff's Exhibit 42 | Service Detail Records - Rosita Moya-Herrera, 2020 |
| Plaintiff's Exhibit 43 | Tatia Harris-Lipe Service Detail Records |
| Plaintiff's Exhibit 44 | Lisa Oliphant Email Regarding Parents Not Choosing Service Providers |

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 45 | RCI Investigative Report, EOS Case 22233021 - Barreras Investigation, February 7, 2023 |
| Plaintiff's Exhibit 46 | RCI Investigative Report, EOS Case 22233062 - Gonterman Investigation, April 13, 2023 |
| Plaintiff's Exhibit 47 | APS EOS Finding Letter, Case 22233062, May 1, 2023 |
| Plaintiff's Exhibit 48 | EOS Appeal Notice and Investigation Report Materials |
| Plaintiff's Exhibit 49 | APS EOS Investigation Appeal Process Guide |
| Plaintiff's Exhibit 50 | APS Production 1 Documents Regarding EOS Case 22233062 and Plaintiff's Retaliation Complaint |
| Plaintiff's Exhibit 51 | Rosita Moya-Herrera Statement |
| Plaintiff's Exhibit 52 | Text Messages with Antoinette Romero |
| Plaintiff's Exhibit 53 | Urquidez Harassment Texts |
| Plaintiff's Exhibit 54 | Difference in Treatment Document |
| Plaintiff's Exhibit 55 | August 31, 2021 Email Regarding Antoinette Romero Request for Assistance for Her Daughter |
| Plaintiff's Exhibit 56 | December 2021-January 2022 Text / Linda Elliott Email Materials |
| Plaintiff's Exhibit 57 | Professional Reference Form for Tatia Harris-Lipe |
| Plaintiff's Exhibit 58 | Professional Reference Materials for Tatia Harris-Lipe |
| Plaintiff's Exhibit 59 | Forwarded Professional Reference / ALD Signature Request Materials |
| Plaintiff's Exhibit 60 | Principal Intern Mentor Responsibilities / Tips for Mentoring Principal Interns |
| Plaintiff's Exhibit 61 | Site Supervisor Handbook |
| Plaintiff's Exhibit 62 | Mentor for Administrative License Email |
| Plaintiff's Exhibit 63 | ALD Program Overview |
| Plaintiff's Exhibit 64 | Administrative Pay / Salary Contract Documents |
| Plaintiff's Exhibit 65 | APS / ATF Negotiated Agreement Regarding Salary / Pay Differentials |
| Plaintiff's Exhibit 66 | APS Threat Assessment Manual, Updated March 2017 |
| Plaintiff's Exhibit 67 | APS Threat Assessment / Crisis Protocol Materials Produced in Response to Interrogatory No. 9 |
| Plaintiff's Exhibit 68 | Level 2 Grievance Documents, 2018 |
| Plaintiff's Exhibit 69 | Conflict of Interest Form Materials |
| Plaintiff's Exhibit 70 | Home Refinance Documents, Redacted |

