# Plaintiff's Proposed Pretrial Materials for Conferral

1 message

**Boglarka Foghi** <foghilaw@yahoo.com> Tue, May 26, 2026 at 9:25 PM
To: Natasha Wesenberg <nwesenberg@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>

Counsel,

In advance of tomorrow's conferral and in an effort to streamline the process, Plaintiff is providing Plaintiff's proposed portions of the materials the parties are required to confer on under the Court's scheduling order.

The following materials are being provided through the Dropbox link below:

- Plaintiff's Proposed Portions of the Consolidated Final Pretrial Order;
- Plaintiff's Proposed Statement of the Case;
- Plaintiff's Proposed Jury Instructions; and
- Plaintiff's Proposed Verdict Form.

Dropbox Link:
https://www.dropbox.com/scl/fo/wqav7kki3uy0wx9t7c0y8/APyvYOFVBuggkartiO_iZwk?rlkey=fy6descoldd283e2rai8s7bmf&st=frb3son9&dl=0

Plaintiff is continuing to finalize additional materials, including deposition designations, witness/exhibit matters, and related trial-preparation items, which will also be addressed during conferral.

Please review the materials before tomorrow's meeting so the parties can efficiently identify areas of agreement, disputed language, objections, and proposed revisions.

Thank you.

Boglarka Foghi

Attorney at Law

# RE: Plaintiff's Proposed Pretrial Materials for Conferral

1 message

**Kimberly Kraft** <kkraft@wwwlaw.us> Wed, May 27, 2026 at 8:45 AM
To: Boglarka Foghi <foghilaw@yahoo.com>, Natasha Wesenberg <nwesenberg@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Patti Williams <pwilliams@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>

Ms. Foghi,

No one in our office has access to the link. Please approve my request and I will distribute to the handling attorneys.

Best,

**Wiggins, Williams & Wesenberg**

A Professional Corporation

Kimberly A. Kraft

Paralegal to Natasha A. Martinez-Wesenberg, Esq.

1803 Rio Grande NW (87104)

P.O. Box 1308

Albuquerque, NM 87103-1308

Phone: (505) 764-8400

Fax: (505) 764-8585

**Members**

Search for a setting, member, group, or help article

Filter by: Status: External collaborators | Group | Paid product | Reset filters | Import C

| Name | Shared | Started sharing |
|---|---|---|
| KK Kimberly Kraft<br>kkraft@wwwlaw.us | 2 folders | 15 days ago |
| [redacted] | | 2 months ago |
| [redacted] | | 6 days ago |
| IS Idaly Soto<br>isoto@cmc.law | 1 folder | 14 days ago |
| PW Patricia Williams<br>pwilliams@wwwlaw.us | 1 folder | 14 days ago |
| [redacted] | | last month |
| MK M. Karen Kilgore<br>kkilgore@cmc.law | 1 folder | 14 days ago |
| [redacted] | | 15 days ago |

# Lipe vs APS

1 message

**Boglarka Foghi** <foghilaw@yahoo.com> Fri, Jun 5, 2026 at 2:17 AM
To: Natasha Wesenberg <nwesenberg@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>

Good evening,

I wanted to also let you know that the highlighted deposition transcripts were also contained in the dropbox. I wanted to speak with you and confer with you regarding exhibit as I believe hard copies of those are due to the court tomorrow. Please advise as soon as possible and please make sure that my assistant is copied on all communication.

Thank you,

Boglarka Foghi, JD, MBA
Foghi Law Firm, LLC
www.Familyandcriminallawfirm.com
www.Scottsdaleduiatty.com
CEO/Founder of Envie Skin
envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar

# Lipe v. Albuquerque Public Schools et al- 1:23-cv-00899-GBW-JMR- Defendant's Proposed Jury Instructions and Pre Trial Order

1 message

**Kimberly Kraft** <kkraft@wwwlaw.us> Thu, Jun 4, 2026 at 8:13 PM
To: "wormuthproposedtext@nmd.uscourts.gov" <wormuthproposedtext@nmd.uscourts.gov>
Cc: Natasha Wesenberg <nwesenberg@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Idaly Soto <isoto@cmc.law>, Yolanda Ortega <yortega@cmc.law>, Boglarka Foghi <foghilaw@yahoo.com>, Tatia Lipe <tatialipe@gmail.com>

Dear Honorable Judge Wormuth,

Please see attached Defendant's *Proposed* Pretrial Order and Defendant's *Proposed* Jury Instructions, Non-Annotated, in word format. Both documents have already been filed as Doc 348 and 349.

