**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC
SCHOOLS,

Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED JURY INSTRUCTIONS OUT OF TIME**

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File Proposed Jury Instructions Out of Time. *Doc. 360*. In it, Plaintiff seeks to file her Proposed Jury Instructions one day out of time. *Id*. She asserts that the delay "resulted from counsel's international travel, the volume of simultaneous pretrial filings, and the need to complete a final authority and formatting audit so that Plaintiff's instructions complied with the Court's requirements." *Id*. at 1-2. Defendant takes no position on the relief requested. *Id*. at 2.

The Court, being fully advised, finds that Plaintiff's motion is well-taken and will GRANT IT. Accordingly, Plaintiff's Proposed Jury Instructions, attached to the docket as *doc. 360-1* and received by the Court via electronic mail on June 5, 2026, will be accepted as timely filed.

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**