**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

      Plaintiff,

v.                                       Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC
SCHOOLS,

      Defendant.

### <u>ORDER VACATING PRETRIAL CONFERENCE AND JURY TRIAL</u>

THIS MATTER comes before the Court on the parties' communication that they have reached a resolution.  IT IS THEREFORE ORDERED that the pretrial conference scheduled for Tuesday, June 16, 2026, at 9:30 a.m., in the United States Courthouse in Las Cruces, New Mexico, is hereby **VACATED.**

IT IS FURTHER ORDERED that the jury trial scheduled for July 20, 2026, through July 29, 2026, at the Pete V. Domenici Courthouse in Albuquerque, New Mexico, is hereby **VACATED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**