IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

vs.                                                                   Case No. 1:23-cv-00899 GBW/JMR

ALBUQUERQUE PUBLIC SCHOOLS et al.,

     Defendants.

## PLAINTIFF'S NOTICE OF BRIEFING COMPLETE ON RENEWED APPLICATION FOR ATTORNEY'S FEES AND EXPENSES

Plaintiff Tatia Lipe, through undersigned counsel, gives notice that briefing is complete on

Plaintiff's Renewed Application for Attorney's Fees and Expenses, Doc. 322.

Plaintiff filed her Renewed Application for Attorney's Fees and Expenses on May 29, 2026.

Doc. 322. APS filed its response/objections on June 12, 2026. Doc. 372. Plaintiff filed her Reply

in support of the renewed application on June 17, 2026.

The fee issue is therefore fully briefed and ready for ruling. Plaintiff respectfully requests that the

Court rule on Plaintiff's Renewed Application for Attorney's Fees and Expenses, Doc. 322,

overrule APS's objections, fix the amount of fees and expenses awarded to Plaintiff, and direct

Defendant Albuquerque Public Schools to pay the awarded amount within fourteen days of entry

of the Court's order.

               Respectfully submitted,

               FOGHI LAW FIRM, LLC

               By: /s/ *Boglarka Foghi, Esq.*
               Boglarka Foghi
               4313 Corrales Rd., P.O. Box 944

2

Corrales, NM 87048
Telephone: (505) 220-5691
Email: foghilaw@yahoo.com

*Attorney for Plaintiff Tatia Lipe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing, including counsel for Defendant Albuquerque Public Schools.


*/s/ Boglarka Foghi, Esq.*
Boglarka Foghi