IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

v.                                                 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

     Defendants.

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS COUNT II OF AMENDED
COMPLAINT FOR DAMAGES**

Plaintiff Tatia Lipe ("Plaintiff"), through undersigned counsel, respectfully moves the Court for

entry of an Order dismissing Count II, New Mexico Whistleblower Protection Act, of Plaintiff's

Amended Complaint for Damages filed September 3, 2024.

Counsel for Defendant Albuquerque Public Schools consented to this Motion on June 16, 2026.

The parties have reached an agreement and stipulate to dismissal of Count II of Plaintiff's

Amended Complaint.


This dismissal is limited to Count II as asserted against Defendant Albuquerque Public Schools

in this action only. Nothing in this Motion resolves, waives, releases, satisfies, impairs, concedes,

or adjudicates any pending fee, expense, sanction, cost, or other collateral issue before the Court.

Nor does this Motion release, dismiss, adjudicate, or waive any claim Plaintiff may have against

any nonparty or individual not before the Court on this Motion.

1

Respectfully submitted,

*/s/ Boglarka A. Foghi, Esq.*
Boglarka A. Foghi
FOGHI LAW FIRM, LLC
4313 Corrales Rd., P.O. Box 944
Corrales, NM 87048
(505) 220-5691
foghilaw@yahoo.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June 2026, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Boglarka A. Foghi, Esq.*
Boglarka A. Foghi

2