IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

     Plaintiff,

v.                                                                                    1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

     Defendants.


**PLAINTIFF'S AMENDED MOTION TO DISMISS COUNT II OF AMENDED
COMPLAINT FOR DAMAGES**

Plaintiff Tatia Lipe ("Plaintiff"), through undersigned counsel, respectfully moves the

Court for entry of an Order dismissing Count II, New Mexico Whistleblower Protection Act, of

Plaintiff's Amended Complaint for Damages filed September 3, 2024.

At mediation, the parties reached an agreement to dismiss Count II, New Mexico Whistleblower

Protection Act, as asserted against Defendant Albuquerque Public Schools in this action.

This dismissal is limited to Count II, New Mexico Whistleblower Protection Act, as

asserted against Defendant Albuquerque Public Schools in this action only. Nothing in this

Motion resolves, waives, releases, satisfies, impairs, concedes, or adjudicates any pending

application, objection, request, or Court-awarded issue concerning discovery fees, expenses,

sanctions, or costs.

Plaintiff is not asking APS to take any position on behalf of nonparties. Nor does this

Motion release, dismiss, adjudicate, or waive any claim Plaintiff may have against any nonparty

or individual not before the Court on this Motion.  Plaintiff seeks only to make clear that the

1

agreed dismissal is limited to Count II against APS, and that separate discovery-fee, expense, sanction, and cost issues remain before the Court.

Pursuant to D.N.M.LR-Civ. 7.1(a), counsel conferred regarding this Motion. APS states that it does not oppose dismissal as to Count II and takes no position regarding the remainder of Plaintiff's arguments, claims, or allegations contained in this Motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order dismissing Count II of Plaintiff's Amended Complaint.

Respectfully submitted,

*/s/ Boglarka A. Foghi, Esq.*
Boglarka A. Foghi
FOGHI LAW FIRM, LLC
4313 Corrales Rd., P.O. Box 944
Corrales, NM 87048
(505) 220-5691
foghilaw@yahoo.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June 2026, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Boglarka A. Foghi, Esq.*
Boglarka A. Foghi

# RE: Amended Motion for Review

1 message

**Natasha Wesenberg** <nwesenberg@wwwlaw.us>                Wed, Jun 17, 2026 at 3:41 PM

To: Boglarka Foghi <foghilaw@yahoo.com>, Carol Cochran <ccochran@wwwlaw.us>, Idaly Soto <iSoto@cmc.law>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Tatia Lipe <tatialipe@gmail.com>

All,

I have never seen an order like this filed in fed. Ct., but please note that APS does not oppose dismissal as to Count II and takes no position regarding the remainder of Plaintiff's arguments, claims, or allegations contained in the Motion.

Have an amazingly blessed day!

Natasha Martinez-Wesenberg
Wiggins, Williams & Wesenberg
A Professional Corporation
1803 Rio Grande NW (87104)
P. O. Box 1308
Albuquerque, NM 87103-1308
Phone: (505) 764-8400
Fax: (505) 764-8585
Email: nwesenberg@wwwlaw.us

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material that is protected by the attorney-client privilege. If you are not the intended recipient or the person responsible or delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail or by telephone at (505) 764-8400 and delete the e-mail on your computer.

-----Original Message-----
From: Boglarka Foghi <foghilaw@yahoo.com>
Sent: Wednesday, June 17, 2026 3:34 PM
To: Natasha Wesenberg <nwesenberg@wwwlaw.us>; Carol Cochran

<ccochran@wwwlaw.us>; Idaly Soto <iSoto@cmc.law>; Karen Kilgore <kkilgore@cmc.law>; Kimberly Kraft <kkraft@wwwlaw.us>; Patti Williams <pwilliams@wwwlaw.us>; Audrey Griego <agriego@wwwlaw.us>; Tatia Lipe <tatialipe@gmail.com>
Subject: Amended Motion for Review

May we know your position on this amended motion?

Sincerely,
Boglarka Foghi, JD, MBA
Foghi Law Firm, LLC
www.Familyandcriminallawfirm.com
www.Scottsdaleduiatty.com
CEO/Founder of Envie Skin
envieskin.com

Tel: 505-220-5691
Fax: 505-213-0122
Licensed : Arizona, New Mexico and Pennsylvania Bar
>
>
>