**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,

Plaintiff,

v. Civ. No. 23-899 GBW/JMR

ALBUQUERQUE PUBLIC SCHOOLS,

Defendant.

**ORDER DENYING OUTSTANDING MOTIONS AS MOOT**

The parties have reached a resolution. *See doc. 377*. Accordingly, the following outstanding motions are **DENIED** as **MOOT.**

1. APS' Motion for Partial Summary Judgment on Plaintiff's Whistleblower Protection Act Claim (*doc. 267*);

2. Defendant's Motion in Limine and Memorandum of Law to Exclude All Arguments that Any Violation of Defendant's Policies Are Violations of the Law (*doc. 295*);

3. Defendant's Motion in Limine to Exclude Testimony and Exhibits Related to the RCI Investigative Reports (*doc. 298*);

4. Defendant's Motion in Limine to Exclude All Hearsay Testimony and Documents (*doc. 299*);

5. Defendant's Opposed Motion in Limine and Memorandum of Law to Exclude All References to Any Charges, Arrests or Convictions of Witnesses (*doc. 300*);

6. Defendant Albuquerque Public Schools' Opposed Motion in Limine and Memorandum of Law to Exclude All References to Any Prior or Pending Lawsuits, Causes of Action, Claims, Cases or Awards Filed Against Defendant (*doc. 301*);

7. Defendant's Motion in Limine and Memorandum of Law to Exclude All Evidence, Exhibits, or Reference to FERPA Protected Information and Identification (*doc. 302*);

8. Defendant's Opposed Motion in Limine and Memorandum of Law to Exclude Admission of and All References to Evidence That Was Not Previously Produced (*doc. 305*);

9. Plaintiff's Opposed Consolidated Motion in Limine No. 1 to Exclude or Strictly Limit APS's Use of Investigative Reports and Investigative "Findings" as Substantive Evidence; to Exclude Legal/Policy Conclusions, Verdict-Like Determinations, and Embedded Hearsay/Third-Party Accusations; and to Prevent "Notice/State-of-Mind" End-Runs (*doc. 306)*;

10. Plaintiff's Motion in Limine No. 2 to Require Native or System-Generated Synergy/MaxCapture Records with Metadata Intact and to Exclude APS-Created Summaries, Reconstructions, or Misleading Printed Excerpts Absent Strict Foundation (*doc. 307*);

11. Plaintiff's Motion in Limine No. 5 to Preclude APS from Misusing the Dismissal of Count III to Exclude Otherwise Admissible Evidence Relevant to Plaintiff's Surviving Claims (*doc. 308*);

12. Plaintiff's Motion in Limine No. 4 to Exclude Irrelevant Collateral, Private-Life, Family-Relationship, and Character-Attack Evidence (*doc. 309*);

13. Defendant Albuquerque Public School's [*sic*] Motion in Limine to Prohibit and Exclude Testimony from Deposition and/or Witness (*doc. 310*);

14. Defendant Albuquerque Public School's [*sic*] Motion in Limine to Prohibit and Exclude Plaintiff's Medical Disability or Maximum Medical Improvement (*doc. 311*);

15. Defendant Albuquerque Public School's [*sic*] Opposed Motion in Limine to Prohibit and Exclude Irrelevant Employee Disciplinary Information (*doc. 312*);

16. Defendant Albuquerque Public School's [*sic*] Motion in Limine to Prohibit and Exclude Harassment (*doc. 313*);

17. Defendant Albuquerque Public School's [*sic*] Motion in Limine to Prohibit and Exclude Plaintiff Records Which Were Not Provided in Discovery (*doc. 314*);

18. Defendant's Motion in Limine and Memorandum of Law to Exclude All Evidence, Exhibits, or Reference to Unverified Damages (*doc. 316*);

19. Plaintiff's Motion in Limine No. 6 to Preclude APS from Arguing that Plaintiff Abandoned Her Position, Voluntarily Caused Her Own Damages, or Failed to Mitigate Without Admitting the Full Context of APS's Conduct (*doc. 319*);

20. Plaintiff's Motion in Limine No. 3 to Exclude the Walsh Gallegos Attorney Memorandum/Report as Inadmissible Attorney Opinion, Legal Analysis, Policy-Compliance Conclusions, Embedded Hearsay, and Unfairly Prejudicial Quasi-Investigative "Findings" (*doc. 320*);

21. Plaintiff's Motion in Limine No. 7 to Preclude APS from Using Dismissed or Excluded Claims, Discovery Gaps, or Court Rulings as a Sword Against Plaintiff (*doc. 321*);

22. Plaintiff's Notice of Corrected and Amended Final Witness List and, to the Extent Required, Motion for Leave to Amend Witness List for Good Cause (*doc. 359*);

23. Plaintiff's Motion for Leave to File Second Amended Complaint (*doc. 364*);

24. Plaintiff's Motion for Leave to Submit Yellow-Highlighted Chambers Copies Corresponding to Already-Filed Deposition Designations, to Submit Corresponding Materials as an Appendix, and for Limited Corrective Relief (*doc. 371*); and

25. Plaintiff's Motion for Reconsideration or, in the Alternative, Clarification of Order Granting APS's Motion for Partial Summary Judgment on Count IV (*doc. 376*).

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**