IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC
EDUCATION,

Defendants.

**DEFENDANT'S REQUEST FOR STATUS CONFERENCE CONCERNING ONGOING SETTLEMENT NEGOTIATIONS**

Defendant Albuquerque Public Schools ("Defendant") respectfully request that the Court schedule a status conference to discuss the ongoing settlement negotiations between the parties in the above captioned case. In support of this request, Defendant states as follows:

1. Defendant and Plaintiff have been engaged in settlement negotiations since reaching agreement on June 15, 2026, through mediation with Judge Vanzi, but have been unable to finalize a settlement agreement and release and consequentially are unable to finalize dismissal documents at this time.

2. Defendant believes that a status conference with the Court and a discussion concerning the remaining obstacles to a final settlement of claims would assist in finalizing the settlement or determining that settlement negotiations have failed and setting a trial date, including a potential referral to Judge Rozzoni for a supplemental mediation/settlement facilitation, and/or setting a new trial date.

3. Based upon the impasse of the parties pertaining to terms of release, Defendant does not anticipate being able to meet the current deadline of July 16, 2026, set by the Court to file

all closing documents.

WHEREFORE, Defendant respectfully requests that the Court hold a status conference at its earliest convenience.

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

*Electronically Filed*

By *_/s/ Natasha A. Martinez-Wesenberg_*
Natasha A. Martinez-Wesenberg
*Attorneys for Defendant*
1803 Rio Grande Blvd., N.W. (87104)
P. O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
nwesenberg@wwwlaw.us

I HEREBY CERTIFY that on the 6th day of July 2026,
I filed the foregoing electronically through the CM/ECF system,
which caused all parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing:

WIGGINS, WILLIAMS & WESENBERG, P.C.

By *_/s/ Natasha A. Martinez-Wesenberg_*
Natasha A. Martinez-Wesenberg