IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and NEW MEXICO DEPARTMENT OF PUBLIC EDUCATION,

Defendants.

**ORDER GRANTING DEFENDANT'S REQUEST FOR STATUS CONFERENCE**

THIS MATTER is before the Court on Defendant's Request for Status Conference Concerning Ongoing Settlement Negotiations. Doc. 384. Having reviewed the motion, the Court hereby GRANTS the request.

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Monday, July 27, 2026**, at **10:30 a.m. Mountain Time.** Counsel shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.

IT IS FURTHER ORDERED that the July 16, 2026, deadline to submit closing documents is hereby VACATED. *See* Doc. 378.

JENNIFER M. ROZZONI
United States Magistrate Judge