**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Jennifer M. Rozzoni,
United States Magistrate Judge**

**CLERK'S MINUTES**

**CASE TITLE**: *Lipe v. Albuquerque Public Schools, et al.*

**DATE**: Monday, July 27, 2026

**CASE No**: 1:23-cv-00899-GBW-JMR

**COURTROOM CLERK**: KMS

**PROCEEDINGS COMMENCED**: 10:29 a.m.

**COURT IN RECESS**: 10:49 a.m.

**TYPE OF PROCEEDING**: *Status Conference*

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**:

Boglarka Foghi

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:

Natasha Martinez Wesenberg

**OTHER ATTENDING**:

Tatia Lipe

**The following issues were discussed**:

I. Defendant requested this status conference to discuss an ongoing disagreement regarding the terms of the settlement release. *See* Doc. 384.

II. The parties described the dispute regarding the language contained in the release. There are two outstanding issues—one issue related to the scope of the release and a second issue related to tax liability. The Court noted, and Ms. Martinez-Wesenberg agreed, that the dispute may not be neatly resolved via a motion to enforce settlement agreement.

III. After discussing with the parties, the Court ordered that the parties return to Judge Vanzi for continued settlement negotiations. The parties are ordered to reach out to Judge Vanzi today. Once the parties schedule another settlement conference with Judge Vanzi, the parties must email my chambers (rozzonichambers@nmd.uscourts.gov) with opposing counsel cc'd to update the Court regarding the date for the continued mediation.

IV. Ms. Foghi asked about the Court's two outstanding fee orders. Ms. Martinez-Wesenberg confirmed that the settlement did not include the Court's fee awards. The Court stated that the fee orders are on its radar, and it will decide the issues in due course.