IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TATIA LIPE,

Plaintiff,

v. No. 1:23-cv-00899-GBW-JMR

ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT
OF PUBLIC EDUCATION,

Defendants.

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF [ECF 381] UNOPPOSED MOTION TO DISMISS COUNT II OF AMENDED COMPLAINT FOR DAMAGES**

Plaintiff Tatia Lipe ("Plaintiff"), by and through undersigned counsel, pursuant to D.N.M.LR-Civ. 7.7, hereby gives notice that Plaintiff withdraws from the Court's consideration Plaintiff's Unopposed Motion to Dismiss Count II of Amended Complaint for Damages, filed June 17, 2026, as ECF No. 381.

ECF No. 381 was filed solely as a contingent step in connection with a potential resolution of certain issues in this action. That contemplated resolution was not consummated because the parties were unable to reach agreement on material terms, including the terms and scope of the proposed release.

No order has been entered granting ECF No. 381 or otherwise dismissing Count II. Because the contemplated basis for the requested dismissal did not occur, Plaintiff withdraws ECF No. 381 in its entirety and respectfully requests that the Court approve the withdrawal pursuant to D.N.M.LR-Civ. 7.7 and take no further action on ECF No. 381.

For the avoidance of doubt, Plaintiff does not seek dismissal of Count II at this time. ECF No. 381 was contingent and shall not be construed as an operative dismissal, waiver, abandonment, relinquishment, concession, or adjudication of Count II.

Nothing in this Notice constitutes an admission, concession, or determination concerning the existence, formation, enforceability, scope, interpretation, effect, or alleged breach, if any, of any purported settlement agreement or proposed release. Plaintiff expressly preserves all claims, defenses, objections, positions, and arguments concerning Count II and any alleged or purported settlement or release.

Respectfully submitted,
/s/ Boglarka A. Foghi, Esq.

Boglarka A. Foghi
FOGHI LAW FIRM, LLC
4263 Montgomery Blvd. NE, Suite 110
Albuquerque, New Mexico 87109
(505) 220-5691
foghilaw@yahoo.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August 2026, I filed the foregoing electronically through the Court's CM/ECF system, which caused all parties or counsel of record to be served electronically as reflected in the Notice of Electronic Filing.

*/s/ Boglarka A. Foghi, Esq.*
Boglarka A. Foghi