**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,
Plaintiff,
v. No. 1:23-cv-00899-GBW-JMR
ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC EDUCATION,
Defendants.

# EXHIBIT B

**August 4, 2026 Email Exchange Between Plaintiff's Counsel and Linda M. Vanzi**

TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NOTICE OF WITHDRAWAL

RE: Lipe v. Albuquerque Public Schools, et al., No. 1:23-cv-00899-GBW-JMR

From: Linda Vanzi (lv[redacted])
To: foghilaw@yahoo.com; t[redacted]m
Cc: jmedfo[redacted]
Date: Tuesday, August 4, 2026 at 02:39 PM MDT

Dear Boglarka,

I think it would be easiest (and best) to work through these issues at the mediation on the 31st when everyone is together. I hope the parties can reach a resolution at that time without the need for court intervention.

See you in a few weeks.

Best,

J. Vanzi

**From:** Boglarka Foghi <[redacted]>
**Sent:** Tuesday, August 4, 2026 11:10 AM
**To:** Linda Vanzi <L[redacted]>; Tatia Lipe <[redacted]
**Subject:** Re: Lipe v. Albuquerque Public Schools, et al., No. 1:23-cv-00899-GBW-JMR

**CAUTION: This email was sent from someone outside of the Rodey email system.**

August 4, 2026

Via Email

Linda Vanzi, Esq.

Rodey, Dickason, Sloan, Akin & Robb, P.A.

Re: Lipe v. Albuquerque Public Schools, et al., No. 1:23-cv-00899-GBW-JMR

Dear Judge Vanzi:

I write to respectfully follow up regarding Plaintiff's prior request for clarification of the June 15, 2026 post-mediation settlement summary.

As reflected in the parties' communications, the dispute is narrow but material. Plaintiff agreed to settlement of the surviving claims against Albuquerque Public Schools, including APS's entity liability for conduct attributed to employees acting within the course and scope of employment. Plaintiff did not agree to a separate blanket personal-capacity release for all current and former APS employees.

Because the June 15, 2026 summary did not set out specific release language identifying current and former employees as separate release beneficiaries, Plaintiff previously requested clarification that the mediated settlement did not include such a blanket individual release term. APS first presented that broader language later in its draft agreement, and Plaintiff objected promptly and consistently.

Your June 15 message invited counsel to advise if anything had been missed or mischaracterized. In that spirit, Plaintiff respectfully requests that you confirm or clarify that the mediation resulted in agreement on settlement of the claims against APS, but did not include a separately negotiated blanket personal-capacity release of all current and former APS employees.

If that is not your understanding, then Plaintiff respectfully requests that you identify the specific communication or exchange during or immediately following mediation that you believe reflected objective assent to that separate term.

This clarification would materially assist the parties in determining whether the matter can still be finalized by agreement or whether the unresolved release dispute must be presented to the Court.

Thank you for your time and assistance.

Sincerely,

/s/ Boglarka Foghi

Boglarka Foghi
Counsel for Plaintiff