**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TATIA LIPE,
Plaintiff,
v. No. 1:23-cv-00899-GBW-JMR
ALBUQUERQUE PUBLIC SCHOOLS and
NEW MEXICO DEPARTMENT OF PUBLIC EDUCATION,
Defendants.

# EXHIBIT C

**June 23, 2026 Settlement-Drafting Communication**
**Regarding Payment and Dismissal Sequence**

(Redacted to Remove Unrelated Settlement Negotiations)

TO PLAINTIFF'S RESPONSE IN OPPOSITION TO APS'S
AMENDED MOTION TO STRIKE PLAINTIFF'S NOTICE OF WITHDRAWAL

Gmail [redacted]>

# Re: Release Lipe vs APS

1 message

**Boglarka Foghi** <foghilaw@yahoo.com> Tue, Jun 23, 2026 at 7:52 AM
To: Natasha Wesenberg <nwesenberg@wwwlaw.us>
Cc: Tatia Lipe <tatialipe@gmail.com>, Carol Cochran <ccochran@wwwlaw.us>, Idaly Soto <iSoto@cmc.law>, Karen Kilgore <kkilgore@cmc.law>, Kimberly Kraft <kkraft@wwwlaw.us>, Patti Williams <pwilliams@wwwlaw.us>, Audrey Griego <agriego@wwwlaw.us>, Linda Vanzi <LVanzi@rodey.com>

Counsel,

Plaintiff is not attempting to reserve settled claims against APS. However, the release must accurately reflect the parties' obligations and should not create unnecessary additional obligations beyond the settlement.

While APS characterizes certain provisions as standard practice, Plaintiff prefers that the parties' obligations be reflected in the written agreement rather than left to assumptions.

[REDACTED - UNRELATED SETTLEMENT TERMS]

[REDACTED - UNRELATED SETTLEMENT TERMS]

3. Receipt of Payment

If APS intends simultaneous exchange, the release should say that. It should not state that payment has already been received before payment is actually made.

**Please revise to:**

**“in consideration of the total sum of Two Hundred Thousand and 00/100 Dollars ($200,000.00), the sufficiency of which is acknowledged, and payment of which shall be made contemporaneously with execution and exchange of this Agreement.”**

4. Dismissal After Payment

While APS characterizes dismissal following payment as normal practice, Plaintiff prefers that the parties' obligations be reflected in the written agreement rather than left to assumptions.

**Please add:**

**"Plaintiff shall not be required to file dismissal papers until the settlement funds have been received and cleared."**

[REDACTED - UNRELATED SETTLEMENT TERMS]