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 71 | APS Initial Responses to Plaintiff's First Set of Interrogatories and Requests for Production |
| Plaintiff's Exhibit 72 | APS Responses to Plaintiff's First Requests for Admission |
| Plaintiff's Exhibit 73 | APS Supplemental Responses to Plaintiff's First Interrogatories and Requests for Production, April 17, 2025 |
| Plaintiff's Exhibit 74 | APS Supplemental Responses to Plaintiff's Interrogatories, Requests for Admission, and Requests for Production, July 2025 |
| Plaintiff's Exhibit 75 | APS Third Supplemental Responses to Plaintiff's First Set of Interrogatories, RFAs, and RFPs |
| Plaintiff's Exhibit 76 | APS Fourth Supplemental Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission, October 13, 2025 |
| Plaintiff's Exhibit 77 | APS Fifth Supplemental Responses to Plaintiff's Interrogatories and Requests for Production, November 14, 2025 |
| Plaintiff's Exhibit 78 | APS Responses to Plaintiff's Second Set of Interrogatories, Nos. 19-21 |
| Plaintiff's Exhibit 79 | APS Discovery Verifications and Sworn Verification Forms |
| Plaintiff's Exhibit 80 | Plaintiff's Confidential Journal, Redacted |
| Plaintiff's Exhibit 81 | Plaintiff's Confidential Journal with Links |
| Plaintiff's Exhibit 82 | Plaintiff's Historical Timeline |
| Plaintiff's Exhibit 83 | Plaintiff's Journal and Timeline with Supporting Links |
| Plaintiff's Exhibit 84 | Plaintiff's Production Index Identifying Linked Documents and Audio |
| Plaintiff's Exhibit 85 | Bannerman Expectations Meeting / Dr. Bannerman Meeting Excerpt / Antoinette Romero Deposition Exhibit 13 (Consolidated Media Source) |
| Plaintiff's Exhibit 86 | Socorro Rodriguez ADA / Accommodation Call, August 26, 2022 |
| Plaintiff's Exhibit 87 | January 11, 2023 PTG Meeting Recording |
| Plaintiff's Exhibit 88 | February 4, 2022 Antoinette Romero Conversation / Antoinette Romero Deposition Exhibit 14 |
| Plaintiff's Exhibit 89 | Coverage Meeting Recording Regarding Parent/Student Communication and Coverage Plan |
| Plaintiff's Exhibit 90 | March 11, 2022 Griego Recording Regarding Student Service Time |
| Plaintiff's Exhibit 91 | Administration / Crisis Team Recording Regarding Social Workers and Crisis-Team Membership |
| Plaintiff's Exhibit 92 | APS-Produced RCI Audio - Tatia Harris-Lipe, October 19, 2022, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 93 | APS-Produced RCI Audio - Tatia Harris-Lipe, October 27, 2022, EOS/RCI Case 22233021 Barreras |

| **Plaintiff's Exhibit** | **Exhibit Title** |
|---|---|
| Plaintiff's Exhibit 94 | APS-Produced RCI Audio - Melissa Sedillo, December 6, 2022, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 95 | APS-Produced RCI Audio - Rosita Moya-Herrera, December 6, 2022, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 96 | APS-Produced RCI Audio - Jessie McFarland, January 17, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 97 | APS-Produced RCI Audio - Antoinette Romero, January 19, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 98 | APS-Produced RCI Audio - Bernadette Lucero-Turner, January 20, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 99 | APS-Produced RCI Audio - Justin Griego, January 20, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 100 | APS-Produced RCI Audio - Socorro Rodriguez, January 24, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 101 | APS-Produced RCI Audio - Jessie McFarland follow-up, January 30, 2023, EOS/RCI Case 22233021 Barreras |
| Plaintiff's Exhibit 102 | APS-Produced RCI Audio - Tatia Harris-Lipe, March 22, 2023, EOS/RCI Case 22233062 Gonterman |
| Plaintiff's Exhibit 103 | APS-Produced RCI Audio - Annittra Atler, March 31, 2023, EOS/RCI Case 22233062 Gonterman |
| Plaintiff's Exhibit 104 | APS-Produced RCI Audio - Bernadette Lucero-Turner, April 5, 2023, EOS/RCI Case 22233062 Gonterman |
| Plaintiff's Exhibit 105 | APS-Produced RCI Audio - Justin Griego, April 6, 2023, EOS/RCI Case 22233062 Gonterman |
| Plaintiff's Exhibit 106 | Crisis Team Meeting, November 13, 2019 |
| Plaintiff's Exhibit 107 | Do Not Change Social Worker Meeting |
| Plaintiff's Exhibit 108 | Griego / Delano Discussion |
| Plaintiff's Exhibit 109 | Email Communication Regarding Bannerman Involvement |
| Plaintiff's Exhibit 110 | Email Chain Regarding Alienation, Exclusion from Student Meetings, Retaliation Concerns, Student Placement, and Administrative Decisions |
| Plaintiff's Exhibit 111 | NMPED / APS Complaint-Related Fee and Time Records for C2122-14 |
| Plaintiff's Exhibit 112 | APS Supplemental Responses to Plaintiff's First Set of Interrogatories, July 2, 2025 |
| Plaintiff's Exhibit 113 | Plaintiff's Discovery Responses Filed as Exhibit A to Doc. 97 |
| Plaintiff's Exhibit 114 | Resignation Packet |
| Plaintiff's Exhibit 115 | Email Regarding Incomplete EOS / RCI Materials |
| Plaintiff's Exhibit 116 | VA Physician Note Excuse From Work |

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 117 | FMLA Accounting Comparison |
| Plaintiff's Exhibit 118 | ADA Leave-Hold Email Chain |
| Plaintiff's Exhibit 119 | March 2023 Approved Sick Leave |
| Plaintiff's Exhibit 120 | Meg Crist Leave and Return Intentions |
| Plaintiff's Exhibit 121 | Letter of Intent |
| Plaintiff's Exhibit 122 | Email Transmittal of Letter of Intent |
| Plaintiff's Exhibit 123 | Continued Retaliation Materials |
| Plaintiff's Exhibit 124 | APS Social Work Job Description |
| Plaintiff's Exhibit 125 | FMLA Intermittent Leave Approval / Extended Leaves Department Letter |
| Plaintiff's Exhibit 126 | APS Position Statement to New Mexico Human Rights Bureau / HRB No. 22-11-0927-E |
| Plaintiff's Exhibit 127 | Plaintiff EOS Complaint / EOS 22233021 / Barreras Matter |
| Plaintiff's Exhibit 128 | No Caseload Students Reassigned Record |
| Plaintiff's Exhibit 129 | EOS 22233062 / Gonterman Investigation Materials |
| Plaintiff's Exhibit 130 | APS 2022-2023 Contract and Reporting Dates / Traditional Work Schedules |
| Plaintiff's Exhibit 131 | Statement of Special Education / Related Services - Social Work Minutes / Service Schedule |
| Plaintiff's Exhibit 132 | Antoinette Romero Student JC Email and April 12, 2022 Remote-Work / Leave Email Chain |
| Plaintiff's Exhibit 133 | Griego and Sedillo Welcome / Involvement Documents |
| Plaintiff's Exhibit 134 | MaxCapture School-Based Service Capture Report, Service Dates 01/01/2022-05/16/2022 |
| Plaintiff's Exhibit 135 | Angelique Torres Hiring / Coverage Records |
| Plaintiff's Exhibit 136 | October 25, 2022 Coverage Meeting Transcript |
| Plaintiff's Exhibit 137 | APS Supplemental Discovery Responses and Objections / Response to Court Order |
| Plaintiff's Exhibit 138 | Physician Releases |
| Plaintiff's Exhibit 139 | Extensions |
| Plaintiff's Exhibit 140 | Request Supplemental |
| Plaintiff's Exhibit 141 | Districtwide Synergy Report / Page 1 of 67 |
| Plaintiff's Exhibit 142 | Synergy Report by School and Year |

| Plaintiff's Exhibit | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 143 | Other Providers Summary / Volcano Vista Portfolio Lists for Angelique Torres, Antoinette Romero, and Other Providers |
| Plaintiff's Exhibit 144 | Multi-School Provider Portfolio List / Yvonne Garcia / 2021-2022 |
| Plaintiff's Exhibit 145 | Email Regarding District Synergy / Department Chair Minutes / March 8, 2022 |
| Plaintiff's Exhibit 146 | Interrogatory 11 Documents |
| Plaintiff's Exhibit 147 | Synergy Report |
| Plaintiff's Exhibit 148 | MaxCapture Report |
| Plaintiff's Exhibit 149 | APS Revised Production |
| Plaintiff's Exhibit 150 | School Social Worker Guide to Using Synergy |
| Plaintiff's Exhibit 151 | Awareness of Student Concerns Materials |
| Plaintiff's Exhibit 152 | Investigation Findings |
| Plaintiff's Exhibit 153 | Administrators Flow Chart |
| Plaintiff's Exhibit 154 | NMPED Fact Template |
| Plaintiff's Exhibit 155 | Service Log, Page 1 |
| Plaintiff's Exhibit 156 | Whistleblower Definitions |
| Plaintiff's Exhibit 157 | Defendant Response to Supplemental Discovery |
| Plaintiff's Exhibit 158 | Defendant Response to Supplemental Requests for Admission |
| Plaintiff's Exhibit 159 | Atler Interview |
| Plaintiff's Exhibit 160 | Gonterman Interview |
| Plaintiff's Exhibit 161 | Letter to Parents Regarding Social-Work Services and Support During Remote Learning |
| Plaintiff's Exhibit 162 | August 11, 2022 Social-Work Caseload-Change Records |
| Plaintiff's Exhibit 163 | August 16, 2022 Email Regarding Online Service Options for Student |
| Plaintiff's Exhibit 164 | November 29, 2022 Added-Student Notification / Social-Work Service Records |
| Plaintiff's Exhibit 165 | 2020 Mass Email to Parents Regarding Social-Work Services During COVID-19 |
| Plaintiff's Exhibit 166 | APS Staff Training Materials Regarding Suicide-Prevention Protocols and Guidelines |
| Plaintiff's Exhibit 167 | October 28, 2022 Email Regarding False or Misleading Performance-Related Statements and Professional Harm |
| Plaintiff's Exhibit 168 | September 20, 2022 Email Regarding APS Chromebooks for Teletherapy |

| **Plaintiff's Exhibit** | **Exhibit Title** |
|---|---|
| Plaintiff's Exhibit 169 | May 11, 2022 Email Regarding Family / Student Contact and Missed Google Meets |
| Plaintiff's Exhibit 170 | September 16-20, 2022 Email Chain Regarding SLP Services for ECA Students and Telepractice |
| Plaintiff's Exhibit 171 | Email Confirming OT Services Conducted Remotely Using Google Meets |
| Plaintiff's Exhibit 172 | Volcano Vista Administrators, Department Heads, and Personnel Contact Information, 2022-2023 |
| Plaintiff's Exhibit 173 | Volcano Vista Counselors and Nursing Staff for Initial Crisis-Intervention Personnel, 2022-2023 |
| Plaintiff's Exhibit 174 | Monitor Staffing / Telehealth Email Chain Involving District-Level Administrators |
| Plaintiff's Exhibit 175 | APS Procedural Directive: Student Suicide Prevention, Intervention, and Postvention Protocols |
| Plaintiff's Exhibit 176 | Antoinette Romero Email Stating Social Workers Would Be Off Campus but Available for Crises Remotely by Google Chat, Text, and Phone |
| Plaintiff's Exhibit 177 | EOS Finding Letter Regarding Bernadette Lucero-Turner and Investigation / Privilege-Waiver Issues |
| Plaintiff's Exhibit 178 | EOS Finding Letter Regarding Justin Griego and Investigation / Privilege-Waiver Issues |
| Plaintiff's Exhibit 179 | Document with Embedded Digital Links Provided to Defendant |
| Plaintiff's Exhibit 180 | Administrator-License Data Spreadsheet |
| Plaintiff's Exhibit 181 | Produced Image Files Referenced in Shared Production |
| Plaintiff's Exhibit 182 | MaxCapture Scheduling and Provider Time Tracking User Guide |
| Plaintiff's Exhibit 183 | Email Receipt of Gonterman Report |
| Plaintiff's Exhibit 184 | Email Receipt of Barreras Report |
| Plaintiff's Exhibit 185 | Antoinette Romero Document Packet |
| Plaintiff's Exhibit 186 | March 1, 2023 Email Regarding FMLA / Leave Interference from Jennifer Mackey, Jessica Rivera, and Zifferblatt |
| Plaintiff's Exhibit 187 | Deposition Transcript and Plaintiff's Yellow Designations - Annittra Atler |
| Plaintiff's Exhibit 188 | Deposition Transcript and Plaintiff's Yellow Designations - Stephanie Avila |
| Plaintiff's Exhibit 189 | Deposition Transcript and Plaintiff's Yellow Designations - Bernadette Lucero-Turner |
| Plaintiff's Exhibit 190 | Deposition Transcript and Plaintiff's Yellow Designations - Angelique Torres |

| **Plaintiff's Exhibit** | **Exhibit Title** |
|---|---|
| Plaintiff's Exhibit 191 | Deposition Transcript and Plaintiff's Yellow Designations - Socorro Rodriguez |
| Plaintiff's Exhibit 192 | Deposition Transcript and Plaintiff's Yellow Designations - Antoinette Romero |
| Plaintiff's Exhibit 193 | Deposition Transcript and Plaintiff's Yellow Designations - Rosita Moya-Herrera |
| Plaintiff's Exhibit 194 | Deposition Transcript and Plaintiff's Yellow Designations - Lisa Oliphant |
| Plaintiff's Exhibit 195 | Deposition Transcript and Plaintiff's Yellow Designations - Linda Elliott |
| Plaintiff's Exhibit 196 | Deposition Transcript and Plaintiff's Yellow Designations - Justin Griego |
| Plaintiff's Exhibit 197 | Deposition Transcript and Plaintiff's Yellow Designations - Bonnie Anderson |
| Plaintiff's Exhibit 198 | Deposition Transcript and Plaintiff's Yellow Designations - Yvonne Garcia |