Have a wonderful night!

Best,

**Wiggins, Williams & Wesenberg**

A Professional Corporation

Kimberly A. Kraft

Paralegal to Natasha A. Martinez-Wesenberg, Esq.

1803 Rio Grande NW (87104)

P.O. Box 1308

Albuquerque, NM 87103-1308

Phone: (505) 764-8400

Fax: (505) 764-8585

Email: kkraft@wwwlaw.us

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material that is protected by the attorney-client privilege. If you are not the intended recipient or the person responsible or delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail or by telephone at (505) 764-8400 and delete the e-mail on your computer.

---

**2 attachments**

**FINAL - Defendant's PTO.docx**
59K

**Defendant's Final Proposed JI Non-Annotated.docx**
65K

# RE: Requested information/ Lipe vs APS

1 message

**Natasha Wesenberg** <nwesenberg@wwwlaw.us> Thu, Jun 11, 2026 at 10:08 AM

To: Boglarka Foghi <foghilaw@yahoo.com>, Audrey Griego <agriego@wwwlaw.us>, Carol Cochran <ccochran@wwwlaw.us>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>
Cc: Tatia Lipe <tatialipe@gmail.com>

Good morning, Ms. Foghi,

We did not receive Plaintiff's portion of the highlighted deposition designations until well after close of business on the day they were due. As such, we were unable to submit your portion, and you will need to submit to the Court.

Let me know if you have any other questions.

*Natasha Martinez-Wesenberg*

*Wiggins, Williams & Wesenberg*

*A Professional Corporation*

*1803 Rio Grande NW (87104)*

*P. O. Box 1308*

*Albuquerque, NM 87103-1308*

*Phone: (505) 764-8400*

*Fax: (505) 764-8585*

*Email: nwesenberg@wwwlaw.us*

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material that is protected by the attorney-client privilege. If you are not the intended recipient or the person responsible or delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail or by telephone at (505) 764-8400 and delete the e-mail on your computer.

---

**From:** Boglarka Foghi <foghilaw@yahoo.com>
**Sent:** Wednesday, June 10, 2026 7:51 PM
**To:** Natasha Wesenberg <nwesenberg@wwwlaw.us>; Audrey Griego <agriego@wwwlaw.us>; Carol Cochran <ccochran@wwwlaw.us>; Karen Kilgore <kkilgore@cmc.law>; Kimberly Kraft <kkraft@wwwlaw.us>; Patti Williams <pwilliams@wwwlaw.us>; Tatia Lipe <tatialipe@gmail.com>
**Cc:** Tatia Lipe <tatialipe@gmail.com>
**Subject:** Requested information/ Lipe vs APS

Counsel,

Plaintiff is confirming whether Defendant submitted the joint physical chambers copy of the deposition transcripts with the parties' trial designations and counter-designations highlighted, as required by the Court's Order Resetting Pretrial Conference and Associated Deadlines.

Plaintiff previously provided Defendant with Plaintiff's deposition designations on May 28th via dropbox. The Court's Order requires counsel to jointly submit one physical copy of each deposition to chambers, with Plaintiff's designations highlighted in yellow and Defendant's counter-designations highlighted in blue.

Please confirm whether Defendant has already delivered the complete highlighted set to chambers. If not, please let us know immediately so Plaintiff can submit a protective courtesy copy to ensure the Court has the complete deposition materials before the pretrial conference and trial.

Sincerely,

Boglarka Foghi, JD, MBA

Foghi Law Firm, LLC

www.Familyandcriminallawfirm.com

www.Scottsdaleduiatty.com

CEO/Founder of Envie Skin

envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar